UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH, on behalf of themselves and all others similarly situated, :<br><br>Plaintiffs, :<br><br>-against- :<br><br>NORTH AMERICAN POWER & GAS, LLC, :<br><br>Defendant. : | Civil Action No. 15-cv-1261 (PKC) |

---

## MOTION TO WITHDRAW AS ATTORNEY

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, Shin Y. Hahn moves this Court to withdraw her as counsel to Plaintiffs Julie Claridge and Helen Marsh. Shin Y. Hahn is no longer associated with the firm Finkelstein, Blankinship, Frei-Pearson & Garber, LLP. Finkelstein, Blankinship, Frei-Pearson & Garber, LLP continues to serve as counsel for Plaintiffs.

Dated: April 14, 2016

Respectfully submitted,

By:  /s/ Shin Y. Hahn
Shin Y. Hahn
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 653-8700
Fax: (212) 653-8701