## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN POWER & GAS, LLC,<br><br>Defendant. | Civil Action<br><br>Case No: 15-cv-1261 |

## NOTICE OF MOTION
## FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs Julie Claridge and Helen Marsh hereby move, pursuant to Fed. R. Civ. P. 23, for an Order: (1) certifying a class of all New York North American Power & Gas, LLC customers who paid North American Power & Gas, LLC's variable rate; and (2) appointing Plaintiffs and their counsel as Class Representatives and Class Counsel respectively.

In support of this motion, Plaintiffs submit the accompanying memorandum of law, Declaration of D. Greg Blankinship, Declaration of Matthew Mendelsohn, Declaration of Matthew D. Schelkopf, and the Expert Report of Dr. Frank A. Felder.

Dated: White Plains, New York
April 22, 2016

        FINKELSTEIN, BLANKINSHIP, FREI-
        PEARSON & GARBER, LLP

By: /s/ D. Greg Blankinship
     D. Greg Blankinship
     Todd S. Garber
     Antonino B. Roman
     445 Hamilton Avenue
     White Plains, New York 10601
     Tel: (914) 298-3281
     gblankinship@fbfglaw.com
     tgarber@fbfglaw.com
     aroman@fbfglaw.com

*Attorneys for Plaintiffs and the Class*