# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH AMERICAN POWER & GAS, LLC, <br><br> Defendant. | Civil Action <br><br> Case No: 15-cv-1261 |

## DECLARATION OF D. GREG BLANKINSHIP
## IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, D. Greg Blankinship, declare pursuant under penalty of perjury to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am a partner in the law firm of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP ("FBFG"), counsel for Plaintiffs in the above-captioned action. I respectfully submit this Declaration in support of Plaintiffs' Motion For Class Certification.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Frank A. Felder.

3. Attached hereto as Exhibit 2 is a true and correct copy of relevant portions of the April 7, 2016, William Kinneary Deposition Transcript.

4. Attached hereto as Exhibit 3 is a true and correct copy of relevant portions of the February 24, 2015, William Kinneary Deposition Transcript.

5. Attached hereto as Exhibit 4 is a true and correct copy of Ms. Claridge's NAPG Welcome Packet (NAPG-Clar-000018-25).

6. Attached hereto as Exhibit 5 is a true and correct copy of relevant portions of the March 17, 2016, William Kinneary Deposition Transcript.

7. Attached hereto as Exhibit 6 is a true and correct copy of Ms. Marsh's NAPG Welcome Packet. (NAPG-Clar-000001-8)

8. Attached hereto as Exhibit 7 is the firm resume for FBFG.

9. The named Plaintiffs have responded to written discovery requests, they have produced documents relating to their claims in this litigation and they will each sit for depositions.

Executed on April 22, 2016 in White Plains, New York.

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**

By:/s/ D. Greg Blankinship