**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH AMERICAN POWER & GAS, LLC, <br><br> Defendant. | Case No. 7:15-cv-01261-PKC <br><br> **DECLARATION OF MATTHEW R. MENDELSOHN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT AS CO-LEAD CLASS COUNSEL** |

MATTHEW R. MENDELSOHN, of full age, declares as follows:

1. I am an attorney with Mazie Slater Katz & Freeman, LLC, 103 Eisenhower Parkway, Roseland, New Jersey, 07068 ("Mazie Slater"). I am one of the counsel of record in the above-captioned matter and thus am fully familiar with the facts set forth herein.

2. I submit this Declaration in support of Plaintiffs' motion for class certification and for appointment as Co-Lead Class Counsel.

3. I graduated from Rutgers University in 2002 and then attended Seton Hall University School of Law, from which I graduated in 2005. I am a partner at Mazie Slater, where I have worked since 2006.

4. Mazie Slater has extensive experience in complex civil litigation, in general, and class actions and consolidated proceedings specifically. Proposed co-lead class counsel, Matthew R. Mendelsohn, has been appointed to leadership positions in other similar proceedings, as set forth below. In addition to holding these positions Mr. Mendelsohn has obtained numerous substantial verdicts and settlements in complex civil cases. Our firm has obtained the two largest personal injury verdicts in New Jersey history to our knowledge.

5. Mazie Slater attorneys have been appointed Class Counsel or Liaison Counsel in

various class action and substantial consolidated proceedings, including the following examples::

- *Overton v. sanofi-aventis US, LLC*, (D.N.J. 3:13-cv-05535-PGS-DEA) (nationwide class action settlement recovering 57% of the alleged damages on behalf of class members);

- *Zakskorn v. American Honda Motor Co.*, (E.D. Cal. 2:11-cv-2610-KJM-KJN) (nationwide class action settlement on behalf of 1.68 million class members involving brake defect in certain Honda vehicles);

- *Aarons v. BMW of North America, LLC*, (C.D. Cal. 2:11-cv-7667-PSG-CW)(nationwide class action settlement involving transmission failure in certain Mini Cooper vehicles);

- *Keegan v. American Honda Motor Co.*, (C.D. Cal. 2:10-cv-09508-MMM-AJW)(Nationwide class action settlement involving suspension defect in certain Honda Vehicles);

- *Alin v. American Honda Motor Co., Inc.*, (D.N.J. 2:08-cv-04825)(nationwide class action settlement on behalf of hundreds of thousands of Honda vehicle owners alleging defects in their vehicles' air-conditioning systems);

- *Dewey v. Volkswagen*, (D.N.J. 2:07-CV-2249-FSH-PS) (comprehensive automotive class action settlement with regard to water drainage issues, involving 3 million Volkswagen and Audi vehicles owned or leased by approximately 5.5 million Class Members);

- *In re Pelvic Mesh Litigation* (Superior Court of New Jersey, Case No. 291) (appointed Co-Liaison Counsel in both ongoing coordinated proceedings involving more than 8,000 pelvic mesh product liability cases involving Ethicon/Johnson & Johnson and Bard);

- *In Re: Benicar (Olmesartan) Products Liability Litigation*, (D.N.J. 15-2606-RBK-JS) (appointed Co-Lead Counsel for the Plaintiffs, in ongoing MDL involving gastrointestinal injuries due to hypertension medication).

6.     Significantly, I have been previously appointed as Co-Lead Class Counsel by this Court in *In re Nissan Radiator/Transmission Cooler Litigation*, No. 10-cv-7493-VLB (S.D.N.Y. 2013), which resulted in a nationwide class action settlement on behalf of more than 800,000 class members relating to defects in the internal transmission coolers of certain Nissan vehicles.

7.     Attached as **Exhibit "A"** is a true and accurate copy of Mazie Slater's current Firm Resume.

2

**DECLARATION OF MATTHEW R. MENDELSOHN**

8. In connection with this case, Mazie Slater has conducted and continues to engage in extensive factual and legal discovery, including propounding and responding to written discovery, taken multiple fact depositions and engaging in significant motion practice.

9. We have the resources required to litigate a large-scale, complex class action lawsuit and we are committed to devoting those resources to effectively and vigorously litigate this case on behalf of the plaintiffs and the putative class.

