# Exhibit A

Page 1

1     UNITED STATES DISTRICT COURT

2     FOR THE SOUTHERN DISTRICT OF NEW YORK

      ------------------------------------------------X

3     JULIE CLARIDGE AND HELEN MARSH

      ON BEHALF OF THEMSELVES AND ALL OTHERS

4     SIMILARLY SITUATED,

5
                        Plaintiffs,

6
                 v.

7
                                        Case No.:

8                                       15-cv-1261

9     NORTH AMERICAN POWER & GAS, LLC,

10                            Defendant.

      ------------------------------------------------X

11                            445 Hamilton Avenue

                              White Plains, New York

12
                              May 5, 2016

13                            9:37 a.m.

14

15            VIDEO DEPOSITION of JULIE CLARIDGE,

16     one of the Plaintiffs herein, held at the

17     above-noted time and place, pursuant to Court

18     Order, taken before Patricia Torian, a Court

19

20     Reporter and Notary Public within and for the

21

22     State of New York.

23

24

25     Job No. NJ2306072

Page 2

```
 1       A P P E A R A N C E S:

 2

 3       FINKELSTEIN, BLANKINSHIP, FREI-PEARSON &
         GARBER, LLP
 4       Attorneys for Plaintiffs
                 445 Hamilton Avenue, Suite 605
 5               White Plains, New York 10601
 6       BY:  D. GREG BLANKINSHIP, ESQ.

 7

 8       GORDON & REES, SCULLY, MANSUKHANI, LLP
         Attorneys for Defendant
 9               18 Columbia Turnpike, Suite 220
10               Florham Park, New Jersey 07932

11

12       BY:  PETER G. SIACHOS, ESQ.
13               WILLIAM MURRAY, ESQ.

14

15

16

17       SETH HOPSON, ESQ.
18       GENERAL COUNSEL TO N.A.P.& G.
19               20 Glover Avenue
20               Norwalk, Connecticut 06850

21

22

23

24

25       ALSO PRESENT:  LEE BOWRY, VIDEOGRAPHER
```

Page 3

1                   S T I P U L A T I O N S

2

3                    IT IS HEREBY STIPULATED AND

4      AGREED by and between the attorneys for the

5      respective parties hereto that objections to

6      any question, except as to form, are reserved

7      for the trial of this action.

8

9

10

11                   IT IS FURTHER STIPULATED AND AGREED

12     that this deposition may be sworn to by any

13     Notary Public other the Notary Public before

14     whom this examination was begun.

15

16

17

18

19

20

21                   IT IS FURTHER STIPULATED AND AGREED

22

23     that the filing and certification of the

24

25     original of this deposition are waived.

JULIE CLARIDGE

Page 4

1              VIDEOGRAPHER:  We are now on

2        the record.  Please note that the

3        microphones are sensitive and may

4        pick up whispering and private

5        conversations.  Please turn off

6        all cell phones or place them away

7        from the microphones as they can

8        interfere with the deposition

9        audio.  Recording will continue

10       until all parties agree to go off

11       the record.

12            My name is Lee Bowry,

13       representing Veritext New Jersey.

14       The date today is May 5, 2016, and

15       the time is approximately 9:37

16       A.M.

17            This deposition is being held

18       at Finkelstein, Blankinship,

19       Frei-Pearson & Garber, LLP,

20       located at 445 Hamilton Avenue,

21       White Plains, New York, and is

22       being taken by counsel for the

23       Defendant.

24            The caption of this case is

25       Julie Claridge et al versus North

JULIE CLARIDGE

Page 5

1        American Power & Gas, LLC.  This

2        case is being held in the United

3        States District Court, Southern

4        District of New York, Case Number

5        715-cv-01261-PKC.

6            The name of the witness is

7        Julie L. Claridge.  At this time

8        the attorneys present in the room

9        will identify themselves and the

10       parties they represent.

