# Exhibit B

                                              Page 1

1        UNITED STATES DISTRICT COURT
2        FOR THE SOUTHERN DISTRICT OF NEW YORK
         ------------------------------------------------X
3        JULIE CLARIDGE AND HELEN MARSH
         ON BEHALF OF THEMSELVES AND ALL OTHERS
4        SIMILARLY SITUATED,
5
                          Plaintiffs,
6
                 v.
7
                                        Case No.:
8                                       15-cv-1261
9        NORTH AMERICAN POWER & GAS, LLC,
10                             Defendant.
         ------------------------------------------------X
11                             445 Hamilton Avenue
                               White Plains, New York
12
                               May 6, 2016
13                             1:00 p.m.
14
15             VIDEO DEPOSITION of HELEN MARSH, one
16       of the Plaintiffs herein, held at the
17       above-noted time and place, pursuant to Court
18       Order, taken before Patricia Torian, a Court
19       Reporter and Notary Public within and for the
20       State of New York.
21
22
23
24
25       Job No. NJ2306077

```
1        A P P E A R A N C E S:
2
3        FINKELSTEIN, BLANKINSHIP, FREI-PEARSON &
         GARBER, LLP
4        Attorneys for Plaintiffs
               445 Hamilton Avenue, Suite 605
5              White Plains, New York 10601
6        BY:  D. GREG BLANKINSHIP, ESQ.
7
8        GORDON & REES, SCULLY, MANSUKHANI, LLP
         Attorneys for Defendant
9              18 Columbia Turnpike, Suite 220
10             Florham Park, New Jersey 07932
11
12       BY:  PETER G. SIACHOS, ESQ.
13             WILLIAM MURRAY, ESQ.
14
15
16
17       SETH HOPSON, ESQ.
18       GENERAL COUNSEL TO N.A.P.& G.
19             20 Glover Avenue
20             Norwalk, Connecticut 06850
21
22
23
24
25       ALSO PRESENT:  LEE BOWRY, VIDEOGRAPHER
```

1            S T I P U L A T I O N S

2

3            IT IS HEREBY STIPULATED AND

4    AGREED by and between the attorneys for the

5    respective parties hereto that objections to

6    any question, except as to form, are reserved

7    for the trial of this action.

8

9

10

11            IT IS FURTHER STIPULATED AND AGREED

12    that this deposition may be sworn to by any

13    Notary Public other the Notary Public before

14    whom this examination was begun.

15

16

17

18

19

20

21            IT IS FURTHER STIPULATED AND AGREED

22

23    that the filing and certification of the

24

25    original of this deposition are waived.

Page 4

1          VIDEOGRAPHER:  We are now on

2     the record.  Please note that the

3     microphones are sensitive, and may

4     pick up whispering and private

5     conversations.  Please turn off

6     all cell phones or place them away

7     from the microphones as they can

8     interfere with the deposition

9     audio.  Recording will continue

10    until all parties agree to go off

11    the record.  My name is Lee Bowry

12    representing Veritext New Jersey.

13    The day today is May 6, 2016, and

14    and the time is approximately 1:24

15    P.M.

16         This deposition is being held

17    at Finkelstein, Blankinship,

18    Frei-Pearson & Garber, LLP located

19    at 445 Hamilton Avenue, White

20    Plains, New York, and is being

21    taken by counsel for the

22    Defendant.

23         The caption of this case is

24    Julie Claridge et al versus North

25    American Power & Gas, LLC.  This

Page 5

1           case is being held in the United

2           States District Court, Southern

3           District of New York, Case Number

4           715-CV-01261-PKC.  The name of the

5           witness is Helen P. Marsh.

6                At this time the attorneys

7           present in the room will identify

8           themselves, and the parties they

9           represent.

10               MR. BLANKINSHIP:  My name is

11          Greg Blankinship of Finkelstein,

12          Blankinship, Frei-Pearson & Garber

13          and I represent the Plaintiffs.

14               MR. SIACHOS:  Good afternoon,

15          I am Peter Siachos with Gordon &

16          Rees.  I represent the Defendant

17          North American Power & Gas, LLC.

18               VIDEOGRAPHER:  Our court

19          reporter, Pat Torian representing

20          Veritext will swear in the witness

21          and we can proceed.

22     HELEN MARSH,

23          One of the Plaintiffs herein, having been

24          first duly sworn by a Notary Public of the

25          State of New York, upon being examined,

HELEN MARSH

Page 6

1       testified as follows:

2    EXAMINATION BY

3    MR. SIACHOS:

4           Q.    State your full name, for the

5    record, please.

