# Exhibit C

Page 1

1

2

3

4

5

6                              HELEN MARSH

7                       RECORDED CONVERSATIONS

8                        November 20, 2013

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24        Job No. NJ2309432

25      Transcribed By:  Jamie Gallagher

1                           I N D E X

2    Track                                         Page

3    Helen Marsh Part 1                             3

4    Part 2a                                        6

5    Part 2b                                        16

6    Part 3                                         29

7    Part 4                                         31

8    Part 5                                         34

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          PATRICIA:  Thank you for calling North American

2     Power.  This is Patricia.  How can I help you today?

3          MS. MARSH:  Hi, Patricia.  I have my electric bill

4     in front of me.  I'm with Agway right now --

5          PATRICIA:  Okay.

6          MS. MARSH:  -- is my supplier.  Where on this bill

7     would I find what they're paying -- what they're charging?

8          PATRICIA:  Let's see.  What state are you located

9     in?

10          MS. MARSH:  Sorry?

11          PATRICIA:  What state are you located in?

12          MS. MARSH:  New York.

13          PATRICIA:  And who is your electric utility

14     company?

15          MS. MARSH:  Central Hudson.

16          PATRICIA:  Central Hudson.  All right.  Let me

17     pull up a sample bill.  Hold on.  It would be -- it's going

18     to be where it says -- okay, do you see where it has your

19     electric supply charges?

20          MS. MARSH:  Wait, let me (indiscernible).

21     Electric supplier info?

22          PATRICIA:  Yeah, what is -- it should say your

23     alternate supplier's name on there, right?

24          MS. MARSH:  Yeah, it says, "Your electric supply

25     is Agway."

```
                                              Page 4

 1            PATRICIA:  Okay.  And then below that it should

 2    say like a number followed by KWH at a decimal number?

 3            MS. MARSH:  Yeah, it says 1930 --

 4            PATRICIA:  1930 --

 5            MS. MARSH:  1930 kilowatts at 0.08781.

 6            PATRICIA:  Okay.  So then to find what rate

 7    they're charging you, you move your decimal point two places

 8    to the right.  So that would actually put you at 8.78 cents

 9    per kilowatt hour.

10            MS. MARSH:  I can't hear you.  I'm having a

11    problem here.  If I move the decimal two places to the

12    right.  That would bring me to --

13            PATRICIA:  8.78.

14            MS. MARSH:  Yeah.

15            PATRICIA:  -- cents per kilowatt hour.  So that

16    the rate that they're charging you per kilowatt hour.

17            MS. MARSH:  Yeah?

18            PATRICIA:  Yeah.

19            MS. MARSH:  And you guys are charging me what?

20            PATRICIA:  What's that?

21            MS. MARSH:  What do you guys have to offer?

22            PATRICIA:  Well, we're offering now -- let me see

23    here.  Are you -- have you ever been a customer of North

24    American Power?

25            MS. MARSH:  No.
```

1         PATRICIA:  What is your zip code?

2         MS. MARSH:  12 --

3     (Audio ends)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

```
 1              MS. MARSH:  Hello?

 2              PATRICIA:  Hi.  This is Patricia with North

 3    American Power.

 4              MS. MARSH:  Yeah.  Hi, I just called.  I had

 5    Darren trying to find out who you are.  He's on my other

 6    end.

 7              PATRICIA:  Okay.  Wait, do you have somebody on

 8    the other line?

 9              MS. MARSH:  Well, my battery died.  I called back

10    and some guy, Darren, answered.  I told him I was talking to

11    you.  I hadn't remembered your name.  So I think he's trying

12    to find out who I was talking to.

13              PATRICIA:  Are you Helen Marsh?

14              MS. MARSH:  Yeah.

15              PATRICIA:  Okay.  Yeah, because they just messaged

16    me.

17              MS. MARSH:  Yeah, my phone line -- my phone died.

18    Are you there?

19              PATRICIA:  Yes.  Hold on.  I'm just sending him

20    back a message letting him know that I'm already talking to

21    you.  Okay.  So let's see here.  I was about to tell you

22    what our rate was.

23              MS. MARSH:  So what am I actually saving?  If

24    theirs is 8.7 and you're 6.9, I mean all in all, is it

25    really worth me changing over?  It's only a couple of cents,
```

Page 7

1   right?

2           PATRICIA:  Yeah, I can tell you what -- so for

3   that, 1,930 kilowatt hours that you use at their rate, what

4   was your bill like?

5           MS. MARSH:  For two months, it was $164.

6           PATRICIA:  So with ours -- if you were with our

7   rate of 0 point, you know, 699, it would have been 134.

8           MS. MARSH:  Do you charge all this stuff they do?

9   Let's see RDM charge and the assessment charge?  All that

10  stuff you charge too?

11          PATRICIA:  No, we would only charge one supply

12  charge.  That's it.  All those other charges, they would

13  come from your utility company.  But from North American

14  Power, you would only see just one charge and that would be

15  just our rate.

16          MS. MARSH:  So what is all this stuff?  It says

17  cost for electricity delivered.  You've got basic service

18  charge, delivery service charge, transition adjustment,

19  miscellaneous.

