# Exhibit D

Page 1

1

2

3

4

5

6                      JULIE CLARIDGE

7                 RECORDED CONVERSATIONS

8                  November 19, 2013

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24     Job No. NJ2309432

25   Transcribed By:  Jamie Gallagher

Page 2

1                         I N D E X

2    Track                                        Page

3    Julie Claridge - Part 1                         3

4    Part 2                                          6

5    Part 3                                          7

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          CALEB:  Hello.  Thank you for calling North

2    American Power.  This is Caleb (ph).  And how could I help

3    you today?

4          MS. CLARIDGE:  I have a few questions.  I am

5    thinking of changing companies to you.  However, I am

6    already signed up and have been for the last two years with

7    Ambit, A-M-B -- I think it's A-M-B-I-T.

8          CALEB:  Uh-huh.  Yeah, that's right.

9          MS. CLARIDGE:  And so I don't have a comparison.

10   I don't know if you can do a comparison or, I mean, you know

11   -- and I know from what I've learned earlier that it doesn't

12   matter if I switch to you, you know.  That's -- it's very

13   simple to do.

14         CALEB:  Yes.  With Ambit, do you have, like, your

15   current bill with you?

16         MS. CLARIDGE:  Well, hold on.  Yes, I do.

17         CALEB:  Awesome.  Yeah, we can definitely help you

18   find that rate then.  What state are you located in?

19         MS. CLARIDGE:  I'm in New York.

20         CALEB:  New York.  And who is your electric

21   utility company?

22         MS. CLARIDGE:  National Grid.

23         CALEB:  Okay.  So on your National Grid bill.

24         MS. CLARIDGE:  Okay.

25         CALEB:  Give me a second.  I will find a copy of

1    your bill and we'll go through it for you.

2             MS. CLARIDGE:  All right.

3             CALEB:  Okay.  So on your National Grid bill, you

4    want to look at about the middle of the bill, the total

5    electricity supplied section.

6             MS. CLARIDGE:  Yeah.  I have supplier.

7             CALEB:  Okay.

8             MS. CLARIDGE:  Yeah.  Ambit and then it says

9    Dallas.  Yeah.

10            CALEB:  Perfect.  And down in that electricity

11   supply rate or charge, they should have a decimal multiplied

12   by a number and followed by KWH.

13            MS. CLARIDGE:  Yeah, they do.

14            CALEB:  All right.  Awesome.  And what would be

15   that decimal point?

16            MS. CLARIDGE:  That decimal point is -- I lost it.

17   Okay.  Point 06877.

18            CALEB:  Okay.  So that's dollar form.  So just

19   move over -- that decimal over twice and that's how many

20   cents per kilowatt you're paying.  So you would be 6.87.

21   And then how many kilowatt hours did you use last month?

22            MS. CLARIDGE:  225.

23            CALEB:  Okay.  Awesome.  Let me ask you for your

24   zip code and I will pull up our rates and we can go and

25   compare them.

Page 5

1          MS. CLARIDGE:  Okay.  The zip code is 13029.

2          CALEB:  All right.  And have you ever been a

3   customer of North American Power before?

4          MS. CLARIDGE:  Never.

5          CALEB:  All right.  Okay.  I see here that we are

6   offering a 5.49.  That is guaranteed for three months.  It's

7   a three month fixed rate plan.  It looks like here it says

8   also no early termination fees or cancellation fees with

9   that term so you are free to switch at any time.

10          MS. CLARIDGE:  So according to my last statement,

11   the rate is higher with Ambit than with yours, is that

12   correct?

13          CALEB:  Correct.  Yeah.  Because you are at 6.87

14   and we're at 5.49.

15          MS. CLARIDGE:  Okay.

16          CALEB:  You only used 225 kilowatts last month, so

17   that's no too much.

18          MS. CLARIDGE:  No, I know, but it will go up.  I

19   mean, the summer months are really low.  It's wonderful.

