# Exhibit E

**North American Power and Gas Services, LLC**
20 Glover Ave.
Norwalk, CT 08652
203-939-1155

Wells Fargo Bank, N.A. - Rebate Account   **46289**
50 Main Street
White Plains, NY 10606

Date: 01/29/2015

Pay To
The Order Of   HELEN MARSH

\*\*\*One Hundred Twenty Six Dollars and 22 Cents\*\*\*   $**126.22**

HELEN MARSH
Redacted
POUGHKEEPSIE, NY 12601
UNITED STATES

Redacted

---

North American Power and Gas Services, LLC                       46289
Redacted              HELEN MARSH            Redacted       Wells Fargo Bank, N.A. - Rebate Account
Print As: HELEN MARSH                                                           1020 8628
                                                                          Date: 01/29/2015

| Date | Bill # | | Reference Number | | | |
| Acct | Memo | | Department ID | Location | Amount Entered | Term Discount | Amount Paid |
|---|---|---|---|---|---|---|---|
| 01/28/2015 | Corrective/Compliance Refund2292921 | | | | | | |
| 6390--Customer Accommodat | Corrective/Compliance Refund | | 20 | 20--Nort...ces, LLC | $126.22 | $0.00 | $126.22 |
| Net Amount | | | | | | | $126.22 |

Page 1 of 1

---

North American Power and Gas Services, LLC                       46289
Redacted              HELEN MARSH            Redacted       Wells Fargo Bank, N.A. - Rebate Account
Print As: HELEN MARSH                                                           1020 8628
                                                                          Date: 01/29/2015

| Date | Bill # | | Reference Number | | | |
| Acct | Memo | | Department ID | Location | Amount Entered | Term Discount | Amount Paid |
|---|---|---|---|---|---|---|---|
| 01/28/2015 | Corrective/Compliance Refund2292921 | | | | | | |
| 6390--Customer Accommodat | Corrective/Compliance Refund | | 20 | 20--Nort...ces, LLC | $126.22 | $0.00 | $126.22 |
| Net Amount | | | | | | | $126.22 |

Page 1 of 1