Exhibit F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN POWER & GAS, LLC,<br><br>Defendant. | Case No: 7:15-cv-1261<br><br>**DECLARATION OF**<br><br>_Allan Rothbaum_ |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this _11_ day of May, 2016 in _Staten Island, NY_. I declare that the foregoing is true and correct.

Respectfully Submitted,

_[signature]_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN POWER & GAS, LLC,<br><br>Defendant. | Case No: 7:15-cv-1261<br><br>**DECLARATION OF**<br><br>_Amanda L McCombs_ |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this _11th_ day of May, 2016 in _Middletown NY_. I declare that the foregoing is true and correct.

Respectfully Submitted,

_[signature]_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN POWER & GAS, LLC,<br><br>Defendant. | Case No: 7:15-cv-1261<br><br>**DECLARATION OF**<br><br>_____Christa Glassman_____ |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this ___12th__ day of May, 2016 in Clarence, NY_____. I declare that the foregoing is true and correct.

Respectfully Submitted,

_____Christa J Glassman_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN POWER & GAS, LLC,<br><br>Defendant. | Case No: 7:15-cv-1261<br><br>**DECLARATION OF**<br><br>Elizabeth A. Watson |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this 11 day of May, 2016 in Burnt Hills, NY. I declare that the foregoing is true and correct.

Respectfully Submitted,

Elizabeth A. Watson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN POWER & GAS, LLC,<br><br>Defendant. | Case No: 7:15-cv-1261<br><br>**DECLARATION OF**<br><br>_Gregory A. Daugherty_ |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this _11th_ day of May, 2016 in _West Seneca, NY_. I declare that the foregoing is true and correct.

Respectfully Submitted,

_Gregory A. Daugherty_

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH AMERICAN POWER & GAS, LLC, <br><br> Defendant. | Case No: 7:15-cv-1261 <br><br> **DECLARATION OF** <br> Harriet Theall |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this _11_ day of May, 2016 in White Plains, NY. I declare that the foregoing is true and correct.

Respectfully Submitted,

Harriet Theall

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIE CLARIDGE and HELEN MARSH,

Plaintiffs,

v.

NORTH AMERICAN POWER & GAS, LLC,

Defendant.

---

Case No: 7:15-cv-1261

**DECLARATION OF**

Kevin H. Clinefelter

---

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this 10th day of May, 2016 in Rochester, NY. I declare that the foregoing is true and correct.

Respectfully Submitted,

*/s/ Kevin H. Clinefelter*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN POWER & GAS, LLC,<br><br>Defendant. | Case No: 7:15-cv-1261<br><br>**DECLARATION OF**<br><br>_MAFTAL1   LANDELEX_ |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer me a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this _11_ day of May, 2016 in _MONSEY, NY_. I declare that the foregoing is true and correct.

Respectfully Submitted,

_[signature]_

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH AMERICAN POWER & GAS, LLC, <br><br> Defendant. | Case No: 7:15-cv-1261 <br><br> **DECLARATION OF** <br><br> _Nancy Kelley_ |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this 11th day of May, 2016 in _Troy, NY_. I declare that the foregoing is true and correct.

Respectfully Submitted,

_Nancy Kelley_

Scanned by CamScanner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN POWER & GAS, LLC,<br><br>Defendant. | Case No:  7:15-cv-1261<br><br>**DECLARATION OF**<br><br>_____Sabine Faustin_____ |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months.  I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous.  The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service.  I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this __12__ day of May, 2016 in __Brooklyn, New York__.  I declare that the foregoing is true and correct.

Respectfully Submitted,

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH AMERICAN POWER & GAS, LLC, <br><br> Defendant. | Case No: 7:15-cv-1261 <br><br> **DECLARATION OF** <br><br> Skip Blumenthal |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this __11__ day of May, 2016 in __New York, NY__. I declare that the foregoing is true and correct.

Respectfully Submitted,

_Skip Blumenthal_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH AMERICAN POWER & GAS, LLC, <br><br> Defendant. | Case No: 7:15-cv-1261 <br><br> **DECLARATION OF** <br><br> _Valerie Vermeulen_ |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this 11th day of May, 2016 in _Town of Moreau, N.Y._. I declare that the foregoing is true and correct.

Respectfully Submitted,

_Valerie Vermeulen_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN POWER & GAS, LLC,<br><br>Defendant. | Case No: 7:15-cv-1261<br><br>**DECLARATION OF**<br><br>Mr. & Mrs. Wayne E. Mattison |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this  10  day of May, 2016 in  Queensbury, New York . I declare that the foregoing is true and correct.

Respectfully Submitted,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH AMERICAN POWER & GAS, LLC, <br><br> Defendant. | Case No: 7:15-cv-1261 <br><br> **DECLARATION OF** <br><br> _Wendy J. Davie_ |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this 12th day of May, 2016 in _Oneonta, NY_. I declare that the foregoing is true and correct.

Respectfully Submitted,

_Wendy J. Davie_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN POWER & GAS, LLC,<br><br>Defendant. | Case No: 7:15-cv-1261<br><br>**DECLARATION OF**<br><br>William Batterman |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this __12__ day of May, 2016 in __Ithaca, New York__. I declare that the foregoing is true and correct.

Respectfully Submitted,

_William Batterman_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE CLARIDGE and HELEN MARSH,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN POWER & GAS, LLC,<br><br>Defendant. | Case No: 7:15-cv-1261<br><br>DECLARATION OF<br>__PHIL COOK__ |

As the person named above I hereby declare that:

1. I am a current customer of North American Power & Gas, LLC ("NAPG") and have been for at least eighteen months. I make this Declaration on my own personal knowledge.

2. I submit this Declaration in opposition to the Motion of Plaintiffs Julie Claridge and Helen Marsh for Class Certification.

As a North American Power customer, I have been satisfied that the terms and conditions of my energy supply agreement are clear and unambiguous. The price I was billed monthly was the price I had expected and I have taken full advantage of NAPG's willingness to offer and provide a satisfactory fixed price as part of my continuing service. I recognize that, as an NAPG customer, it is my obligation to be aware of the end date of my fixed price term so that I can enjoy the continued benefits of energy competition.

Executed this __11__ day of May, 2016 in __QUEENS, NY__. I declare that the foregoing is true and correct.

Respectfully Submitted,

__Phil Cook__