# Exhibit J



2/24/2014

Julie Claridge
Redacted
Brewerton, NY 13029



## Your Fixed Rate Plan is Expiring.
### This notification is regarding renewal options for your account with North American Power.

**Did you know?**

Your support of our renewable energy products from a mix of renewable sources such as wind and water generates more than just power. Thanks to loyal customers like you, North American Power's **Mission to Millions** program has donated well over half a million dollars to charitable organizations across America. We thank you!

Dear Julie Claridge ,

Thank you for choosing North American Power as your retail energy supplier. We are thrilled to have you as part of our family of customers, and hope that you have enjoyed the benefits of our service!

We would like to inform you that your fixed rate plan for the electricity supply of the accounts listed on the enclosed Appendix A will expire on 4/16/2014, and your current supply rate will change when your plan term expires. Don't worry though, because we have a special renewal offer for you. Give us a call to discuss this or other renewal offers that may be available:

**New Offer: 3-month fixed rate at 6.49¢ per kWh.**
*Additional details of this offer, including but limited to all applicable taxes and fees will be provided prior to, and during, the time of enrollment, and thereafter in any renewal kit.

Upon expiration of your existing terms of service, as promised, you can continue on a month-to-month variable plan, or you can decide to accept one of our renewal offers. If we do not hear from you, you will continue on a month-to-month variable rate plan, which you can cancel at any time without penalty or early cancellation fees. However, if you accept and enroll in one of our renewal offers, we will not charge any applicable early termination fee if you notify us that you wish to cancel within three (3) business days of receiving your first billing statement under your new supply plan.

Don't let this opportunity pass you by. Contact us at **1.888.313.9086** before 4/2/2014 to discuss your renewal options. Once again, thank you for allowing us to serve your energy needs.

Regards,

*Kerry Breitbart*

Kerry Breitbart
Founder and Chairman
North American Power

20 Glover Avenue
Norwalk, CT 06850
napower.com

NAPG-Clar-000050



2/24/2014

Julie Claridge
Redacted
Brewerton, NY 13029



## Your Fixed Rate Plan is Expiring.
This notification is regarding renewal options for your account with North American Power.

**Did you know?**

Your support of our renewable energy products from a mix of renewable sources such as wind and water generates more than just power. Thanks to loyal customers like you, North American Power's **Mission to Millions** program has donated well over half a million dollars to charitable organizations across America. We thank you!

Dear Julie Claridge ,

Thank you for choosing North American Power as your retail energy supplier. We are thrilled to have you as part of our family of customers, and hope that you have enjoyed the benefits of our service!

We would like to inform you that your fixed rate plan for the electricity supply of the accounts listed on the enclosed Appendix A will expire on 4/16/2014, and your current supply rate will change when your plan term expires. Don't worry though, because we have a special renewal offer for you. Give us a call to discuss this or other renewal offers that may be available:

**New Offer: 3-month fixed rate at 6.49¢ per kWh.**
*Additional details of this offer, including but limited to all applicable taxes and fees will be provided prior to, and during, the time of enrollment, and thereafter in any renewal kit.

Upon expiration of your existing terms of service, as promised, you can continue on a month-to-month variable plan, or you can decide to accept one of our renewal offers. If we do not hear from you, you will continue on a month-to-month variable rate plan, which you can cancel at any time without penalty or early cancellation fees. However, if you accept and enroll in one of our renewal offers, we will not charge any applicable early termination fee if you notify us that you wish to cancel within three (3) business days of receiving your first billing statement under your new supply plan.

Don't let this opportunity pass you by. Contact us at **1.888.313.9086** before 4/2/2014 to discuss your renewal options. Once again, thank you for allowing us to serve your energy needs.

Regards,

*Kerry Breitbart*

Kerry Breitbart
Founder and Chairman
North American Power

20 Glover Avenue
Norwalk, CT 06850
napower.com

NAPG-Clar-000051