10. We have worked closely and cooperatively with the other proposed Co-Lead Class Counsel in litigating this case and we will continue to do so. All Plaintiffs' counsel support the leadership structure set forth in the proposed Order.

I declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
Matthew R. Mendelsohn
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:  (973) 228-9898

**DECLARATION OF MATTHEW R. MENDELSOHN**

# EXHIBIT A

# MAZIE SLATER KATZ & FREEMAN, LLC
## ATTORNEYS AT LAW

FIRM RESUME 2016

# THE FIRM

Mazie Slater is one of the most highly regarded trial law firms in New Jersey, based on the results achieved and the diverse scope of cases that we handle.  Unlike most trial firms, our practice is not limited to a particular niche or subset of civil litigation, and this versatility sharply increases our capabilities.  Our practice spans the fields of class action litigation, commercial litigation, insurance coverage litigation, professional malpractice, product liability, and personal injury.  Perhaps most important, we have earned a reputation as trial lawyers who will take complex, expensive cases to trial and achieve large verdicts.  The following are some of the settlements and verdicts we achieved:

> Escobar v. DYFS: $166 million verdict for negligence against New Jersey child protection agency. This is the largest personal injury jury verdict in New Jersey history. The New Jersey Division of Youth and Family Services (DYFS) failed to remove an infant boy from his parents' home despite medical evidence of child abuse by his father, and his father's extensive criminal record. The boy suffered permanent and severe brain damage caused by his father's savage beating.
>
> Verni v. Aramark: $135 million liquor liability verdict against Aramark, which is the second largest personal injury verdict in New Jersey history.  The Appellate Division subsequently reversed the verdict and the case was thereafter settled for $26 million.
>
> Dewey v. Volkswagen of America, Inc.: $69 million class action settlement relating to water ingress caused by defects in in over 3 million Volkswagen and Audi vehicles.
>
> Alin v. American Honda Motor Co., Inc.: $40 million recovery on behalf of Honda and Acura vehicle owners regarding air conditioning system defects.
>
> Sutter v. Horizon Blue Cross Blue Shield of New Jersey: $36 million to $55 million class action settlement on behalf of more than 20,000 New Jersey Physicians relating to improper claims handling practices by Horizon.
>
> Confidential: $33.9 million product liability settlement on behalf of worker injured by a defective product in the workplace.  This is the largest product liability settlement in New Jersey history.
>
> Morgan v. Newark Beth Israel Hospital: $18.5 million verdict for wrongful birth.

Confidential: $15.75 million audit malpractice settlement. This case involved allegations that malpractice by an accounting firm resulted in erroneous financial statements, which allegedly allowed an insolvent company to continue in business. The case settled for $15.75 million, which brought the total recovery by our law firm in litigation relating to the insolvent company to $25 million.

New Jersey Eye Center Coverage Litigation: $15.3 million verdict against insurance company. This was a case in which an insurance carrier declined to pay multiple settlements against a single eye surgeon. Following a two week trial, the trial judge ruled that the insurance carrier, Princeton Insurance Company, had to pay the settlements.

Cohen v. Benzel-Busch Motor Car Corp.: $14.7 million settlement in a case where the plaintiff suffered Complex Regional Pain Syndrome (sometimes referred to as RSD).

Hammons v. Ethicon, Inc.: $12.5 million jury verdict. This case is one of more than 40,000 pending against Johnson & Johnson and Ethicon around the country, for injuries suffered by victims of the Prolift and the other similar pelvic mesh devices sold by Johnson & Johnson and Ethicon. After a three week trial the jury awarded $12.5 million, consisting of $5.5 million in compensatory and $7 million in punitive damages.

Keller v. Flugrad: $12 million jury verdict for dental malpractice and wrongful death. This case involved medical malpractice committed by an oral surgeon whose negligence resulted in the death of a 21-year old man within 12 hours after having his wisdom teeth removed. It is believed that this is the largest oral surgery malpractice verdict in New Jersey and one of the largest in the U.S. history.

Gross v. Ethicon, Inc.: $11.1 million jury verdict against Johnson & Johnson in the first pelvic mesh trial in the United States. On February 25, 2013, a New Jersey jury awarded our client, a 47-year old nurse, $3.35 million in damages against Johnson & Johnson in the first of 1800 mesh lawsuits to go to trial in New Jersey. On February 27, 2013, the jury awarded an additional $7.75 million in punitive damages, bringing the total verdict to $11.1 million.