11           MR. SIACHOS:  Good morning, my

12       name is Peter Siachos.  I'm with

13       Gordon & Rees.  I, along with Bill

14       Murray, represents the Defendant,

15       North American Power & Gas, LLC.

16       We also have here present with us

17       today Seth Hopson who is General

18       Counsel of North American Power &

19       Gas, LLC.

20           MR. BLANKINSHIP:  My name is

21       Greg Blankinship with Finkelstein,

22       Blankinship, Frei-Pearson &

23       Garber, for the Plaintiffs.

24           VIDEOGRAPHER:  Our court

25       reporter, Pat Torian, representing

JULIE CLARIDGE

Page 6

1                   Veritext will swear in the
2                   witness, and we can proceed.
3       JULIE CLARIDGE,
4            One of the Plaintiffs herein, having been
5            first duly sworn by a Notary Public of the
6            State of New York, upon being examined,
7            testified as follows:
8       EXAMINATION BY
9       MR. SIACHOS:
10           Q     Good morning, Ms. Claridge, we met
11      outside in the hallway.  I am Peter Siachos,
12      again.  I represent the Defendant in this
13      matter.  We are here to take your deposition
14      today.  Have you ever had your deposition taken
15      before?
16           A     No.
17           Q     Okay, so this is the first time.
18      So I will give you a couple of ground rules,
19      and a couple of pointers to try to make this go
20      as smoothly as possible, and to keep the record
21      clean.
22                  You have been placed under oath to
23      respond to our questions truthfully just as if
24      you were in a courtroom.  Do you understand
25      that?

JULIE CLARIDGE

Page 12

1    quote what the rate was, if you need that, and

2    then it expired, and so I renewed the rate, and

3    it was supposed to be a variable market rate,

4    and when I got my bill it didn't reflect that.

5    The following bill, it still didn't reflect

6    that, each time I called.  In fact, it was

7    inflated like three times as much as the

8    original rate.

9            In the sixth -- yes, it would be the

10   sixth month it was still inflated.  So that is

11   my personal reason for coming here.

12           Q    Okay.  Let me make sure I

13   understand what you said.  You said for three

14   months you had a fixed rate, is that what you

15   said?

16           A    That's what I said, yes.

17           Q    And then you said you renewed for

18   a variable market rate, or you meant to say you

19   renewed for a fixed rate for another three

20   months?

21           A    I was assuming that it would be

22   the same rate as my initial renewal.

23           Q    Okay.

24           A    Yes, the identical rate.

25           Q    Let me make sure I understand you

JULIE CLARIDGE

Page 13

1    then.  So for the first three months you had a

2    rate that was fixed, that was going to be the

3    same for the three months?

4         A     That is correct.

5         Q     And then after that three month

6    fixed rate had expired you assumed that when

7    you renewed it was going to be -- the rate was

8    going to be the same as it was the first three

9    months?

10        A     Yes.

11        Q     Was that the case?

12        A     No.

13        Q     So what happened?  Did the rate go

14   to the variable market rate as you just said?

15        A     That is correct.  It went to the

16   variable market rate.

17        Q     Were you happy with that variable

18   market rate?

19        A     No, I was not.

20        Q     Would you have been happier if you

21   had stayed on the fixed rate for the next three

22   months after your initial three month fixed

23   rate period had expired?

24        A     Yes, I would have been.

25        Q     Do you know why you did not have a

JULIE CLARIDGE

Page 15

1      that they didn't renew the initial three month

2      fixed rate period for another three months to

3      make it a total of six months?

4            A     That is how it began, yes.

5      However, I was worried that it would keep going

6      like that.  I figured three months is long

7      enough to give them time to correct that

8      mistake.

9            Q     Okay.  Was there anything North

10     American Power ever told you that was not true?

11           A     I remember reading that my rate

12     would be based on the market, the variable

13     market price, which could be a different price

14     than my original fixed price, but as far as

15     being truthful, that's probably the basis of

16     the truth.

17           Q     Okay.  Was there ever anything

18     else that North American Power ever told you or

19     represented to you that wasn't true that you

20     can think of?