6           A.    HELEN MARSH.

7           Q.    State your current home address,

8    for the record, please.

9           A.    <span style="color:red">Redacted</span>            , Poughkeepsie, New

10   York 12601.

11          Q     Good afternoon, Ms. Marsh.  Thank

12   you for being here today.  My name is Peter

13   Siachos.  I represent North American Power &

14   Gas, LLC, as I just said, and I understand you

15   are a Plaintiff in this case, and we are here

16   to take your deposition.

17              Have you ever had your deposition

18   taken before?

19          A     No.  I have, I'm sorry.

20          Q     That's okay.  You have, okay.  How

21   long ago was that?

22          A     I guess it was about two years

23   ago.

24          Q     What kind of case was that?

25          A     Medical malpractice.

HELEN MARSH

Page 12

1          Q      Daily market price; what does that

2     term mean?

3          A      The commodity rate, the

4     competitive rate of other electric energy

5     sources.

6          Q      Does the word wholesale market

7     rate mean anything to you?

8          A      Yes.

9          Q      What does that mean to you?

10         A      That's what, I believe, the public

11     is being charged -- no, the company is being

12     charged.

13         Q      Okay.  Did you believe that North

14     American Power's rates should correlate with

15     some sort of market rate?  Which market rate

16     did you think?

17         A      The daily competitive rates, like

18     I was told.

19         Q      When you say, like you were told,

20     who told you that?

21         A      A representative.

22         Q      So you called North American Power

23     on the phone about your rate?

24         A      I spoke with a representative but

25     I don't remember when, but I was informed that.

HELEN MARSH

Page 14

```
 1              Q     About what the daily market rate
 2      was?
 3              A     Just researching various energy
 4      companies, Central Hudson, different energy
 5      sources.
 6              Q     So you researched energy companies
 7      on the internet or how did you do it?
 8              A     Yes, from time to time, in passing
 9      I just compared prices.
10              Q     Do you know whether North American
11      Power's rates correlated with wholesale market
12      rates?
13              A     I don't know.
14              Q     So before you -- go ahead, I am
15      sorry?
16              A     I'm not sure.  I don't understand
17      the question.
18              Q     But you said you are sure that
19      North American Power's rates didn't correlate
20      with daily market rates?
21                    MR. BLANKINSHIP:  Objection,
22                    asked and answered.
23              A     They were much higher.  They were
24      almost triple, the rate, the daily normal
25      market rate.
```

HELEN MARSH

Page 15

1          Q     Is there anything else besides
2     your phone call with a North American Power
3     representative that you are basing your
4     contention that North American Power's rates
5     were supposed to be correlated with the daily
6     market rate?
7          A     Well, according to my electric
8     bill you can see the difference in the rates,
9     and they were very much higher --
10          Q     Okay.
11          A     -- than the average energy
12     company.
13          Q     Let me ask you another question.
14     Was there anything that North American Power
15     ever told you that was not true when you spoke
16     to them?
17          A     Yeah, they told me that the rates
18     would be at market price after four month
19     period and they were not.  They were
20     astronomically higher than what I was told.
21          Q     Was that when you first called
22     them to sign up or was that another call?
23          A     I don't recall but it might have
24     been one of the first calls I made.
25          Q     Besides when you spoke to them on

HELEN MARSH

Page 16

1    the phone, did North American Power ever

2    represent to you in any other form of fashion

3    that its rates would be correlated based on the

4    daily market rates?

5           A      One of the reasons why I did sign

6    initially was because the flyer did state the

7    daily market rate which was confirmed to me by

8    NAPG which is one of the reasons why I did

9    agree.

10          Q      Did you base or did you agree to

11   go with North American Power based on anything

12   else besides the phone call with North American

13   Power, or maybe phone calls, you said, right,

14   might be more than one --

15          A      Just the one, I believe.

16          Q      -- and the flyer that you

17   received?

18          A      Repeat the question, I am sorry?

19          Q      Was there anything else besides

20   the phone call with North American Power, and

21   the flyer that you received that caused you to

22   do business with North American Power?

23          A      I believe that was it.

24          Q      Was there ever anything that North

25   American Power ever told you that was

HELEN MARSH

Page 17

1    misleading?

2                    MR. BLANKINSHIP:  Objection,

3                    asked and answered.  You can

4                    answer.

5                    MR. SIACHOS:  I think I said

6                    the first question was something

7                    that was untrue.