20          PATRICIA:  All those charges are from your utility

21  company.  So you would have to speak to them about it.  I

22  really wouldn't be able to explain what those charges are

23  for.

24          MS. MARSH:  I see what you're saying.  Okay, okay,

25  okay.  What's that?  Yeah, but you have to be current on

1  your bill, right, to do this?

2         PATRICIA:  Do you have to be current?  Hold on.

3         MS. MARSH:  Yeah, I'm a little behind.

4         PATRICIA:  Let me find out for you.  No, it

5  doesn't say anything about you having to be current.

6         MS. MARSH:  Now, how does that work, though?  Do

7  you, like, notify somebody?

8         PATRICIA:  Yeah.  We notify your utility company.

9  They have to approve us first.  Once they approve us, that's

10  when we can show up on your bill.

11         MS. MARSH:  What do you mean?  Approve me for

12  what?

13         PATRICIA:  To be your alternate supplier.

14         MS. MARSH:  And how do they go about approving

15  you?

16         PATRICIA:  Well, I would fill all this out, all

17  this information that we needed.  We would send it to them.

18  And then they would just approve us, add us to your account,

19  and then they would -- I don't know how North American Power

20  on your utility company would, like -- I mean, they would

21  get it all figured out so that North American Power supplies

22  your electricity, but they deliver it.  And then that's when

23  we would appear on your bill.  And then that's when we would

24  be your alternate supplier.  But you would still remain with

25  them as your electricity company.

```
                                                    Page 9
 1          MS. MARSH:  Right.  But it says here -- but if the
 2   bill is 164, that means I still owe them money, right?
 3          PATRICIA:  That we're what?
 4          MS. MARSH:  If the bill for them is 164 and I'm
 5   not current, that means I still owe them some money, am I
 6   correct?
 7          PATRICIA:  Does it say that you have an
 8   outstanding balance?
 9          MS. MARSH:  Yeah.  I told you I'm not current.
10          PATRICIA:  Okay.  Well, yeah.  But that would
11   still be -- I mean, you would still have to pay them that
12   money but that wouldn't affect you signing up with North
13   American Power.
14          MS. MARSH:  Yeah.  I've got to find out how this
15   works.
16          PATRICIA:  All right, so you just want to find out
17   what's going to happen with the money that you still owe
18   them?
19          MS. MARSH:  I'm still going to owe them -- I don't
20   know how much I actually owe them, but -- so in other words,
21   when I get bills from you guys, I still have to pay them.  I
22   thought I had to be current to switch over.
23          PATRICIA:  No.  Well, it's because you're really
24   not switching over.  What's happening is your bill is still
25   going to go to you from your utility company.  All of that's
```

Page 10

1   going to remain the same.  The only difference is going to

2   be -- like, well, right now you said you have -- what is

3   your alternate supplier's name?

4           MS. MARSH:  Agway.

5           PATRICIA:  Okay.  So the only thing that's going

6   to change is instead of seeing them on your bill, you're

7   going to see North American Power on your bill.  But you

8   don't have to be current to switch over to an alternate

9   supplier.

10          MS. MARSH:  Yeah.  But I'm still switching,

11  though, from them to you if I choose to do that, right?

12          PATRICIA:  Well, you're -- all you're switching is

13  just where you're getting your supply from.  They're still

14  going to --

15          MS. MARSH:  Right.  Well, that's what I mean.

16  Yeah, I'm switching companies.

17          PATRICIA:  Yeah.  But, I mean, they're still your

18  utility company.  They're still going to supply your

19  electricity.  They're still going to bill you every month.

20          MS. MARSH:  Yeah, no, I know.  But Central Hudson

21  may not go for this because I still owe them a balance.

22  That's what I -- that's where approval comes in.

23          PATRICIA:  No, no, no.  I mean, when we're signing

24  up people on some of them, it does say if you're not current

25  you can't enroll.  With Central Hudson, it doesn't say

Page 11

1    anything like that.

2              MS. MARSH:  Yeah.

3              PATRICIA:  Because they would say on here are you

4    current with your bill.  That would be one of the questions

5    we have to ask you.  If you said, then we would say, you

6    know what, we're sorry.  We can't enroll anybody who doesn't

7    have -- who isn't current with their bill.  But for Central

8    Hudson, that's not, you know, something that they ask.  So,

9    I mean, I don't think that would be a problem because they

10   don't even ask for that on our enrollment sheet.  Some

11   companies do.  So those are the ones that we couldn't get

12   you enrolled with.  But with Central Hudson, they're not

13   asking for that.

14             MS. MARSH:  That's something that you know for a

15   fact that they won't turn you down because of that?

16             PATRICIA:  Yeah, no, they won't, because they

17   would have it on here.  And then some of them they do --

18   like, they'll have it on here.  So that would be one of the

19   questions that we would have to ask you, you know, if you're

20   current with your bill.  If you said no, then we'd say we

21   couldn't approve -- or we couldn't get you enrolled.  But

22   that's only for some utility companies.  I don't think any

23   of the utility companies in New York do that.  You know,

24   it's just different states.  But for Central Hudson, it

25   doesn't show anything like that.  So, I mean, we can

```
                                              Page 12
```

1   definitely get you enrolled if you'd like.