20          CALEB:  Yeah, I bet.  That's probably fantastic.

21          MS. CLARIDGE:  Okay.  I also pay on a second

22   place.  And I'm just pulling that up --

23          CALEB:  Okay.

24          MS. CLARIDGE:  -- which is the same rate for last

25   month.

1        CALEB:  And is it the same zip code as well for

2    that place?

3        MS. CLARIDGE:  Yeah.

4        CALEB:  Okay.  Yeah.  So it would be the same rate

5    with us as well.

6        MS. CLARIDGE:  Okay.  Well, I guess -- now do

7    these rates, do they fluctuate pretty much?

8        CALEB:  This rate is fixed for three months.

9        MS. CLARIDGE:  Okay.

10        CALEB:  After those three months, we'll actually

11    let you know what other current rates we have available.

12        MS. CLARIDGE:  Okay.

13        CALEB:  Obviously if they're higher than what you

14    expect your previous wish at that time, and then they could

15    -- that could be like a 6 month or a 12 month as well at

16    that time.

17        MS. CLARIDGE:  All right.  Because I looked on the

18    brochure that I got and it said Syracuse and it was 6.92,

19    which is higher than what I'm getting and we're like, oh my

20    goodness, 15 miles from Syracuse.  But apparently your

21    breakdown is -- cuts off or maybe it's just the City of

22    Syracuse.  I don't where your cutoff is.

23        CALEB:  Okay, so you got a flier from us and that

24    was the rate that was on it?

25        MS. CLARIDGE:  Yeah.  Yeah.

```
                                               Page 7
 1              CALEB:  Okay.  Yeah, they just gave you the wrong
 2      flier then.
 3              MS. CLARIDGE:  It's hard to know.  I mean, you --
 4      if they go by zip code and I just gave you the zip code, you
 5      know, so, you know, I don't want to switch and then say oh
 6      dear.  Naturally, I'm looking for the highest.  Also it says
 7      $50 welcome bonus.  What's that all about?
 8              CALEB:  Yeah.  So you have never been a customer
 9      with us, so you are eligible for that.  And that's just a
10      $50 Visa prepaid debit card.  And you can, obviously, use
11      that anywhere that accepts Visa.
12              MS. CLARIDGE:  Okay.
13              CALEB:  And in order to get that, we just send you
14      a redemption form and then you'll just have to fill out that
15      redemption form and then send it in with a copy of your
16      bill, and then we'll send you that $50 card in return.
17              MS. CLARIDGE:  Okay.  Now, if this was the wrong
18      brochure, I mean, I want to make sure --
19              CALEB:  Yeah.
20              MS. CLARIDGE:  -- if I did switch that I got
21      locked into, naturally, the higher price.
22              CALEB:  You mean the lower price?
23              MS. CLARIDGE:  Well, depends if we're talking
24      higher or lower.  Like you would pay 6.92 kilowatts.  Wait a
25      minute.  Now I'm getting confused.
```

1          CALEB:  Okay, so we were 5.49.

2          MS. CLARIDGE:  Yeah.  So -- yeah, so I mean, your

3     rate is less than what I'm paying and that's what I want.  I

4     want the -- I want a higher rate.  Am I not correct?

5          CALEB:  You want a lower rate.  You want --

6     because that's how many cents you're going to be paying per

7     kilowatt.  So if you're paying 6.8 cents per kilowatt with

8     what you have now and we're offering 5.49, you would be

9     paying less.

10          MS. CLARIDGE:  Geez.  I was doing just the

11     opposite.  I'm thinking that I'm being charged more.

12          CALEB:  With the rates more than you're being

13     charged more?

14          MS. CLARIDGE:  Yes, that's not true.

15          CALEB:  Yeah, that is true.  So if the rate was

16     higher, then you're going to be paying a higher rate.  So

17     that your bill is going to be more expensive.  So you want

18     to be looking for the lowest possible rate that you could

19     find.

20          MS. CLARIDGE:  I'm still -- wait a minute.  You

21     know, and I'm a -- how can I say it?  I don't want to say

22     that I'm a math expert here, but for some reason I'm doing

23     this just backwards.