Blake v. City of New York: $10 million jury verdict for failure to provide police protection. Action brought on behalf of a young child who was severely burned by a Molotov Cocktail explosive device that was thrown into the bedroom of his family's apartment by an unapprehended perpetrator. The jury awarded $10 million in compensatory and punitive damages, which award was reduced by the trial judge to $2.4 million and affirmed on appeal.

Furey v. Jennis: $9.7 million verdict for medical malpractice. This was a case on behalf of a man who suffered a severe pelvic injury while donating bone marrow. The verdict was later reduced by the trial judge to $1.4 million, based on the judge's finding that the jury award was so high that it shocked the judicial conscience. The case then settled for an undisclosed amount.

FIRM RESUME 2016

Confidential: $7.8 million settlement of a product liability lawsuit involving a defective ride at an amusement park which resulted in the deaths of two persons. The case involved claims that the ride was improperly designed and manufactured, which resulted in our two clients being ejected from it. The case settled for the sum of $7.8 million

J.V. v. Newark Beth Israel Med. Ctr.: $7.4 million settlement.  This was a case involving failure of doctors and nurses to identify and report child abuse involving an infant.

Homestate v. Milliman: $7.25 million settlement for professional malpractice involving claims against actuaries of an insolvent insurance company. The case involved claims brought by the New Jersey Banking & Insurance Department on behalf of an insolvent New Jersey insurance company against the company's outside actuaries.

Wisniewski v. Hazekamp Construction, Inc.: $7 million settlement on behalf of a construction worker injured when a scaffold plank he was standing on broke causing him to fall and suffer spinal injuries rendering him a paraplegic.

Floyd & Zapata v. City of Newark: $6.28 million in settlements resulting from the death of two individuals who drowned when their vehicles entered the Passaic River due to a dangerous road condition.

Poplawski v. Phipps: $6 million settlement for woman struck by school bus.  As a result of her injuries she must use a cane to walk any significant distance.

L.A. v. D.Y.F.S.: $5.3 million settlement after verdict in favor of a minor child who suffered extensive physical and psychological abuse while in DYFS's custody.

In 2014 Mazie Slater Katz & Freeman, LLC was one of twelve firms in the nation named to the "**Plaintiffs' Hot List**" by The National Law Journal, one of fifty firms recognized as "**America's Elite Trial Lawyers**" by The National Law Journal, and in 2013 Mazie Slater was named "**Litigation Department of the Year**" by the New Jersey Law Journal.  Our lawyers have also been listed in "Best Lawyers in America," "New Jersey Superlawyers," and "Lawdragon 500."

In addition, Mazie Slater and/or its attorneys has been appointed Class Counsel, Lead Counsel and Liaison Counsel in various matters, including: In re Benicar (Olmesarten) Products Liability Litigation, (D.N.J. 15-cv-2606-RBK-JS)(appointed Co-Lead Counsel for the Plaintiffs, in ongoing MDL involving gastrointestinal injuries due to hypertension medication); In re Nissan

Radiator/Transmission Cooler Litigation, (S.D.N.Y. 10-cv-7493-VLB)(nationwide class action settlement on behalf of more than 800,000 class members relating to radiator defects); Zakskorn v. American Honda Motor Co., Inc., (E.D. Cal. 2:11-cv-2610-KJM-KJN)(appointed co-lead class counsel in nationwide class action settlement on behalf of 1.68 million class members involving alleged brake defects in certain Honda Civic vehicles); Aarons v. BMW of North America, LLC, (C.D. Cal. 2:11-cv-7667-PSG-CW)(nationwide class action settlement involving transmission failure in certain Mini Cooper vehicles); Keegan v. American Honda Motor Co., Inc., (C.D. Cal. 2:10-cv-09508-MMM-AJW)(certification of a multi-state class of Honda owners and lessees regarding alleged suspension defect causing irregular and premature tire wear; Dewey v. Volkswagen, (D.N.J. 07-CV-2249-FSH-PS) (comprehensive automotive class action settlement with regard to water drainage issues, involving 3 million Volkswagen and Audi vehicles owned or leased by approximately 5.5 million Class Members); Alin v. American Honda Motor Co., Inc., (D.N.J. 2:08-cv-04825)(nationwide class action settlement on behalf of hundreds of thousands of Honda vehicle owners alleging defects in their vehicles air-conditioning systems); Sutter, M.D. v. Horizon, (Docket No. ESX-L-3685-02) (30,000 physician class); Kirsch, D.D.S. v. Horizon, (Docket No. ESX-L-4216-05) (16,000 dental provider class); Kirsch, D.D.S. v. Horizon, (Docket No. ESX-L-109-08) (8,000 dental provider class); Jungels v. Delta Dental of New Jersey (District of New Jersey Civil Action No. 07-186) (160,000 dental provider national class); Sutter, M.D. v. Oxford Health Plans (American Arbitration Association Case No. 18 193 20593 02) (20,000 physician class); In re Pelvic Mesh Litigation/Gynecare (Case No. 291) ("mass tort" involving injuries to women that have had pelvic mesh medical devices surgically implanted).