21           A     Yes.

22           Q     Okay.  What else?

23           A     And that would just be that, wait

24     until the following month, and it should be

25     corrected, and each consecutive time it never

JULIE CLARIDGE

Page 19

1    about your background now.  We are shifting

2    gears.

3            A     Okay.

4            Q     You are from New York state,

5    right?

6            A     Yes, I am.

7            Q     You live in what town?

8            A     I live in Brewerton.

9            Q     And that's --

10           A     North of Syracuse, about 20 miles.

11           Q     I was just there.  I was going to

12   ask you that.  Is it on the lake, is that

13   right, or is it close to the lake?

14           A     Yes, it is.  Brewerton is on

15   Oneida Lake, yes.

16           Q     But not too far from Lake Ontario,

17   though, right?

18           A     We are about 80 miles, 70 or

19   80 miles from Lake Ontario, correct.

20           Q     Well, you hear my southern accent,

21   I'm used to the warm weather, but it's pretty

22   cold up there, isn't it?

23           A     Yes.

24           Q     Does it snow a lot where you guys

25   are?

JULIE CLARIDGE

Page 33

1           Q     Do you know her name is Helen
2      Marsh?
3           A     I do know the name.
4           Q     Have you ever met Ms. Marsh
5      before?
6           A     Never have met her.
7           Q     Have you ever spoken to her
8      before?
9           A     No.
10          Q     Who is your current energy
11     supplier?
12          A     National Grid.
13          Q     Is National Grid the local utility
14     in the area where you live?
15          A     Yes, it is.
16          Q     Do you recall, and it's a long
17     time ago, do you recall 40 years ago when you
18     purchased your house, or when you started
19     living in Brewerton, if National Grid was your
20     energy provider?
21          A     It was Niagara Mohawk.
22          Q     They changed the name?
23          A     They changed the name, yes.
24          Q     They all change the name to try to
25     be snazzy?

JULIE CLARIDGE

Page 37

```
 1                    asked and answered.  You can

 2                    answer.

 3          Q         I want to make sure I understand

 4     it.

 5          A         That's what I -- yes.

 6          Q         Before you signed up with North

 7     America Power, had you ever been on a variable

 8     rate for your power before?

 9          A         Yes.

10          Q         Who is that with?

11          A         Ambit.

12          Q         What about National Grid before

13     that?

14          A         Yes.

15          Q         Do you believe that the variable

16     rate should depend on what you agreed with with

17     your energy supplier?

18          A         I don't understand the question.

19          Q         Okay.  When you were with Ambit,

20     did you have an agreement with them as to their

21     provision for supplying of energy to you?

22          A         Yes, based on the market price.

23                    MR. BLANKINSHIP:  Let's go on

24                    a quick break.

25                    VIDEOGRAPHER:  Going off the
```

JULIE CLARIDGE

1           record.  The time is 10:12 A.M.

2                  (Whereupon, there was a

3           discussion held off the record.)

4                  MR. SIACHOS:  Read back the

5           last question and answer.

6                  (Whereupon, the requested

7           portion of the record was read by

8           the reporter.)

9                  VIDEOGRAPHER:  We are back on

10          the record.  The time is 10:23

11          A.M.

12     Q     Ms. Claridge, you stated that you

13   were with Ambit before you switched to North

14   American Power; is that correct?

15     A     Yes.

16     Q     What made you want to use Ambit as

17   your energy supplier?

18     A     I don't recall exactly.  I guess

19   that's my answer.  I don't remember.

20     Q     Do you recall if you were on a

21   fixed or a variable rate with Ambit?

22     A     I was on a variable rate.

23     Q     Were you ever on a fixed rate with

24   Ambit at any point?

25     A     Not that I remember.

JULIE CLARIDGE

Page 41

1        complaint, at least, the term wholesale rates.

2        Are you familiar with the term wholesale rates?

3              A      Not exactly, no.

4              Q      Do you know what the difference

5        between wholesale rates and commodities are, if

6        there is a difference?

7              A      I am not going to answer that

8        question because I'm unsure.

9              Q      How about wholesale rates and

10       market rates, do you know if there is any

11       difference between those two terms?