8         Q    The second question I asked you

9    now is whether they ever told you anything that

10   was misleading?  Different question.

11                   MR. BLANKINSHIP:  The same

12                   objection.  It calls for a legal

13                   conclusion, but you can answer.

14        A    It was misleading when they told

15   me that the market price would be a fair price.

16        Q    Okay.  So they told you it would

17   be correlated to daily market rates, you are

18   saying?

19        A    Yes, I'm sorry, the daily market

20   rate.

21        Q    Did they also tell you that it

22   would be a fair price on the phone?

23        A    No, I take that back.  I didn't

24   mean to use the word fair.  I mean the daily

25   market price.

HELEN MARSH

1          Q      Was there anything North American

2    Power ever did to you that you think was

3    unfair?

4          A      Absolutely.  After that four month

5    period, the rates increased so astronomically

6    that I was financially -- still financially

7    burdened, because of the over charges that were

8    owed and doing.

9          Q      What about during the first four

10   months, was there any problem with the services

11   provided or the rate?

12         A      I don't remember.  I don't know.

13         Q      When I say that, I meant the first

14   four months, when it was a fixed rate, was

15   there any issues?

16         A      I don't believe so.  I don't know

17   for sure.

18         Q      I think you gave us your address

19   at the beginning of the deposition.  You said

20   you lived in Poughkeepsie, right?

21         A      Yes.

22         Q      On  Redacted          ?

23         A      That is correct.

24         Q      How long have you delivered in

25   that home?

HELEN MARSH

Page 21

```
 1          A     About eight months until I found a
 2     full-time position.
 3          Q     I'm trying to quickly go through
 4     this so I don't burn you with so many questions
 5     about your employment.  Where did you work
 6     before you worked for the temporary agency?
 7          A     Finkelstein & Partners in
 8     Newburgh, Route 300, Newburgh.
 9          Q     What was your job at Finkelstein &
10     Partners?
11          A     Case assistant.
12          Q     What kind of cases?
13          A     Mass Tort Department.
14          Q     Now you are aware that the name of
15     the firm representing you is Finkelstein,
16     right, the first name.  Any relation to --
17          A     I don't know.
18          Q     Did you know Mr. Finkelstein at
19     Finkelstein & Partners?
20          A     I saw him a few times.
21          Q     What was his first name?
22          A     Andrew.
23          Q     How long did you work at
24     Finkelstein & Partners?
25          A     Seven years.
```

HELEN MARSH

Page 35

1    repeat that again?

2          Q     Were you aware that your fixed

3    rate would go to a variable rate after four

4    months with North American Power?

5          A     Yes.

6          Q     Have you ever had a variable rate

7    for anything else?

8          A     I don't remember.

9          Q     Do you have a mortgage?

10         A     Yes, I do.

11         Q     Does it have a variable rate or

12   fixed rate?

13         A     We have a variable rate.

14         Q     Do you know how it varies?

15         A     No.

16         Q     Do you know what the rate is?

17         A     No.

18               MR. BLANKINSHIP:  Don't

19               speculate.

20         A     I don't know.

21         Q     Do you know on what factors the

22   mortgage company bases its variable rate on?

23         A     No.

24         Q     Do you know what would cause the

25   variable rate to change on a mortgage?

HELEN MARSH

Page 40

1    to be cheaper?

2           A     I just wanted to look at the

3    rates, an overall view of what rates were out

4    there, whether they be fixed or variable.

5           Q     Okay.  Did you at some point

6    decide whether to use a fixed or a variable

7    rate?

8           A     When I -- when I did receive that

9    flyer from NAPG I decided to go with fixed rate

10   which was a very reasonable rate for those four

11   months.

12          Q     Do you know if you were ever

13   offered a fixed rate for longer than four

14   months?

15          A     I am sorry, what?

16          Q     For longer than four months?

17          A     No.

18          Q     So you were only offered a fixed

19   rate for four months and then it became a

20   variable rate?

21                MR. BLANKINSHIP:  Objection,

22                mischaracterizes her testimony.

23                You can answer if you know.

24          A     No, not that I was aware of.  Do

25   you want to ask that question again.

HELEN MARSH

Page 43

1          A     Yes.

2          Q     Who represented that to you?

3          A     The representative that I spoke

4     to.

5          Q     Was the length of time of the

6     fixed rate, four months, was that one of the

7     factors that you considered in signing up?

8          A     Yes.  I was getting a fixed rate

9     for four months -- not variable.