2          MS. MARSH:  Yeah, I mean, could I try you guys out

3   for like two months and if I'm not happy with it, I can go

4   back to Agway?

5          PATRICIA:  Yeah.  Let me check the rates that we

6   have available so I can tell you what kind of terms we have.

7          MS. MARSH:  Yeah.  Hold on a second.  Let me get

8   my dog in, okay?

9          PATRICIA:  What's that?

10         MS. MARSH:  The dog is barking.  I'm on the phone

11  (indiscernible).

12     (Pause)

13         MS. MARSH:  Yeah, I'm here.

14         PATRICIA:  Okay.  What is your zip code?

15         MS. MARSH:  12601.

16         PATRICIA:  16601?

17         MS. MARSH:  No.  12601.

18         PATRICIA:  12601?

19         MS. MARSH:  Yeah.

20         PATRICIA:  Okay.  12601.  Let me check those rates

21  for you and then I'll be able to let you know how long you

22  can sign up for to try us out, okay?

23         MS. MARSH:  I'm sorry.  Then you'll tell me what?

24         PATRICIA:  Okay, so right now we have a rate of

25  6.99 cents per kilowatt hour.  And this is 6 for four

Page 13

1    months.  So what we can do is if you'd like, you could

2    definitely enroll with us for four months and then if you

3    don't like it, you can cancel before the four months

4    expires.  You can cancel at any time.

5           MS. MARSH:  Yeah, but does that mean -- is that --

6    if I choose to go with you guys, is that price locked in or

7    no?

8           PATRICIA:  Yeah, if you stay for the four months

9    then that's the guaranteed price for four months.  Does that

10   make sense?

11          MS. MARSH:  Yes.  In other words, I can stay with

12   you guys for four months at a rate of 6.99 cents, right?

13          PATRICIA:  Yeah.

14          MS. MARSH:  And if I decide to stay with you guys,

15   it's going to stay locked in at 6.99 cents?

16          PATRICIA:  Yeah, for the four months.  So after

17   the four months expires, what will happen is that you will

18   receive a renewal letter in the mail letting you know to

19   give us a call back.  At that time, we can discuss renewal

20   options with you and then you can decide if you want to sign

21   up for even longer.

22          Like right now, we have a 12 month term.  So if

23   you wanted to sign up for 12 months, it's 7.29.  So it's

24   only about 3 or .3 cents higher than what we have now.

25          MS. MARSH:  You know, it says here, though -- it

1   says, "Lock in our low rate into 2014."

2           PATRICIA:  Right, because this would actually

3   begin probably in January.  So it would be January,

4   February, March, and April.

5           MS. MARSH:  I mean, how -- am I guaranteed that

6   rate, the 6.99 cent?

7           PATRICIA:  Yeah, for four months -- if you sign up

8   with us for four months.

9           MS. MARSH:  Well, I'm saying that -- I should stay

10  with Agway because if you're going to jump me up to 7 point

11  something cents, you're only talking a few pennies.  I mean,

12  if you were going to lock me in at 6.99 cents then I might

13  consider it.

14          PATRICIA:  Yeah, if you sign up with me today,

15  we'll get you, you know, locked in to this rate, the 6.99

16  cents per kilowatt hour for four months.

17          MS. MARSH:  All right, but what happens after the

18  four months if I decide to stay with you guys?

19          PATRICIA:  Then that's when that -- that's when

20  you would receive a renewal letter in the mail letting you

21  know to give us a call back.  At that time, we can discuss

22  what kind of rates we have going for you.  I really can't

23  tell you what those rates are going to be because it does

24  depend on what the market looks like.  But then at that time

25  let's say you don't like our rates for any reason, then you

Page 15

1   can go back to your utility company with no penalties, no

2   problem.   And if you do like a rate that we're offering,

3   then --

4          (Audio ends)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          PATRICIA:  -- you can just, you know, re-enroll

2    for another long-term rate.

3          MS. MARSH:  Yeah, but I don't understand where it

4    says lock in your low rate.  I mean, why can't I say yes to

5    you guys and lock in at 6.99 cents for as long as I have you

6    guys?  Why is it only four months?

7          PATRICIA:  Because that's the rate that we have

8    now.  So we -- so it's lock in your rate for 2014 because

9    you're locking it in for the first four months.

10   Unfortunately, this is -- you know, we have a fixed for 12

11   month rate, but that's 7.29 and you said you didn't want to

12   pay 7 cents.  So for 6 cents, this is the one we have.  It's

13   only for four months.  But even our 7.29 rate is lower than

14   what you're paying now because you're paying 8.78.

15         MS. MARSH:  And you offer the same thing they do,

16   no hidden fees or anything like that?