24          CALEB:  Uh-huh.  Okay, so if you look at --

25          MS. CLARIDGE:  Yeah, you're -- in other words,

1   when you take my current rate of 6 point whatever it was,

2   6.8, you would add that to my bill and that's what I pay.

3   Therefore, obviously, if I'm only paying 5.4, that's, of

4   course, a lesser charge that's added to my bill.

5             CALEB:  Exactly.

6             MS. CLARIDGE:  Am I correct?

7             CALEB:  Correct.

8             MS. CLARIDGE:  I am correct.

9             CALEB:  So that rate is actually -- it's

10  multiplied by the 225.  So you would be paying -- do you get

11  what I'm saying?  So, like, those two numbers that you gave

12  me.  225 was the kilowatt hours that you used.

13            MS. CLARIDGE:  Yeah.  Yeah.

14            CALEB:  Yeah, okay.

15            MS. CLARIDGE:  Then that is added to National

16  Grid's account.

17            CALEB:  Exactly.  Yeah.

18            MS. CLARIDGE:  See, when I looked at it really

19  quick, I didn't do that part of the math.  I'm thinking that

20  that is -- well, it would be just the opposite.  I would

21  want, you know -- and, obviously, I would want you had.  But

22  okay.  So to switch would be smarter.

23            CALEB:  Exactly.

24            MS. CLARIDGE:  See, because -- and you didn't come

25  across that way.  You said, yeah, that's a higher rate.  So

```
                                                        Page 10
```

1  I'm thinking I don't know why the heck would I want to

2  switch?  So can you put -- can you do that with the 5.4

3  right now?

4          CALEB:  Yes, I can.

5          MS. CLARIDGE:  All right.

6          CALEB:  All right.  And --

7          MS. CLARIDGE:  And do you take care of Ambit?  Do

8  you send Ambit a notice or --

9          CALEB:  Yes.  So we'll actually contact National

10 Grid and National Grid will drop Ambit from your bill and

11 put us in that section, you remember when you saw Ambit's

12 name.  It will just say North American Power and then it

13 will have our rate in that section as well.

14         MS. CLARIDGE:  Okay.  Well, Ambit won't be too

15 happy, but I'm sorry, I'll go with what I make the most -- I

16 mean, I know it's not much but it -- over a year's time it

17 does add up.

18         CALEB:  Exactly.  Yeah.

19         MS. CLARIDGE:  All right.  What do you need?

20         CALEB:  I do have, like, three questions for you.

21 Are you on budget billing with your utility?

22         MS. CLARIDGE:  No.

23         CALEB:  Okay.

24         MS. CLARIDGE:  I pay every month.

25         CALEB:  And is your name the one that appears on

1   the utility bill?

2           MS. CLARIDGE:  Yes.

3           CALEB:  Okay.  And you just -- are you wanting to

4   transfer both of those meters today or just one?

5           MS. CLARIDGE:  Both accounts?

6           CALEB:  Yeah.

7           MS. CLARIDGE:  I do.  And this is where it's going

8   to get tricky because I have both of the others and I had no

9   problem because I had a friend who was in Ambit do it for

10  me.  And so it was a very simple thing.  So I've got to make

11  sure --

12          CALEB:  Okay.  We'll try to make it as simple as

13  possible.  We do have to submit two different enrollments

14  for each account, but that's --

15          MS. CLARIDGE:  Okay, that's fine.

16          CALEB:  Yeah, okay.

17          MS. CLARIDGE:  All right.

18          CALEB:  We'll just get the address of each place

19  and the account number as well, so --

20          MS. CLARIDGE:  All right.  Well, let me see.  I've

21  got to make sure I've got -- all right.  So here's the first

22  one.  Do you need my name?

23          CALEB:  Let me ask you.  What phone number do you

24  want correlated with both accounts?

25          MS. CLARIDGE:  676-7800.  And it's area code 315.

1          CALEB:  Okay.  Perfect.  And then do you have an

2     e-mail address for the confirmation of enrollment?

3          MS. CLARIDGE:  Sure.  It would be Redacted

                                        .