# MSKF ATTORNEYS

## PARTNERS

**David A. Mazie** graduated from Rutgers University in 1983, and George Washington University School of Law in 1986. He was admitted to the bars of State of New Jersey and District of New Jersey in 1986. Mr. Mazie focuses his practice on complex civil litigation, including personal injury, medical malpractice, product liability, commercial litigation, and class actions. He has been a certified civil trial attorney since 1996, and has obtained approximately 40 jury verdicts and settlements exceeding $1 million, including the landmark $166 million verdict against the New Jersey Division of Youth & Family Services, which is the largest personal injury verdict in New Jersey history. Mr. Mazie also obtained a $135 million liquor liability verdict against Aramark, the second largest personal injury verdict in New Jersey history. The Appellate Division subsequently reversed the jury's verdict and the case was thereafter settled for $26 million. Over the last few years, Mr. Mazie has obtained an $33.9 million product liability settlement, a $18.5 million wrongful birth jury verdict, a $15.75 million audit malpractice settlement, a $12 million wrongful death jury verdict, a $11.1 million "mass tort" verdict, a $7.25 million actuarial malpractice settlement, and a multi-million dollar Lasik malpractice settlement which is believed to be the largest Lasik malpractice recovery in New Jersey history. He also tried -- and successfully settled -- the case of <u>Ravin Sarasohn v. Lowenstein Sandler</u> involving unfair competition between competing law firms. In addition to the representation of private clients, over the past twenty-four years he has represented the New Jersey Commissioner of Banking and Insurance as liquidator of several failed insurance companies, handling numerous multi-million dollar commercial litigations on the Commissioner's behalf. He also has numerous reported decisions, many of which have changed

the law:  Ravin, Sarasohn v. Lowenstein Sandler, 365 N.J. Super. 241 (App. Div. 2003); Taglieri v. Moss, 367 N.J. Super. 184 (App. Div. 2004); Reynolds v. Guard Dogs Unlimited, Inc. 325 N.J. Super. 298 (App. Div. 1999); Nubenco Enterprises, Inc. v. Inversiones Barberena, S.A., 963 F.Supp. 353 (D.N.J. 1997); Integrity Insurance Co. v. Teitelbaum, 245 N.J. Super. 133 (Law Div. 1990); In re Integrity Insurance Company, 193 N.J. 86 (2007); Resolution Trust Corp. v. Edie, 1994 WL 744672 (D.N.J. Oct. 4, 1994); Resolution Trust Corp. v. Castellett, 1994 WL 411809 (D.N.J. Aug. 2, 1994); Resolution Trust Corp. v. Castellett, 1993 WL 719763 (D.N.J., May 25, 1993); Ladner v. Mercedes-Benz of North America, Inc. 266 N.J. Super. 481 (App. Div. 1993); Home State Insurance Co. v. Continental Insurance Co., 313 N.J. Super. 584 (App. Div. 1998); Home State Insurance Co. v. Continental Insurance Co., 158 N.J. 104 (1999); In re Phenylpropanolamine (PPA), 2003 WL 22417238 (N.J. Super., July. 21, 2003); Fillebrown v. Steelcase, Inc., 63 Fed Appx. 54, 2003 WL 1191162 (3d Cir. 2003); Verni v. Harry M. Stevens, et al, 387 N.J. Super. 160 (App. Div. 2006); Liss v. Federal Insurance Co., 2006 WL 2844468 (App. Div. 2006); Clark v. University Hospital/UMDNJ 390 N.J. Super. 108 (App. Div. 2006); New Jersey Eye Center v. Princeton Ins. Co.,  394 N.J. Super. 557 (App. Div. 2007); Verni v. Lanzaro, 404 N.J. Super. 16 (App. Div. 2008); Liss v. Federal Ins. Co., 2009 WL 231992 (App. Div. 2009);  Beye v. Horizon Blue Cross Blue Shield, 2008 WL 3064757 (D.N.J. 2008); Beye v. Horizon Blue Cross Blue Shield, 558 F. Supp. 2d 556 (D.N.J. 2008); Alin v. American Honda Motor Co., Inc., 2010 WL 1372308 (D.N.J. March 31, 2010).  Mr. Mazie has been named to the Best Lawyers in America numerous times, and one of the top 500 lawyers in America by Law Dragon.  Mr. Mazie has personally received the most votes of any New Jersey trial attorney in the 2005, 2006 and 2007 Super Lawyers rankings, and has been ranked in the top ten every year since 2009.  In 2005, the New Jersey Law Journal named Mr. Mazie "Lawyer of the Year," and in 2014 he was inducted into the "Personal Injury Hall of Fame."