12                    MR. BLANKINSHIP:  I'm going to

13                    object.  Asked and answered.  You

14                    can answer it if you know.

15             A      No.

16             Q      The answer is no?

17             A      Right, correct.

18             Q      Have you ever had a variable rate

19       for any other product or service, other than

20       power?

21             A      No.

22             Q      How about have you ever had a

23       mortgage?

24             A      Yes.  A while ago.

25             Q      It's paid off?

JULIE CLARIDGE

Page 48

```
1      search for information, and that can be very

2      sporadically.  Like, I think of something, and

3      I am going to go look it up and find an answer.

4             Q      Okay.

5             A      Yes, resolve a problem with

6      whatever.

7             Q      Probably try to use it to save

8      money too, right?

9             A      Mm-hmm.

10            Q      How did you first hear of North

11     American Power, through the internet?

12            A      No.

13            Q      Okay.

14            A      I believe I got something in the

15     mail.  A lot of energy -- there was a lot of

16     competition in that sector.

17            Q      Had you gotten other energy

18     suppliers information by mail?

19            A      Yes, and you are going to ask

20     me --

21            Q      No, it's okay.  I'm not going to

22     ask.  There is too many probably, right?

23            A      I know there was a few, yes.

24            Q      When you received other energy

25     suppliers materials by mail, were you
```

JULIE CLARIDGE

Page 55

1       important to you when you were on the call with

2       North American Power in November of 2013?

3              A       No.

4              Q       Do you know or remember if North

5       American Power referred you to their website

6       when you were on the phone with them to sign up

7       for their services?

8              A       I did not go on the web with North

9       American Power at all.

10             Q       Did you go on the web to research

11      North American Power before you called them to

12      sign up for their services?

13             A       No, I didn't.

14             Q       Did you go on the web to research

15      North American Power after you signed up with

16      them to provide their services?

17             A       No.

18             Q       Do you recall what North American

19      Power represented you on the phone regarding

20      their rates when you called them?

21             A       I believe they said they were

22      basically consistently lower than other --

23      other companies, but I cannot -- I cannot

24      remember that.  That's speculation.

25             Q       Do you recall reviewing anything

JULIE CLARIDGE

Page 59

```
 1     American Power to have your energy supplied by
 2     North American Power, did anybody instruct you
 3     that the fixed rate would go to a variable rate
 4     after the fixed term expired?
 5            A     They may have.  I don't recall
 6     that.  I remember reading it -- by phone.
 7            Q     Where do you remember reading it?
 8            A     After when they sent me the
 9     contract and all the details.
10            Q     Did anyone from North American
11     Power ever tell you that you can enter into
12     another fixed rate term after your initial
13     fixed rate term expired?
14            A     I don't recall that they mentioned
15     the word fixed rate after my initial fixed
16     rate.
17            Q     Okay.
18            A     Yes.
19            Q     But I believe you testified
20     earlier, and correct me if I'm wrong, that you
21     could try to sign up for a fixed rate for
22     another three months?
23            A     For another three months, that is
24     correct, yes.
25            Q     After the initial fixed rate
```

JULIE CLARIDGE

Page 76

1          Q      That address, Redacted
2    Redacted, in Brewerton, that is the home that you
3    live in; correct?
4          A      Yes.
5          Q      Do you recall when you received
6    this document marked as Exhibit A?
7          A      No, I don't recall the date that I
8    received it.
9          Q      Was it after you spoke on the
10   phone with North American Power?
11         A      Yes.
12         Q      Did you review the document when
13   you received it in the mail?
14         A      Yes.
15         Q      Let's stay on the first page.  Do
16   you see sort of in the middle of the page where
17   it says, we'll take it from here?
18         A      Yes.
19         Q      The last sentence of that
20   paragraph below says, do you see where it says,
21   your three month fixed rate will be 5.49 cents
22   per kilowatt?
23         A      Yes.
24         Q      Is that what you had agreed to?
25         A      Yes.

1     swayed me a little bit, the word green, but

2     basically it was the rate.