10          Q     But you were aware that the fixed

11     rate would eventually go to a variable rate; is

12     that correct?

13          A     At a market price, not three times

14     the amount of the daily market price, no.  I

15     didn't know it would jump that high and put me

16     in such a hole where now I am unable

17     financially to pay my electric bill, okay.

18     That's what I was not told.

19          Q     I know you told me, you testified

20     earlier, correct me if I am wrong, that your

21     attorney has told you that your rate was three

22     times the daily market price, is that what you

23     testified to?

24                MR. BLANKINSHIP:  Objection.

25                That was not at all what you asked

HELEN MARSH

Page 56

1    switch back to Agway or somebody else at any

2    time without penalty?  Did you understand that?

3          A     From conversation, yes.

4          Q     Did you understand that you can

5    cancel your service with North American Power

6    at any time?

7          A     Yes, that is what she said.

8          Q     Did you hear the representative

9    offer North American Power's rate at 6.99 cents

10   per kilowatt hour for four months?

11         A     Right, which is what I said.

12         Q     Let us keep going.

13               (Whereupon, a recording was

14               played.)

15         Q     I will stop the recording at eight

16   minutes and 56 seconds.  Did you hear what the

17   representative just said about a fixed rate for

18   twelve months?

19         A     Yes.

20         Q     Is it correct that the

21   representative offered you a fixed rate for

22   twelve months during this call?

23               MR. BLANKINSHIP:  I'm going to

24               object.  It speaks for itself.

25               She already testified that she

HELEN MARSH

Page 59

1          A      Yes, it was an offer I was not

2      interested in.  I wasn't sent a renewal to

3      confirm that, to sum everything up.  It was

4      just hearsay.

5          Q      You said hearsay, is that what you

6      said?

7          A      She said she would send me some

8      renewal of some kind.  I never received a

9      renewal.

10          Q      But did the representative offer

11      to put you on a fixed rate for twelve months at

12      7.29 cents per kilowatt hour on this phone

13      call?

14                   MR. BLANKINSHIP:  The same

15                   objection.

16          A      Yes, yes, it doesn't make sense.

17          Q      I'm playing again, and I'm

18      starting at eight minutes and 56 seconds.

19                   (Whereupon, a recording was

20                   played.)

21          Q      That recording ends there.  You

22      asked what would happen after four months in

23      that call, didn't you?

24          A      Yes.

25          Q      Did you understand that you would

HELEN MARSH

Page 70

1    Hudson, and I wound up canceling at NAPG

2    because they brought it to my attention that my

3    bill was very high because NAPG was seriously

4    overcharging me, and they were ripping me off,

5    exact words.  So I called them, and canceled.

6         Q    Now you said you had been with

7    North American Power for four months.  Do you

8    mean you had been on the variable rate for four

9    months?

10        A    Yes.  No, the fixed rate, January

11   until April, was it, I believe, four months

12   fixed rate I had.

13        Q    You had a four month fixed rate,

14   but you eventually went on a variable rate,

15   though, right?

16        A    That changed over.  I wasn't sent

17   any kind of renewal to give me that option to

18   change.  They said -- the representative told

19   me that she would send me a renewal, never sent

20   me the renewal.

21        Q    Okay.  I just want to make sure I

22   understand.  How long were you with North

23   American Power, total amount of months?

24        A    Four months, I believe.  No, no,

25   seven months, eight months.

HELEN MARSH

Page 73

1    went off the fixed rate and went to the

2    variable rate, did you ever call North American

3    Power to ask why your rate had spiked?

4         A    Well, I called them after I had

5    spoken to Central Hudson.  They told me that

6    they sent me a renewal, and if they hadn't

7    heard from me it would automatically switch

8    over to the variable rate, and I explained to

9    her that I never received a renewal.

10              So they said the only way they would

11   make that rate change was to hear from me, and

12   they never heard from me because I was never

13   sent a renewal.

14        Q    But you understood from your call

15   with the representative that you were only

16   going to have a fixed rate for four months, and

17   that you would have had to call to change the

18   rate or to get another fixed rate continuation?

19        A    Well, she told me that that change

20   could be made by the renewal.  She would send

21   me a renewal, which is what she said, and at

22   that point I would have the option to change.

23   I never received the renewal.

24        Q    So is the reason you didn't call

25   North American Power to negotiate an additional

HELEN MARSH

Page 74

1      amount of months for your fixed rate is because

2      you didn't receive the renewal letter?