17         PATRICIA:  Yeah.  The same thing.  There's no fees

18   to switch or anything like that.  If you sign up for

19   something more long-term, like our 12 month rate, if you

20   cancel before the 12 months is up, then there is a fee, an

21   early termination fee of $10 per month for each month

22   remaining on your term.  But let's say you go the full year

23   with our locked in rate of 7.29, there's no other fees or

24   anything else that you're going to be charged.

25         MS. MARSH:  So in other words, if I say you can

1    lock me in the four months for 6.99 and say I decide I don't

2    like it after a month, you're going to charge me money for

3    that because I'm terminating those?

4            PATRICIA:  No, not for the four months.  Only if

5    you sign up for six or, you know, more months than that.

6    For four months, you can cancel any time.  There's no

7    problem.

8            MS. MARSH:  Okay.  And is there any chance of that

9    rate going higher than Agway's?

10           PATRICIA:  No.  What we do is we have a team of

11   purchasing experts and their job is to monitor the market

12   daily and obtain natural gas and/or electricity at the

13   lowest rates possible.  So we do stay very competitive with

14   our prices because we want to keep all of our customers.

15           So, but I cannot, you know, guarantee anything.

16   But I can tell you that we do try to keep the lowest rates

17   that we possibly can to pass on potential savings to our

18   customers.

19           MS. MARSH:  How long have you guys been around?

20           PATRICIA:  Four years.

21           MS. MARSH:  Why is it that they give me a

22   comparison on here of Central Hudson to North American

23   Power?  It says a difference of 10 percent.  But why are you

24   putting Central Hudson in there if we're talking about my

25   supplier, which is not Central Hudson?

Page 18

1        PATRICIA:  Because not all the people in your area

2    have alternate suppliers.  They might just be with Central

3    Hudson.  And you know what, if you do sign up today, we can

4    offer you -- I'll offer you another $50 welcome bonus in a

5    form of a Visa pre-paid debit card.  So this is going to be

6    a $50 Visa that you can use anywhere that Visa is accepted

7    just for signing up with us.

8        I mean, you can just try us.  Just try us for four

9    months, if you don't like it -- even if you don't like it in

10   one month, cancel.  Let's say you go the full four months

11   and you don't like it, then cancel.  You can go back to an

12   alternate supplier or your electricity company.  If you do

13   like it then we can go over what kind of rates we're

14   offering.  You know, they might be the same exact rates and

15   then you can sign up again for another 12 months or 6

16   months, whatever you decide.

17       MS. MARSH:  Well, I don't know -- see, I'm

18   supposed to make a payment to them tomorrow.  I was going to

19   have (indiscernible) if it does.  You know, this might --

20   they might turn me down.  See, I don't understand why you

21   need approval.

22       PATRICIA:  Really, all it is is we're just going

23   to send this enrollment over to them and then they're just

24   going to add us to your bill.

25       MS. MARSH:  I'm sorry, they're going to add what?

Page 19

1          PATRICIA:  They're going to add North American

2     Power to your bill instead of Agway.  That's the whole

3     approval process that I'm talking about.  All we do is send

4     over your enrollment.  And then they'll say okay and they'll

5     take away your alternate supplier and add North American

6     Power and then that's it.  Then your bill will still come

7     from Central Hudson every month.  The only difference is

8     going to be that you're going to see North American Power

9     listed on there instead of Agway.  And you'll be charged our

10    rate, which is lower than what they're charging you now.

11         MS. MARSH:  Yeah.  All right.  So you could lock

12    me in at 6.99 cents?

13         PATRICIA:  Yeah, I can lock you in at four months.

14    And then after the four months, if you like us, then stay

15    with us.  Sign up for another, you know, 6 month, 12 month

16    rate.  If you don't like us -- even if you don't like us in

17    two months, you can cancel with no problem.

18         MS. MARSH:  All right.  So I'm thinking the

19    company -- let's say it didn't work out with you guys and I

20    decided to go back to Agway.  Would Agway take me back?

21    Would they do that?

22         PATRICIA:  Yeah, they would.

23         MS. MARSH:  And there's no out of pocket fees or

24    anything added to my bill for enrolling, is there?

25         PATRICIA:  No.  There's no fee to switch.  There's

Page 20

1  no out of pocket -- you don't have to pay anything out

2  front.  Just nothing at all.  All you have to pay is just

3  our rate, the 6.99 cents per kilowatt hour times however

4  many kilowatt hours you use a month and that's it.

5          MS. MARSH:  (Indiscernible), I'll give it a shot.

6          PATRICIA:  All right.  Let's see here.  So we can

7  lock you in for 6.99 cents.

8          MS. MARSH:  And, Patricia, are you telling me

9  there's a serious decrease in like $30?

10          PATRICIA:  What's that?

11          MS. MARSH:  You said that the -- my next, my bill

12  over the next two months, I should see about a $30 drop?

13          PATRICIA:  Yeah, because you said you used.  Let

14  me see when I pull this up.  You said you used 1,930

15  kilowatt hours last month, right?

16          MS. MARSH:  Yeah.  That's what it's saying.

17          PATRICIA:  Okay, and then they're charging you --

18          MS. MARSH:  That's the last two months or -- I'm

19  guessing --

20          PATRICIA:  Do they -- they bill you every two

21  months?