5          CALEB:  Is that Windstream?

6          MS. CLARIDGE:  Windstream.  W-I-N-D.

7          CALEB:  Perfect.

8          MS. CLARIDGE:  Like it was really high winds

9     yesterday.

10         CALEB:  All right.  And I am ready for the first

11    account number.

12         MS. CLARIDGE:  Okay.  Redacted        .

13         CALEB:  All right.  And was that first digit --

14    was that 8?

15         MS. CLARIDGE:  Yes.

16         CALEB:  Okay.  So we have Redacted       .

17         MS. CLARIDGE:  That is correct.

18         CALEB:  All right.  And on this account, how does

19    it have your name spelled?

20         MS. CLARIDGE:  It has Julie Claridge, C-L-A-R-I-D-

21    G-E.

22         CALEB:  All right.  And it doesn't have your

23    middle initial or anything like that, Julie?

24         MS. CLARIDGE:  No.

25         CALEB:  And do you spell Julie J-U-L-I-E?

Page 13

1           MS. CLARIDGE:  Correct.

2           CALEB:  Okay.

3           MS. CLARIDGE:  And Claridge is C-L-A-R-I-D-G-E.

4           CALEB:  All right.  So C-L-A-R-I-D-G-E.

5           MS. CLARIDGE:  Correct.

6           CALEB:  Perfect.  And what was the address of that

7  account?

8           MS. CLARIDGE:  Redacted         .  That's the

9  letter F like finger, A-N-C-H-E-R.

10          CALEB:  All right, so it's Fancher, F-A-N, as in

11  Nancy, C-H-E-R?

12          MS. CLARIDGE:  Road.

13          CALEB:  Road.  And did it have road abbreviated R-

14  D on your bill?

15          MS. CLARIDGE:  Yes.  Yes.

16          CALEB:  All right.  And that was 9964.

17          MS. CLARIDGE:  Yes.

18          CALEB:  And is that in Brewerton, New York?

19          MS. CLARIDGE:  Yes.

20          CALEB:  And that's 13029 as well?

21          MS. CLARIDGE:  Yes.

22          CALEB:  All right.  Give me just a moment and we

23  will get your telephone number in here.  So that was 315-

24  676-7800.

25          MS. CLARIDGE:  Yes.

Page 14

1           CALEB:  All right.  Perfect.  And obviously you

2     are located in New York.  All right.  Give me just a moment,

3     Julie.  We will go onto the verification process after this.

4           MS. CLARIDGE:  Can you tell me where this company

5     is located?

6           CALEB:  We are located in Norwalk, Connecticut.

7           MS. CLARIDGE:  Okay.

8           CALEB:  All right.  So we are -- I just have to do

9     one more process and then this will be finalized.  It's a

10    verification process and it only takes a couple of minutes.

11    It's fairly simple.  I'm going to conference you into this

12    automated verification system.  The system will ask you a

13    series of questions.  You'll just need to wait for the beep

14    after each question and respond with a clear yes or no to

15    each question.  The system will also ask you to state your

16    name.  You can just state your first and last name, how you

17    gave it to me.  You don't need to spell it either.

18          MS. CLARIDGE:  Okay.

19          CALEB:  And then it will ask you to state your

20    address.  So just make sure that it's the entire address,

21    including your street, city, state, and your zip code.

22          MS. CLARIDGE:  Uh-huh.

23          CALEB:  All right.  And I will also stay on the

24    line so we can also get that second enrollment process as

25    well.  The system will give us a confirmation number.  It's

Page 15

1    not particularly important, but I will record that for you

2    so you don't have to worry about that.

3              MS. CLARIDGE:  Great.

4              CALEB:  All right.  I'm going to throw you on a

5    quick hold and I'll go ahead and bring in the system.  Do

6    you have any questions for me as well, Julie, before we

7    start that?

8              MS. CLARIDGE:  No.

9              CALEB:  Okay.  I will go ahead and put you in it

10   then.