**Adam M. Slater** is a partner and senior trial lawyer at Mazie Slater. Mr. Slater's practice is focused on complex civil litigation, product liability, medical malpractice, personal injury, consumer litigation, and class action law. Mr. Slater is a 1989 graduate of Tulane University and a 1993 graduate of Boston University School of Law. Mr. Slater was admitted to the bars of the State of New Jersey and District of New Jersey in 1994. He is also admitted in the State of New York, the District of Columbia, the State of Colorado, and the Third Circuit Court of Appeals, and has been admitted pro hac vice in federal and state courts of other jurisdictions. Mr. Slater was certified as a civil trial attorney by the New Jersey Supreme Court in 2000, only six years after admission to the bar, and has been recertified. Mr. Slater lectures frequently on trial practice for New Jersey ICLE including seminars titled: Trying Cases: Proven Tactics & New Strategies for Success, Trying the Breast Cancer Case, Winning the Big Verdict, Trying Your Case the Right Way, and Not Just Another Discovery Seminar. He has been named to the Best Lawyers in America and as a Top 100 "Super Lawyer" in the State of New Jersey. He also has numerous published opinions, including but not limited to Liguori v. Elmann, 191 N.J. 527 (2007); New Jersey Eye Center, P.A. v. Princeton Ins. Co., 394 N.J. Super. 557 (App. Div. 2007); Baldassano v. High Point Insurance Company, 396 N.J. Super. 448 (App. Div. 2007); La v. Hayducka, 269 F.Supp. 2d 566 (D.N.J. 2003); In re Glatstian, 215 B.R. 495 (Bankr. D.N.J. 1997); Meth v. Gorfine, 34 A.D. 3d 267 (N.Y.A.D. 1st Dept. 2006), Dewey v. Volkswagen, AG., 558 F.Supp. 2d 505 (D.N.J. 2008); Dewey v. Volkswagen, AG., --- F.Supp. 2d --- (D.N.J. 2010). Over his career, Mr. Slater has obtained numerous verdicts and settlements in excess of one million dollars, with many in the multi-millions, including a $69 Million class action settlement in Dewey v. Volkswagen. In addition, Mr. Slater has also appointed as Co-Liaison Counsel in In re Pelvic Mesh Litigation/Gynecare and In re: Benicar (Olmesartan) Products Liability Litigation.

**Eric D. Katz** is a partner at Mazie Slater.  Mr. Katz is a 1988 graduate of Polytechnic University of New York (now Polytechnic Institute of NYU) and a 1991 graduate of Pace Law School, where he was an editor on the law review, and was admitted to the bar of the State of New Jersey and the District of New Jersey in 1991.  Mr. Katz is a certified civil trial attorney, and concentrates his practice in managed care, class action, product liability, ERISA, and medical provider law.  In 2013, Mr. Katz successfully argued on behalf of the Respondent, John Ivan Sutter, M.D. in the Supreme Court of the United States in the matter of Oxford Health Plans v. Sutter, 133 S. Ct. 2064 (2013), in which the Supreme Court in an unanimous decision affirmed the Third Circuit upholding an arbitrator's award that 20,000 New Jersey physicians may arbitrate their claims payment disputes on a class-wide basis against Oxford Health Plans.  Mr. Katz has been appointed class counsel in several class actions, and has been selected a New Jersey Super Lawyer annually since 2007 in the area of class action law, as well as selected to The Best Lawyers in America annually since 2012.  In addition to his complex litigation and class action experience, Mr. Katz is a recognized published authority in this state on the subjects of product liability and toxic tort law, having co-written with Hon. William A. Dreier, P.J.A.D. (Ret.) and Hon. John E. Keefe, P.J.A.D. (Ret.), the most-widely cited treatise on these areas of the law entitled New Jersey Products Liability and Toxic Tort Law (published annually by Gann Law Books).  Since its initial printing, the treatise was adopted by the Administrative Office of the Courts as a bench book on product liability and, for a number of years, was distributed to the entire state judiciary on an annual basis.  To date, the treatise has been cited on twenty (20) or more occasions in published opinions.  In addition to his Supreme Court decision, Mr. Katz has several other reported decisions, for example Sutter v. Oxford Health Plans, 675 F.3d 215 (3d Cir. 2013, aff'd 133 S. Ct. 2064 (2013);  Kaufman v. Allstate Ins. Co., 561 F.3d 144 (3d Cir. 2009); Sutter v. Horizon Blue Cross Blue Shield, 406 N.J. Super. 86 (App. Div. 2009); and