3          Q     Let's turn to -- well, the second

4     page is blank, right, but the third page, and

5     in the first box it says price 5.49 cents per

6     kilowatt.  That is the same thing it says on

7     the first page; right?

8          A     Mm-hmm.

9          Q     That's correct, that was your

10    rate?

11         A     Yes.

12         Q     And below that it says, for 100%

13    renewable energy certificates the price is 1.95

14    cents per kilowatt hour above the market rate.

15    Did you -- do you know if you ever purchased or

16    partook in renewable energy certificates with

17    North American Power?

18         A     No.

19         Q     The answer is no, you did not

20    partake, or you did not participate?

21         A     I don't understand that.  I didn't

22    participate in any certificates.

23         Q     Okay.  The next box says, fixed or

24    variable.  Then it says, fixed three months,

25    thereafter, unless notified by customer the

JULIE CLARIDGE

Page 79

1      agreement will automatically renew on a month

2      to month variable rate; do you see that?

3              A      Yes, I do.

4              Q      Did you read that language when

5      you received this document in the mail?

6                      MR. BLANKINSHIP:  Objection,

7                      asked and answered but you can

8                      answer it again.

9              A      I remember the fixed three months.

10     I do not remember it said automatically renew

11     on a month -- on a month to month variable

12     rate, but that it would be the same for three

13     consecutive months.

14             Q      But you didn't understand that it

15     would go to a variable rate on a month to month

16     basis after the fixed rate expired?

17                     MR. BLANKINSHIP:  Objection,

18                     mischaracterizes her testimony and

19                     asked and answered.

20             A      Month to month, it would not

21     change.  It would stay at the same rate that

22     they told me for three consecutive months, that

23     was my understanding.

24             Q      Okay.  After you read this

25     document.  Well, let me back up.  Did you read

JULIE CLARIDGE

Page 81

1          Q      The next box down, which is the
2     fifth box down, amount of early termination fee
3     and method of calculation; do you see that?
4          A      Yes.
5          Q      It says, this agreement has no
6     termination fee.  Do you recall reading that
7     when you received this?
8          A      Yes.
9          Q      And what does that mean to you?
10         A      That means if I chose to cancel
11    the agreement or change, they wouldn't charge
12    me anything.
13         Q      At the bottom of the page, the
14    very last box.  It says conditions on which
15    savings to the customer are guaranteed.  It
16    says no savings are guaranteed as the utility
17    price may vary during the term of this
18    agreement; do you see that?
19         A      I did see that.
20         Q      Did you read this language when
21    you received the agreement in the mail?
22         A      I read it, yes.
23         Q      Did you understand this language
24    to be a guarantee that your rate would match
25    the market rate?

JULIE CLARIDGE

Page 96

1    should have been 5.49.

2              Q      Right.  So was it your

3    understanding that your fixed rate would begin

4    immediately?

5              A      Mm-hmm.

6              Q      Is that a yes?

7              A      Yes, yes.

8              Q      What was that expectation based

9    on?

10             A      The first three months was the

11   same price, then I was offered another

12   variable, 6.49 rate.  So the expectation was

13   either this rate or this rate, but not .1599.

14   I don't know where that came from.

15             Q      You were pointing to Exhibit B

16   just now where it says 6.49?

17             A      That is correct.

18             Q      So based on Exhibit B dated

19   February 24th, and based on the 5.49 cents per

20   kilowatt hour in Exhibit C, you didn't expect

21   your power to be .15?

22             A      That is correct.

23             Q      Do you know how you got from 6.49

24   cents per kilowatt hour to 5.49 cents per

25   kilowatt hour in April?

JULIE CLARIDGE

Page 107

1     hour, they would state the price, and the rate,

2     and the consumption, right?

3          A     Yes.

4          Q     I take it you reviewed your

5     invoices when they would come in, right?

6          A     Yes.

7          Q     In fact, you reviewed them and you

8     called North American Power after receiving

9     your April invoice, right?

10         A     Yes.

11         Q     Because you weren't satisfied with

12    the rate, is that right?

13         A     Yes.

14         Q     The same thing with your May

15    invoice; is that correct?