3          A      Yes, yes.  I trusted you guys to

4      not raise me that high, to 17.99, and when

5      Central Hudson told me that I was at that

6      percentage, I called right away and I canceled.

7          Q      But you understand that after four

8      months with the fixed rate you could have

9      called North American Power and negotiated

10     another fixed rate with them, right?

11         A      North American Power -- if you

12     hear on the recording that if they didn't hear

13     from me it would automatically roll over into a

14     variable rate without my permission.  I wasn't

15     sent a renewal and I didn't give them my answer

16     at that point in time.  So therefore, it

17     automatically rolled over and NAPG took it upon

18     themselves to roll over my rate to

19     17.99 percent.  Okay.  I would have never --

20     never thought it was that high until I found

21     out from Central Hudson what was going on.

22     They automatically rolled me over.  They had no

23     right to do that.

24         Q      Is it your contention that North

25     American Power did not have the right to change

HELEN MARSH

Page 75

1      you from a fixed rate after four months to a

2      variable rate?

3              A      That's right, without my

4      permission.  I wasn't sent a renewal.  If I was

5      sent a renewal I would have never consented to

6      it.

7              Q      When we listened to these

8      recordings, I believe we are on the third

9      recording, did you hear the sales

10     representative say that you could call North

11     American Power after four months to negotiate

12     an additional amount of time for a fixed rate?

13             A      Well, she said if we didn't hear

14     from you we would automatically change you over

15     to -- there was no effort of calling me to find

16     out.  They took it upon themselves and they

17     threw me into this 17.99 percent rate.  They

18     had no right to do that.  They had no right to

19     do that.

20             Q      I understand that, but what I am

21     asking is, did you hear the representative on

22     the call say that you could call North American

23     Power after four months, yourself, call them,

24     and negotiate another period of time for a

25     fixed rate?

HELEN MARSH

Page 76

1                    MR. BLANKINSHIP:  Objection,

2                    argumentative.  You can answer.

3           A     I was waiting for the renewal.  I

4      didn't get a renewal.

5           Q     Did you hear that on the call,

6      what I just said?

7           A     Yes.

8                    MR. BLANKINSHIP:  Objection.

9           Q     Is that a yes or a no?

10          A     I heard it.

11          Q     What was your expectation of what

12     would happen at the end of four months when it

13     went to the variable rate?

14          A     It wouldn't jump up to

15     17.99 percent.

16          Q     Anything else?

17          A     I never received a renewal.  I

18     didn't know about the options.  I think it was

19     unfair that they jumped me up to such a high

20     rate which it was not competitive with the

21     market price, 17.99 percent, was awfully high.

22          Q     Do you think it was unfair that

23     they didn't, allegedly didn't send you a

24     renewal notice?

25          A     Yes, I never got one.

HELEN MARSH

Page 84

1          A     Yes.  I heard on the phone call.

2          Q     Now in the first box it says,

3     below 6.99 cents per kilowatt hour, it says for

4     a hundred percent renewable energy certificates

5     the price is 1.95 cents per kilowatt hour above

6     the market rate.  You ever recall having seen

7     that before?

8          A     I am unsure.

9          Q     Do you know what that means,

10    renewable energy certificates?

11         A     No.

12         Q     If you know.

13         A     No, no.

14         Q     Was the environment or renewable

15    energy certificates one of the reasons that you

16    chose North American Power?

17         A     I chose North American Power

18    because they were cheaper.

19         Q     Okay.  Not because of renewable

20    energy or the environment?

21         A     No, no, because they were cheaper.

22         Q     Where it says, fixed four months,

23    that we just talked about?

24         A     Yes.

25         Q     Did you understand that language

HELEN MARSH

Page 87

1      this language before?

2              A      No.

3              Q      You have read the language now,

4      right, you read it along with me?

5              A      Yes.

6              Q      Do you understand this language to

7      be a guarantee that your rate would match the

8      market rate?

9              A      No, but it should be very close to

10     it, and it wasn't.

11             Q      So it's your understanding -- does

12     this language to you mean that the rates should

13     be something very close to the market rate?

14             A      No savings are guaranteed during

15     the term of this agreement.

16             Q      And that the utility price may

17     vary during the term of this agreement.  Did

18     that mean to you that the rate would match the

19     market rate, or daily market rate, as you said?

20             A      The variable I was told should.

21             Q      When you say you were told, you

22     were told by representative?

23             A      By the representative, not at

24     17.99 percent.

25             Q      When you say you were told by the