22          MS. MARSH:  Yeah.

23          PATRICIA:  Okay.  So in the last two months, you

24  used 1,930.  And then they're charging you 8.78.  So that --

25  your bill was like 169, right?

1          MS. MARSH:  Yeah.

2          PATRICIA:  Okay.  So with us, 1,930 kilowatt hours

3     times our rate of 6.99 cents per kilowatt hour, your bill

4     should be -- it would have been 134.90.  Your last bill

5     instead of being 163, it would have been 134.

6          MS. MARSH:  All right.  I'll give it a shot, you

7     know.  I'll hold on to my bill and I'll compare it.  So you

8     guys should be on the next bill that I get in two months?

9          PATRICIA:  It will be -- because we have to wait

10    for your utility company to do their meter read.  So that's

11    actually going to be in December.  So it's probably going to

12    be on your January bill.

13         MS. MARSH:  All right.  And if for some reason

14    they tell you they can't do it, I mean, I don't see them not

15    saying that, but if for some reason they say they can't do

16    it, I mean, will I get a phone call or something?  Or just,

17    you know --

18         PATRICIA:  Yeah, but they're not going to say that

19    they can't do it.  Because if it -- some enrollment sheets,

20    because we deal with a lot of companies here.  Some

21    enrollment sheets ask, that's one of the mandatory questions

22    to ask, you know, the person on the phone if they're current

23    with their bill.  If they say no, we can't enroll them.

24         This one for Central Hudson does not say anything

25    about being current with your bill.  So there's no problem

Page 22

1    with that at all.

2           MS. MARSH:  Are you sure there's no reading

3    between the line thing?  Maybe it's there and you guys just

4    don't see it somehow?

5           PATRICIA:  No, it would be right here, right on

6    the screen.  That's like one of the mandatory questions.

7    Actually, I believe, it's just utilities in Connecticut,

8    because for New York, I haven't seen that at all.

9           MS. MARSH:  I don't remember if that happened.  I

10   don't know.  Maybe not.  And is there a possibility that

11   after four months that the rate will still be the same and I

12   can lock into it then?

13          PATRICIA:  Yeah, there is.  I mean, like I said,

14   what we do is we have our team of purchasing experts.

15   That's their job is to just monitor the market daily.  So

16   their job is just to keep electricity at the lowest rates

17   possible for us, that way we can keep our customers.  If we

18   had really high rates, then we'd lose all of our customers.

19          MS. MARSH:  Yeah, you wouldn't have many.  All

20   right.  I'll give it a shot and see how it goes.

21          PATRICIA:  All right.  Okay.  Let's see.  So with

22   our fixed rate plans, they do offer you protection against

23   increase in the market prices for a peace of mind in knowing

24   that your rate of the 6.99 cents per kilowatt hour is going

25   to be guaranteed for the four billing cycles.

Page 23

1          There is no early termination fee, like I said, so

2     you can cancel at any time.  Our fixed rates are

3     periodically reviewed and adjusted as market conditions

4     warrant.  However, once you lock into a fixed rate, you are

5     guaranteed that price for the duration of the four month

6     term.  Are you on budget billing with your utilities?

7               MS. MARSH:  No, no.

8               PATRICIA:  And you are at least 18 years of age?

9               MS. MARSH:  Gosh, yeah.

10              PATRICIA:  All right.  Are you --

11              MS. MARSH:  I'm way over 18.

12              PATRICIA:  All right, well, perfect, then you

13     qualify.  Are you the person whose name appears on the

14     utility bill?

15              MS. MARSH:  Yeah.  Myself and my husband.

16              PATRICIA:  Okay.  And you just have one service

17     that you want to enroll today?

18              MS. MARSH:  I'm sorry?

19              PATRICIA:  You just want to enroll one service

20     address?

21              MS. MARSH:  Yeah, just the one.

22              PATRICIA:  So what's the best phone number

23     customer service should call if they ever need to reach you

24     on behalf of your account?

25              MS. MARSH:  Yeah, are you ready?

Page 24

1          PATRICIA:  Yes.

2          MS. MARSH:  It's Redacted    7.  That's my cell

3    phone.

4          PATRICIA:  Okay.  And do you have an e-mail, where

5    we can send you a confirmation of your enrollment?

6          MS. MARSH:  Yeah, are you ready?

7          PATRICIA:  Hold on.  Yes.

8          MS. MARSH:  Yes.  H.Marsh, my last name, at

9    AOL.com.

10         PATRICIA:  Okay.  And ca I get your account number

11   off of your Central Hudson bill, please?

12         MS. MARSH:  Yeah, it is Redacted   .  Now when are

13   you going to be calling them, in the morning?

14         PATRICIA:  When are we going to call them?

15         MS. MARSH:  Yeah, well, are you going to call

16   them?

17         PATRICIA:  No, I'm just going to -- once I'm off

18   the phone with you, I'm going to send this over to them and

19   then they'll receive that.

20         MS. MARSH:  Who gets in touch with them?

21         PATRICIA:  What's that?

22         MS. MARSH:  You said you need to get in touch with

23   them, right, for the switch?