11        (Audio ends)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 16

```
 1              SYSTEM:  Customer, this call will confirm your
 2    decision to select North American Power as your electric
 3    provider.  Please wait until after the tone to answer each
 4    question.  Do you understand that this call is being
 5    recorded for quality assurance purposes?  Please say yes or
 6    no after the tone.
 7              MS. CLARIDGE:  Yes.
 8              SYSTEM:  After the tone, please confirm with a
 9    clear yes or no for our records that it is
10    November 19th, 2013, 4:47 p.m. Eastern time.
11              MS. CLARIDGE:  Yes.
12              SYSTEM:  Please state your full name after the
13    tone.
14              MS. CLARIDGE:  Julie Claridge.
15              SYSTEM:  Please state your complete address after
16    the tone.
17              MS. CLARIDGE:  Redacted            , Brewerton, New
18    York 13029.
19              SYSTEM:  After the tone, please confirm with a
20    clear yes or no that your phone number is Redacted        .
21              MS. CLARIDGE:  Yes.
22              SYSTEM:  After the tone, please confirm with a
23    clear yes or not that you are enrolling account number
24    8626375100.
25              MS. CLARIDGE:  Yes.
```

Page 17

1          SYSTEM:  Are you at least 18 years of age and are

2     you either the National Grid upstate account holder or that

3     person's spouse?  Please say yes or no after the tone.

4          MS. CLARIDGE:  Yes.

5          SYSTEM:  Once the processing and acceptance by

6     your utility company is completed, do you understand that

7     North American Power will supply your electricity?  Please

8     say yes or no after the tone.

9          MS. CLARIDGE:  Yes.

10          SYSTEM:  Do you understand that you will be paying

11     a fixed rate for your electricity of 5.49 cents per kilowatt

12     hour for a term of three billing cycles?  Please say yes or

13     no after the tone.

14          MS. CLARIDGE:  Yes.

15          SYSTEM:  Do you understand that you can leave our

16     service before the end of this fixed rate term at any time

17     without penalty?  Please say yes or no after the tone.

18          MS. CLARIDGE:  Yes.

19          SYSTEM:  Do you understand that National Grid

20     Upstate will continue to deliver your home's electricity,

21     issue your monthly invoice, and handle any power

22     emergencies?  Please say yes or no after the tone.

23          MS. CLARIDGE:  Yes.

24          SYSTEM:  Do you understand that North American

25     Power is not affiliated with National Grid Upstate, they are

Page 18

1    different companies?  Please say yes or no after the tone.

2              MS. CLARIDGE:  Yes.

3              SYSTEM:  Do you understand that North American

4    Power is an independent energy supply company and is not

5    operating on behalf of the State of New York?  Please say

6    yes or no after the tone.

7              MS. CLARIDGE:  Yes.

8              SYSTEM:  If you currently have an enrollment

9    pending with another supplier, do you authorize North

10   American Power to cancel it on your behalf so that you may

11   receive your electricity supply from North American Power?

12   Please say yes or no after the tone.

13             MS. CLARIDGE:  Yes.

14             SYSTEM:  Upon successful completion of this

15   verification call, North American Power will send you the

16   terms of service of this offer for your review.  You will

17   then have three business days to contact North American

18   Power.  If you wish to rescind this agreement, you can do so

19   by calling 888-313-9086.  If we do not hear from you, you

20   will be deemed to have accepted the terms of this offer.

21   Included with the terms of service will be the New York SCO

22   bill of rights, which you can also find at our website

23   NAPower.com.

24             Do you understand these terms and conditions and

25   do you authorize your utility to release your historical

Page 19

```
 1    usage and billing information to North American Power for

 2    the duration of your service with us, which you can choose

 3    to rescind at any time so that we may determine your

 4    eligibility and energy service needs?  Please say yes or no

 5    after the tone.

 6              MS. CLARIDGE:  Yes.

 7              SYSTEM:  Your verification is complete.  If you

 8    have any questions about your selection, please call

 9    customer support at 1-888-313-9086.  Thank you very much for

10    your time and I hope you enjoy your North American Power

11    plan.  Your verification number is 30024526.  To repeat,

12    press star.  To exit, press pound.  Good bye.

13        (Pause)

14              CALEB:  All right, Julie.  That went down

15    perfectly.

16              MS. CLARIDGE:  Okay.

17              CALEB:  Let me get this going.  All right.

18    Awesome.  And we are ready for that second account.

19              MS. CLARIDGE:  Okay.  One question, you did record

20    that verification number?

21              CALEB:  Yes, I did.

22              MS. CLARIDGE:  I wrote it down really fast, so I

23    just wanted to make sure --

24              CALEB:  Yes.  So let me verify with you.  I have

25    30024526.
```