Kirsch v. Delta Dental of New Jersey, 2008 WL 441860 (D.N.J. 2008). Mr. Katz has multiple seven-figure settlements, including the landmark $39 million Sutter v. Horizon class action settlement.

**David M. Freeman** is a partner at Mazie Slater and a 1985 graduate of Lehigh University and a 1988 graduate of University of Pennsylvania Law School. Mr. Freeman was admitted to the bar of the State of New Jersey and the District of New Jersey in 1988. Mr. Freeman concentrates his practice in the area of complex litigation, including commercial litigation, product liability, professional malpractice, insurance insolvency, and personal injury. Mr. Freeman has several reported and unreported decisions, for example Liss v. Federal Ins. Co., 2009 WL 231992 (App. Div. 2009); In re Integrity Insurance Company, 193 N.J. 86 (2007); Liss v. Federal Insurance Co., 2006 WL 2844468 (App. Div. 2006); Klein v. Autek, 147 Fed.Appx. 270 (3d. Cir 2005); Ravin Sarasohn v. Lowenstein Sandler, 365 N.J.Super. 241, (App. Div. 2003); Lascurain v. City of Newark, 349 N.J.Super. 251, 793 A.2d 731, (App. Div. 2002); RFE Industries v. SPM Corp., 103 F.3d 923 (4th Cir. 1997); National Property Investors VIII v. Shell Oil Co., 950 F.Supp 710 (E.D.N.C. 1996); National Property Investors VIII v. Shell Oil Co., 917 F.Supp 324 (D.N.J. 1995); and S&R Associates v. Shell Oil Co., 725 A.2d 431 (Del. Supr. 1998); Matter of Integrity Ins. Co., 1991 WL 213899 (D.N.J. 1991).

**Beth G. Baldinger** is an experienced trial attorney for over 20 years and has extensive experience in complex civil litigation. Ms. Baldinger numerous settlements and verdicts in excess of $1 million, including the infamous Adam Katz case against the New Jersey Sports and Exposition Authority for Mr. Katz's wrongful death and a $10 million verdict for negligent security. Ms. Baldinger has the following reported opinions to her credit: Beye v. Horizon, 568 F.Supp. 566 (D.N.J. 2008); Brennan v. Orban, 145 N.J. 282 (1996); Aldrich v. Schwartz, 258 N.J. Super. 300 (App. Div. 1992); Blake v. City of New York, 157 A.D.2d 482 (1st Dep't 1990).