16         A     Yes.

17         Q     You called North American Power

18    because you weren't satisfied with your rate?

19         A     Yes.

20         Q     And the same thing with your June

21    invoice?

22         A     Yes.

23         Q     Now there are other invoices that

24    you received where you didn't call North

25    American Power, right?

JULIE CLARIDGE

Page 109

1      regarding Tiffany's house too, is that right?

2            A      I consolidated both.

3            Q      You made one call for both houses?

4            A      For both accounts, yes.

5            Q      Did you pay all those invoices?

6            A      Everything was paid, yes.

7                   MR. SIACHOS:  Mark Exhibit F.

8                   (Whereupon, the

9                   above-referred-to Document was

10                  marked as Defendant's Exhibit F

11                  for identification, as of this

12                  date, by the reporter.)

13           Q      Now I'm going to show you what has

14     been marked as Exhibit F, and for the record,

15     based on Julie Claridge, number 000014 through,

16     the last document is 21; is that what you have

17     in your hands, Ms. Claridge?

18           A      Yes.

19           Q      Okay.

20           A      Yes.

21           Q      Exhibit F, what are these

22     documents?

23           A      These are photocopies of my

24     National Grid bill that I receive on a monthly

25     basis for both houses, and it's just a

JULIE CLARIDGE

Page 121

1    I felt that the fixed rate still should have

2    been in effect according to what I read.

3          Q     Now you already testified that you

4    paid all these bills, but you didn't terminate

5    your contract until this happened three months

6    in a row; right?

7          A     That is correct.

8          Q     But you knew that you could

9    terminate your contract at any time; is that

10   correct?

11         A     Yes.

12         Q     Did you know whether you were on

13   the variable rate for the last three invoices

14   where the rate was higher than the .0549 that

15   you thought you were supposed to be on?

16         A     If I was on the variable rate it

17   was highly inflated.

18         Q     But do you know if you were on the

19   variable rate or not?

20         A     No, I do not.

21         Q     If you were on the variable rate

22   for April to May, which I believe was -- page

23   18, what do you believe your rate should have

24   been, if you were on the variable rate?

25         A     Much lower than 15.99.  It should

JULIE CLARIDGE

Page 134

```
 1                    vague.
 2          A      No, I do not know.
 3          Q      Other than your concerns about the
 4     rate being incorrect, did you have any other
 5     concerns about the services that North American
 6     Power provided?
 7          A      I didn't trust them.
 8          Q      Okay.  But did they do -- did they
 9     supply your electricity to you when you were
10     with them?
11          A      Yes.
12          Q      I know you said you did not trust
13     them, and I know you said the rate was wrong.
14     Was there anything else that North American
15     Power did wrong while you did business with
16     them for the six months?
17          A      Not that I know of.
18          Q      In the complaint -- well, let me
19     back up for a minute.  Are you familiar with
20     the complaint that your lawyers filed suing
21     North American Power in this matter?
22          A      Yes, I am.
23          Q      I want you to tell me if you know
24     what the answer to this is.  If you don't know,
25     don't answer, but they say that in the
```

JULIE CLARIDGE

Page 142

```
 1    question?
 2         A    They told me how they would
 3    calculate their rates, according to the
 4    document.
 5                   MR. SIACHOS:  I have no
 6                further questions.
 7                   MR. BLANKINSHIP:  I have a
 8                brief re-direct.  A couple of
 9                questions actually.
10    EXAMINATION BY
11    MR. BLANKINSHIP:
12         Q    Ms. Claridge, I'm going to ask you
13    a few questions about communications you had
14    with your attorneys, but I want you to be
15    careful not to talk about the substance.
16         Do you recall receiving an e-mail
17    from my associate, Tony Roman, that attached a
18    document that was described as a complaint?
19         A    Yes.
20         Q    Did you have several conversations
21    with Mr. Roman about the complaint?
22         A    Yes.
23         Q    Did Mr. Roman -- well, before the
24    complaint was filed, did you review and verify
25    the accuracy of the complaint?
```