24         PATRICIA:  Yeah, we just do this all through the

25   computer.

Page 25

1          MS. MARSH:  All right.

2          PATRICIA:  All right.  Let me confirm that number

3   because I think I'm missing a number.  So tell me where I'm

4   wrong.  7151138006?

5          MS. MARSH:  Yeah, there's a dash 6.

6          PATRICIA:  Dash 6, another 6?

7          MS. MARSH:  Yeah.

8          PATRICIA:  Okay.  And then your name is on the

9   bill, right?

10          MS. MARSH:  Yeah.  My name and my husband's name,

11   yeah.

12          PATRICIA:  All right.  And your first name H-E-L-

13   E-N?

14          MS. MARSH:  Right.

15          PATRICIA:  Marsh, M-A-R-S-H.

16          MS. MARSH:  S-H, yeah.

17          PATRICIA:  And what's your last name -- or, sorry,

18   your address?

19          MS. MARSH:  Redacted                          .  And

20   that's Poughkeepsie, New York, 12601.

21          PATRICIA:  All right.  Redacted        , and then

22   Drive, D-R.  All right New York, 12601.  And your phone

23   number --

24          MS. MARSH:  Yeah, what do you have for the city?

25          PATRICIA:  P-O-U-G-H-K-E-E-P-S-I-E.

1            MS. MARSH:  That's right.  Poughkeepsie, uh-huh.

2            PATRICIA:  All right.  And then your phone number

3     Redacted      , right?

4            MS. MARSH:  Right, uh-huh.

5            PATRICIA:  And then your e-mail was Redacted

                                     ?

7            MS. MARSH:  That's it.

8            PATRICIA:  All right.  We're almost finished.  We

9     just have one more step to complete and then your enrollment

10    will be finalized.

11           MS. MARSH:  Okay.

12           PATRICIA:  All right.  Give me one sec here.

13    Okay.  So we have one more step to complete and your

14    enrollment will be finalized.  This is a verification

15    process that has been put in place for your protection as

16    well as ours.  It's very simple and it only takes about

17    three minutes.

18           What I'm going to do is conference you into an

19    automated verification system.  The system will ask you a

20    series of questions.  Please wait for the beep after each

21    question, then respond with a clear yes or no.  If you have

22    any questions during the process, please hold them until the

23    end and then I can answer them for you when we are done.

24    Any --

25           MS. MARSH:  Wait, what is this for?

Page 27

1          PATRICIA:  It's a verification just to verify your

2     name, address, account number, phone number.

3          MS. MARSH:  You don't have to do any credit check

4     or anything, do you?

5          PATRICIA:  No.  No, it's pretty much just -- it's

6     just an automated system.  It's going to ask you what your

7     name is.  You say your name.  It's just going to be the same

8     name that you gave me.  It's going to ask you for your

9     address.  And then it's going to say do you confirm that

10    Redacted        is your number.  You say yes.  And then do you

11    confirm the -- and it's going to say your account number.

12    You say yes.  It's going to say, do you confirm that you

13    want North American Power to be your alternate supplier.

14    You're going to say yes.  It's very, very easy.  They're

15    just yes or no questions.

16         MS. MARSH:  Okay.

17         PATRICIA:  All right.  If you have any questions

18    during the process, please hold them and then I can answer

19    them for you when we are done.  And if you need to hear a

20    question again, just say repeat and I can replay it for you.

21         When the process is complete, it's going to give

22    us a confirmation number.  That's just to confirm that your

23    account has been submitted.  And then I'll be right back on

24    the line with you to answer any other questions you may

25    have, okay?

Page 28

1          MS. MARSH:  Okay.  How long is this?

2          PATRICIA:  Like three minutes.

3          MS. MARSH:  Yeah, I've got to go -- I've got to

4    leave soon.

5          PATRICIA:  All right.  Yeah, let me just get this

6    going and then I'll be right back on the line with you.

7          MS. MARSH:  Okay.

8          PATRICIA:  All right, one second.  And then when

9    it asks for your address, please include city, state, and

10   zip code, okay?  All right.  Thank you.  Hold on.

11       (Audio ends)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 29

1          SYSTEM:  Customer, this call will confirm your

2    decision to select North American Power as your electric

3    provider.  Please wait until after the tone to answer each

4    question.  Do you understand that this call is being

5    recorded for quality assurance purposes?  Please say yes or

6    no after the tone.

7          MS. MARSH:  Yes.

8          SYSTEM:  After the tone, please confirm with a

9    clear yes or no for our records that it is

10   November 20th, 2013, 6:50 p.m. Eastern time.

11         MS. MARSH:  Yes.

12         SYSTEM:  Please state your full name after the

13   tone.

14         MS. MARSH:  Helen P. Marsh.

15         SYSTEM:  Please state your complete address after

16   the tone.

17         MS. MARSH:  Redacted          , Poughkeepsie, New

18   York 12601.

19         SYSTEM:  After the tone, please confirm with a

20   clear yes or no that your phone number is Redacted        .