1           MS. CLARIDGE:  Okay.

2           CALEB:  And this is for the first account number.

3           MS. CLARIDGE:  Yes.  Okay.

4           CALEB:  And when I send you that redemption form

5   for your $50 card, what address do you want me to send it

6   to?  The second one or the first one you gave me?

7           MS. CLARIDGE:  I only gave you one address.

8           CALEB:  I mean, the second one you're going to

9   give me.

10          MS. CLARIDGE:  Now, here's the thing.  I only get

11  one $50 one even though there's two accounts?

12          CALEB:  Yes.  So it's -- I believe it's per

13  commodity.  So if you have, like, gas at another account you

14  can get a $50 there as well.  But it's per commodity, per

15  account holder.  So it would be one $50 card even though you

16  have two accounts, unless one of those accounts is under,

17  like, someone else's name in your household, then he could

18  -- or they could receive another $50 as well.

19          MS. CLARIDGE:  One second.  I'm going to see --

20  that's weird.  Maybe I looked at -- yeah, I looked at

21  another bill because this -- you know, these bills are in

22  two different households but I -- my name I never switched

23  because to change the name was a big hassle.  So --

24          CALEB:  It really is.  Yeah, you have to like call

25  the utility or something.  Is that what you mean?

```
                                            Page 21
 1              MS. CLARIDGE:  Yes.
 2              CALEB:  Yeah.
 3              MS. CLARIDGE:  It's really crazy.  Okay.  So we'll
 4    go from here.  Okay, what do you need first, the account
 5    number?
 6              CALEB:  Yeah, either one, the account number or
 7    the address.
 8              MS. CLARIDGE:  Okay.  The address would be, and
 9    it's still under my name, although somebody else lives
10    there.  So it -- and the address is Redacted            .
11              CALEB:  Okay.
12              MS. CLARIDGE:  And it's Brewerton, New York 13029.
13              CALEB:  So they're on the same road as you.
14              MS. CLARIDGE:  Yeah, yes.
15              CALEB:  Okay.  So what was your street address
16    then?
17              MS. CLARIDGE:  Mine was 9964.
18              CALEB:  64, okay.  So that's where you want me to
19    send that $50 to is 9964?
20              MS. CLARIDGE:  Yes, yeah.
21              CALEB:  Perfect.  So are you just renting out that
22    property then, Julie?
23              MS. CLARIDGE:  Well, it's a kind of long story.  I
24    did a couple years ago, but my daughter lives there now who
25    is --
```

Page 22

1          CALEB:  Okay.

2          MS. CLARIDGE:  -- who's got a disability.  And I

3   have Power of Attorney, so although like, for example, the

4   phone bill comes in her name.  That was fine.  But there was

5   something about National Grid that she had to have a credit

6   card.  At the time, she didn't have one.  So because there

7   was such -- you know, there was some hang ups.  And I said,

8   well, how can we -- you know, how can we distinguish these

9   two accounts?  And they said, well, we can't legally put her

10  name on them unless there's verification.  So my name had to

11  go on it.

12         CALEB:  Got you.  (Indiscernible) signing up for

13  the lower rate as well, might as well -- got you.  All

14  right.  So we have that same phone number, 315-676-7800?