**Matthew R. Mendelsohn** is a partner with Mazie Slater and concentrates his practice in complex civil litigation, specializing in class action and personal injury litigation. Mr. Mendelsohn is a 2002 graduate of Rutgers University and a 2005 graduate of Seton Hall School of Law. He has been admitted to practice in the State of New Jersey, U.S. District Court, District of New Jersey, State of New York, Southern District of New York, and the Third and Ninth Circuit Court of Appeals. Mr. Mendelsohn has litigated numerous cases resulting in multi-million dollar verdicts and settlements including, but not limited to, the $80 Million class action settlement in Dewey v. Volkswagen, a $40 million class action settlement in Alin v. Honda, a $20+ million class action settlement in In re Nissan Radiator/Oil Cooler Litigation; a $7million settlement on behalf of an injured construction worker; a $6 million settlement in a bus accident case, $5 million settlement in a truck accident case, $4.7 million settlement in product liability case, $2 million verdict in a motor-vehicle accident case. In recognition of his accomplishments, Mr. Mendelsohn was selected as a "New Leader of the Bar" (formerly known as "40 under 40") by the New Jersey Law Journal in 2012, selected as a member of "The Top 40 under 40" by The National Trial Lawyers in 2012, and selected as a "Top 100 Trial Lawyer" by The National Trial Lawyers in 2014. Mr. Mendelsohn has also personally been appointed Class Counsel in many nationwide consumer class actions. Mr. Mendelsohn has several reported decisions to his credit, including; Gray v. BMW of North America, LLC, 22 F.Supp.3d 373, (D.N.J. 2014); Dewey v. Volkswagen Aktiengesellschaft, 558 Fed.Appx. 191 (3d Cir. 2014); Dewey v. Volkswagen of America, 909 F.Supp.2d 373 (D.N.J. 2012); Keegan v. American Honda, 284 F.R.D. 504 (C.D. Cal 2012); Keegan v. American Honda, 838 F.Supp.2d 929 (C.D. Cal. 2012); Sutter v. Horizon Blue Cross Blue Shield, 406 N.J. Super. 86 (App. Div. 2009); Dewey v. Volkswagen, AG., 558 F.Supp. 2d 505 (D.N.J. 2008).

## ASSOCIATES

**Cheryll A. Calderon** is an associate at Mazie Slater who graduated from Seton Hall University School of Law in 2006. Ms. Calderon concentrates her practice in civil and commercial litigation, specializing in class action, mass tort, personal injury and health care regulation. She is admitted to practice in New Jersey and the U.S. District Court, District of New Jersey.

**Karen G. Kelsen** is an associate at Mazie Slater. Ms. Kelsen graduated from Queens College in 2005 and Hofstra University School of Law in 2008. Ms. Kelsen concentrates her practice in complex civil litigation, including class action, products liability, personal injury, and medical malpractice. She has been admitted to practice in the State of New Jersey and the U.S. District Court, District of New Jersey since 2008. Ms. Kelsen is also admitted in the State of New York. Ms. Kelsen was heavily involved in the discovery phase in <u>Dewey v. Volkswagen</u>, and currently is a member of the team handling <u>In re Gynecare/Ethicon Pelvic Mesh Litigation</u>.

**David M. Estes** is an associate at Mazie Slater. Mr. Estes graduated Nyack College in 2000, and Rutgers University School of Law in 2011. While in law school Mr. Estes served as the Lead Editor of the Rutgers Journal of Law and Religion, and was a Finalist of the Willem C. Vis International Commercial Arbitration Moot. Mr. Estes concentrates his practice in class action, product liability, and personal injury litigation. Prior to joining the firm, Mr. Estes served as law clerk to the Honorable Victor Ashrafi of the New Jersey Superior Court, Appellate Division. He also served as summer clerk to the Honorable Jerome Simandle of the U.S. District Court of New Jersey, and judicial intern to the Honorable Theodore McKee of the U.S. Court of Appeals for the Third Circuit. Mr. Estes is admitted to practice law in New Jersey.

**Adam M. Epstein** is an associate at Mazie Slater. Mr. Epstein graduated from Pennsylvania State University in 2006 and Brooklyn Law School in 2010. Mr. Epstein concentrates his practice on class actions and other complex civil litigation. Prior to joining the firm, Mr. Epstein worked at a prominent defense litigation firm, defending the very type of cases that he now pursues. Mr. Epstein is admitted to law in both New and New York.

**Jessica CM Almeida** is an associate at Mazie Slater. Ms. Almeida graduated from the University of South Carolina in 2001, and graduated cum laude from Seton Hall University School of Law in 2013. While in law school Mr. Estes served as Vice-President of the Student-Bar Association, served on the Appellate-Advocacy Moot Court Board, and was a semi-finalist in the American Bar Association Client Counseling Competition. Ms. Almeida concentrates her practice in mass torts, class action, and personal injury litigation. Prior to joining the firm, Ms. Almeida served as law clerk to the Honorable Mary Catherine Cuff, P.J.A.D. during her tenure on the New Jersey Supreme Court. She also served as an extern to the Honorable Madeline Cox-Arleo of the United States District Court of New Jersey. Ms. Almeida is admitted to practice law in New Jersey, New York and the United States District Court of New Jersey.