21         MS. MARSH:  Yes.

22         SYSTEM:  After the tone, please confirm with a

23   clear yes or not that you are enrolling account number

24   7151138006.

25         MS. MARSH:  Yes.

Page 30

1          SYSTEM:  Are you at least 18 years of age and are

2     you either the CHGE account holder or that person's spouse?

3     Please say yes or no after the tone.

4          MS. MARSH:  Yes.

5          SYSTEM:  Once the processing and acceptance by

6     your utility company is completed, do you understand that

7     North American Power will supply your electricity?  Please

8     say yes or no after the tone.

9          MS. MARSH:  Yes.

10          SYSTEM:  Do you understand that you will be paying

11     a fixed rate for your electricity of 6.99 cents per kilowatt

12     hour for a term of four billing cycles?  Please say yes or

13     no after the tone.

14          MS. MARSH:  Yes.

15          SYSTEM:  Do you understand that you can leave our

16     service before the end of this fixed rate term at any time

17     without penalty?  Please say yes or no after the tone.

18          MS. MARSH:  Yes.

19          SYSTEM:  Do you understand that CHGE will continue

20     to deliver your home's electricity, issue your monthly

21     invoice, and handle any power emergencies?  Please say yes

22     or no after the tone.

23          MS. MARSH:  Patricia, are you there?  Patricia?

24       (Audio ends)

25

Page 31

1           MS. MARSH:  Hello?

2           PATRICIA:  Hello?  Hello?

3           MS. MARSH:  Yeah, I didn't understand that last

4    question.  What was that question?

5           PATRICIA:  It's just telling you if you understand

6    that C -- you know, Central Hudson is still going to deliver

7    your electricity, and they're still going to bill you every

8    month, and they're going to be in charge of any power

9    emergencies.  So if your power was to go out, they would put

10   it back for you.

11          MS. MARSH:  Yeah, because it didn't say Central

12   Hudson.  It said some other letter.

13          PATRICIA:  It's CHE -- like Central Hudson

14   Electricity.

15          MS. MARSH:  I got you.  Okay.

16          PATRICIA:  All right.  Give me one second.  All

17   right, do you still have time because you're going to do

18   that one more time?

19          MS. MARSH:  Do what?

20          PATRICIA:  The verification.

21          MS. MARSH:  Can't we just continue where we left

22   off?

23          PATRICIA:  No.  It makes me start all over again.

24          MS. MARSH:  Come on.  How long is this?

25          PATRICIA:  It's like three minutes.

1            MS. MARSH:  Yeah, I mean, what happens if I have a

2    question, though, you know, I have to start all over again?

3            PATRICIA:  Yeah.  Well, after that -- I mean,

4    after -- if you understand that it's just going to say do

5    you understand that North American Power and Central Hudson,

6    or CHE, are different companies.  Then you say yeah.  Do you

7    understand that North American Power doesn't work out of the

8    State of New York?  Then you would say yeah, because we

9    actually are located in Connecticut.  And then it's going to

10   say if you understand the terms and conditions, and that

11   will be the last one.  And then you just say yes if you

12   understand.  And then it's going to give us a confirmation

13   number letting us know that your account was confirmed and

14   then I can get you off the phone.

15           MS. MARSH:  Let me ask you something because you

16   guys are located in Connecticut, do I pay any additional

17   fees for that?

18           PATRICIA:  No, well, because we work in ten

19   different states.  We're just located in Connecticut.

20           MS. MARSH:  All right.

21           PATRICIA:  But it's going to say that also.  So

22   it's going to say do you understand that North American

23   Power does not work on the behalf of the State of New York.

24   That's only because we're in Connecticut.  All right?

25           MS. MARSH:  All right.  Let's try it one more time

1   because I've really got to get going.

2           PATRICIA:  All right.  Let me just real quick --

3           MS. MARSH:  Sorry.

4       (Audio ends)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 34

1          SYSTEM:  -- will confirm your decision to select

2    North American Power as your electric provider.  Please wait

3    until after the tone to answer each question.  Do you

4    understand that this call is being recorded for quality

5    assurance purposes?  Please say yes or no after the tone.

6          MS. MARSH:  Yes.

7          SYSTEM:  After the tone, please confirm with a

8    clear yes or no for our records that it is

9    November 20th, 2013, 6:54 p.m. Eastern time.

10         MS. MARSH:  Yes.

11         SYSTEM:  Please state your full name after the

12   tone.

13         MS. MARSH:  Helen P. Marsh.

14         SYSTEM:  Please state your complete address after

15   the tone.

16         MS. MARSH:  Redacted          , Poughkeepsie, New

17   York 12601.

18         SYSTEM:  After the tone, please confirm with a

19   clear yes or no that your phone number is Redacted        .

20         MS. MARSH:  Yes.

21         SYSTEM:  After the tone, please confirm with a

22   clear yes or not that you are enrolling account number

23   7151138006.

24         MS. MARSH:  Yes.

25         SYSTEM:  Are you at least 18 years of age and are

1   you either the CHGE account holder or that person's spouse?