15         MS. CLARIDGE:  Yeah.  And there again, I don't

16  know if -- if it's the name that's the difference because I

17  can give you -- you know, I gave you a different address and

18  even a different phone number which is registered in her

19  name, but if you -- you know, and of course she does have

20  credit cards now, but then I would have to talk to National

21  Grid.  You know, that --

22         CALEB:  So -- well, let's do it this way then.

23  Are you the one who pays for this home then?

24         MS. CLARIDGE:  Really, she pays for it, but I get

25  the bill --

1          CALEB:  You get the bill for it.

2          MS. CLARIDGE:  -- and I let her know and she --

3     it's one of those things.

4          CALEB:  Okay, well, we'll just keep your phone

5     number on it then.  That would probably be best just because

6     -- we'll never really need to reach you only when like your

7     rate is expiring or when we're offering another rate.  So

8     we'll just call that same phone number then.

9          MS. CLARIDGE:  Okay.

10          CALEB:  Okay, awesome.  And what would be the

11     account number for this home?

12          MS. CLARIDGE:  Redacted        .

13          CALEB:  All right.  So that was 8Redacted       .

14          MS. CLARIDGE:  Yeah.

15          CALEB:  All right.  And that was Redacted

          , Brewerton, New York 13029.

17          MS. CLARIDGE:  Yeah.

18          CALEB:  And that -- they have road abbreviated R-D

19     on this bill as well?

20          MS. CLARIDGE:  Yeah, they do.

21          CALEB:  Okay.  Perfect.  And they have your name,

22     Julie Claridge, same -- no middle initial?

23          MS. CLARIDGE:  Yeah.  That's correct.

24          CALEB:  Okay, perfect.  All right.  And give me a

25     second and then we'll do the verification call for this

1    account as well.  All right, I'm ready and we will do that

2    second verification call.

3              MS. CLARIDGE:  Okay.

4              CALEB:  All right.

5              MS. CLARIDGE:  And I would give, obviously, my

6    name and everything then?

7              CALEB:  Yes.

8              MS. CLARIDGE:  Okay.

9              CALEB:  All right.  Perfect.

10        (Audio ends)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 25

1          SYSTEM:  Customer, this call will confirm your

2     decision to select North American Power as your electric

3     provider.  Please wait until after the tone to answer each

4     question.  Do you understand that this call is being

5     recorded for quality assurance purposes?  Please say yes or

6     no after the tone.

7          MS. CLARIDGE:  Yes.

8          SYSTEM:  After the tone, please confirm with a

9     clear yes or no for our records that it is

10    November 19th, 2013, 4:58 p.m. Eastern time.

11         MS. CLARIDGE:  Yes.

12         SYSTEM:  Please state your full name after the

13    tone.

14         MS. CLARIDGE:  Julie Claridge.

15         SYSTEM:  Please state your complete address after

16    the tone.

17         MS. CLARIDGE:  Redacted          , Brewerton, New

18    York 13029.

19         SYSTEM:  After the tone, please confirm with a

20    clear yes or no that your phone number is Redacted       .

21         MS. CLARIDGE:  Yes.

22         SYSTEM:  After the tone, please confirm with a

23    clear yes or no that you are enrolling account number

24    8606375122.

25         MS. CLARIDGE:  Yes.

Page 26

1          SYSTEM:  Are you at least 18 years of age and are

2     you either the National Grid Upstate account holder or that

3     person's spouse?  Please say yes or no after the tone.

4          MS. CLARIDGE:  Yes.

5          SYSTEM:  Once the processing and acceptance by

6     your utility company is completed, do you understand that

7     North American Power will supply your electricity?  Please

8     say yes or no after the tone.

9          MS. CLARIDGE:  Yes.

10          SYSTEM:  Do you understand that you will be paying

11     a fixed rate for your electricity of 5.49 cents per kilowatt

12     hour for a term of three billing cycles?  Please say yes or

13     no after the tone.

14          MS. CLARIDGE:  Yes.

15          SYSTEM:  Do you understand that you can leave our

16     service before the end of this fixed rate term at any time

17     without penalty?  Please say yes or no after the tone.

18          MS. CLARIDGE:  Yes.

19          SYSTEM:  Do you understand that National Grid

20     Upstate will continue to deliver your home's electricity,

21     issue your monthly invoice, and handle any power

22     emergencies?  Please say yes or no after the tone.