2   Please say yes or no after the tone.

3            MS. MARSH:  Yes.

4            SYSTEM:  Once the processing and acceptance by

5   your utility company is completed, do you understand that

6   North American Power will supply your electricity?  Please

7   say yes or no after the tone.

8            MS. MARSH:  Yes.

9            SYSTEM:  Do you understand that you will be paying

10  a fixed rate for your electricity of 6.99 cents per kilowatt

11  hour for a term of four billing cycles?  Please say yes or

12  no after the tone.

13           MS. MARSH:  Yes.

14           SYSTEM:  Do you understand that you can leave our

15  service before the end of this fixed rate term at any time

16  without penalty?  Please say yes or no after the tone.

17           MS. MARSH:  Yes.

18           SYSTEM:  Do you understand that CHGE will continue

19  to deliver your home's electricity, issue your monthly

20  invoice, and handle any power emergencies?  Please say yes

21  or no after the tone.

22           MS. MARSH:  Yes.

23           SYSTEM:  Do you understand that North American

24  Power is not affiliated with CHGE, they are different

25  companies?  Please say yes or no after the tone.

1          MS. MARSH:  Yes.

2          SYSTEM:  Do you understand that North American

3    Power is an independent energy supply company and is not

4    operating on behalf of the State of New York?  Please say

5    yes or no after the tone.

6          MS. MARSH:  Yes.

7          SYSTEM:  If you currently have an enrollment

8    pending with another supplier, do you authorize North

9    American Power to cancel it on your behalf so that you may

10   receive your electricity supply from North American Power?

11   Please say yes or no after the tone.

12         MS. MARSH:  Yes.

13         SYSTEM:  Upon successful completion of this

14   verification call, North American Power will send you the

15   terms of service of this offer for your review.  You will

16   then have three business days to contact North American

17   Power.  If you wish to rescind this agreement, you can do so

18   by calling 888-313-9086.  If we do not hear from you, you

19   will be deemed to have accepted the terms of this offer.

20   Included with the terms of service will be the New York SCO

21   bill of rights, which you can also find at our website

22   NAPower.com.

23         Do you understand these terms and conditions and

24   do you authorize your utility to release your historical

25   usage and billing information to North American Power for

1    the duration of your service with us, which you can choose

2    to rescind at any time so that we may determine your

3    eligibility and energy service needs?  Please say yes or no

4    after the tone.

5              MS. MARSH:  Yes.

6              SYSTEM:  Your verification is complete.  If you

7    have any questions about your selection, please call

8    customer support at 1-888-313-9086.  Thank you very much for

9    your time and I hope you enjoy your North American Power

10   plan.  Your verification number is 32515680.  To repeat,

11   press star.  To exit, press pound.  Good bye.

12        (Pause)

13             PATRICIA:  Okay.  Are you still there?  Hello?

14             MS. MARSH:  Hello?

15             PATRICIA:  All right.  I have submitted your

16   enrollment.  Your utility company can only process changes

17   on meter read dates.  So, like I said, please keep in mind

18   that it may take up to two billing cycles before you see

19   North American Power on your bill.  You will be getting a

20   welcome letter with contact numbers sometime in the next

21   several days.  If you have a pen, I can give you our

22   customer service number now.

23             MS. MARSH:  Yeah, I'll take it.

24             PATRICIA:  All right.  It's 888-313-9086.

25             MS. MARSH:  Okay.  And that's North American Power

Page 38

1    customer service.

2            PATRICIA:  Yeah.  And they're open Monday through

3    Friday from 8:30 a.m. to 7:30 p.m., and on Saturday from

4    9:00 a.m. to 5:30 p.m.

5            MS. MARSH:  All right.  And everything comes in

6    one bill, right, Patricia, like I'm getting now?

7            PATRICIA:  Yeah, it's going to be the exact same

8    that you're getting it now.

9            MS. MARSH:  All right.  I'll give you a shot and

10   we'll see how it goes.

11           PATRICIA:  All right.  Don't worry, you're going

12   to love it.

13           MS. MARSH:  Yeah, I hope you got credit for this,

14   right?

15           PATRICIA:  What's that?

16           MS. MARSH:  Do you get creditor for when people

17   accept?

18           PATRICIA:  I don't, but it just makes me feel

19   good.

20           MS. MARSH:  Yeah, but you should get credit.  I'm

21   glad you feel good.

22           PATRICIA:  Well, thank you --

23           MS. MARSH:  Patricia, thanks a lot.

24           PATRICIA:  You're welcome.  Have a great day and

25   thanks for calling North American Power.

Page 39

1          MS. MARSH:  All right, thank you.

2          PATRICIA:  All right, bye.

3          MS. MARSH:  Bye bye.

4       (Audio ends)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 40

1               C E R T I F I C A T I O N

2

3      I, Jamie Gallagher, certify that the foregoing transcript is

4      a true and accurate record of the proceedings.

5

6

7

8      Veritext Legal Solutions

9      330 Old Country Rd

10     Suite 300

11     Mineola, NY 11501

12     Date:  May 11, 2016

13

14

15

16

17

18

19

20

21

22

23

24

25