23          MS. CLARIDGE:  Yes.

24          SYSTEM:  Do you understand that North American

25     Power is not affiliated with National Grid Upstate, they are

Page 27

1    different companies?  Please say yes or no after the tone.

2              MS. CLARIDGE:  Yes.

3              SYSTEM:  Do you understand that North American

4    Power is an independent energy supply company and is not

5    operating on behalf of the State of New York?  Please say

6    yes or no after the tone.

7              MS. CLARIDGE:  Yes.

8              SYSTEM:  If you currently have an enrollment

9    pending with another supplier, do you authorize North

10   American Power to cancel it on your behalf so that you may

11   receive your electricity supply from North American Power?

12   Please say yes or no after the tone.

13             MS. CLARIDGE:  Yes.

14             SYSTEM:  Upon successful completion of this

15   verification call, North American Power will send you the

16   terms of service of this offer for your review.  You will

17   then have three business days to contact North American

18   Power.  If you wish to rescind this agreement, you can do so

19   by calling 888-313-9086.  If we do not hear from you, you

20   will be deemed to have accepted the terms of this offer.

21   Included with the terms of service will be the New York SCO

22   bill of rights, which you can also find at our website

23   NAPower.com.

24             Do you understand these terms and conditions and

25   do you authorize your utility to release your historical

Page 28

1    usage and billing information to North American Power for

2    the duration of your service with us, which you can choose

3    to rescind at any time so that we may determine your

4    eligibility and energy service needs?  Please say yes or no

5    after the tone.

6              MS. CLARIDGE:  Yes.

7              SYSTEM:  Your verification is complete.  If you

8    have any questions about your selection, please call

9    customer support at 1-888-313-9086.  Thank you very much for

10   your time and I hope you enjoy your North American Power

11   plan.  Your verification number is 31023850.  To repeat,

12   press star.  To exit, press pound.  Good bye.

13        (Pause)

14             CALEB:  All right, Julie, we have both of your

15   enrollments submitted.  Your utility company does process

16   those changes on meter read dates.  So I want you to keep in

17   mind that it will take up until that meter read date before

18   you see North American Power on your bill.  You'll also be

19   getting a welcome letter with contact numbers sometime in

20   the next several days.

21             If you have a pen, I can give you the customer

22   service number right now.

23             MS. CLARIDGE:  Sure.

24             CALEB:  Okay.  So that number is 888-313-9086.

25   And they are open Monday through Friday, 8:30 to 7:30 and

1   Saturday 9:00 a.m. to 5:30 p.m.  Julie, do you have any more

2   questions for me before I let you go?

3           MS. CLARIDGE:  No, I think that's it and until

4   probably, let's see, I'm going to be paying my bill -- so I

5   probably won't see one until possibly the next billing cycle

6   maybe.

7           CALEB:  Exactly, yes.  That will probably be when

8   you see your next one unless your meter read date is --

9   wait, let me think about this.  Unless your meter read date

10  hasn't happened this month already, then you might see it on

11  this very billing cycle that you get next time.

12          MS. CLARIDGE:  Yeah.  Okay.

13          CALEB:  All right, Julie?  I do want to thank you

14  for being so patient and awesome with me today.  You were

15  really pleasant to talk to and I hope you have a great rest

16  of your day and thank you and welcome to North American

17  Power.

18          MS. CLARIDGE:  Okay.  Thank you.

19          CALEB:  All right.  Bye bye, Julie.  Have a great

20  one.

21          MS. CLARIDGE:  Bye bye.

22      (Audio ends)

23

24

25

```
 1                    C E R T I F I C A T I O N       Page 30

 2

 3      I, Jamie Gallagher, certify that the foregoing transcript is

 4      a true and accurate record of the proceedings.

 5

 6      Jamie Gallagher

 7      Jamie Gallagher

 8      Veritext Legal Solutions

 9      330 Old Country Rd

10      Suite 300

11      Mineola, NY 11501

12      Date:  May 11, 2016

13

14

15

16

17

18

19

20

21

22

23

24

25
```