# Exhibit K

**nationalgrid**

SERVICE FOR
JULIE CLARIDGE
Redacted
BREWERTON NY 13029

BILLING PERIOD
Dec 6, 2013 to Jan 7, 2014

ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE
Redacted | Feb 5, 2014 | $ 59.28

---

## Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone  Central
Acct No:  86063-75122    Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|-------|-----|-------|-----|
| Jan 13 | 323 | Aug 13 | 247 |
| Feb 13 | 288 | Sep 13 | 221 |
| Mar 13 | 281 | Oct 13 | 195 |
| Apr 13 | 282 | Nov 13 | 225 |
| May 13 | 233 | Dec 13 | 277 |
| Jun 13 | 221 | Jan 14 | 344 |
| Jul 13 | 245 | | |

---

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading - | Previous Reading = | Total Usage |
|----------------|-------------|-------------------|--------------------|-------------|
| Dec 6 - Jan 7 | 32 | 30350 *Actual* | 30006 *Actual* | 344 kWh |

METER NUMBER  Redacted      EXT SCHEDULED READ DATE  Feb 7

RATE    Electric SC1 T&D Non Heat

| | | |
|---|---|--:|
| Basic Service (not including usage) | | 17.00 |
| Delivery | 0.04244  x  344 kWh | 14.60 |
| Consolidated Billing Credit | | -1.24 |
| RDM | -0.00201  x  344 kWh | -0.69 |
| Incr State Assessment | 0.00307  x  344 kWh | 1.06 |
| SBC/RPS | 0.00735395  x  344 kWh | 2.54 |
| Legacy Transition Chrg | -0.003688  x  344 kWh | -1.27 |
| Transmission Rev Adj | -0.00147  x  344 kWh | -0.51 |
| Tariff Surcharge | 2.04082 % | 0.64 |
| **Total Delivery Services** | | **$ 32.13** |



### Supply Services

SUPPLIER  Ambit New York, LLC
1801 N Lamar Street
Suite 200
Dallas, TX  75202

PHONE    877-282-6248      ACCOUNT NO  A2461461

| | | |
|---|---|--:|
| Electricity Supply | 0.07893  x  344 kWh | 27.15 |
| **Total Supply Services** | | **$ 27.15** |

*all carrier Amb. - no problems*

12345

CONFIDENTIAL

# nationalgrid

SERVICE FOR
JULIE CLARIDGE
Redacted
BREWERTON NY 13029

BILLING PERIOD
Jan 7, 2014 to Feb 5, 2014

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| Redacted | Mar 6, 2014 | $ 48.50 |

## Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone  Central

Acct No:  86063-75122      Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| Feb 13 | 288 | Sep 13 | 221 |
| Mar 13 | 281 | Oct 13 | 195 |
| Apr 13 | 282 | Nov 13 | 225 |
| May 13 | 233 | Dec 13 | 277 |
| Jun 13 | 221 | Jan 14 | 344 |
| Jul 13 | 245 | Feb 14 | 320 |
| Aug 13 | 247 | | |

*[handwritten: Switched to N. Am. Power quot .0549]*

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading | - | Previous Reading | = | Total Usage |
|---|---|---|---|---|---|---|
| Jan 7 - Feb 5 | 29 | 30670 Actual | | 30350 Actual | | 320 kWh |

METER NUMBER Redacted   NEXT SCHEDULED READ DATE  Mar 11

RATE    Electric SC1 T&D Non Heat

| | | |
|---|---|---|
| Basic Service (not including usage) | | 17.00 |
| Delivery | 0.04244  x  320 kWh | 13.58 |
| Consolidated Billing Credit | | -1.24 |
| RDM | -0.00152482  x  320 kWh | -0.49 |
| Market Settlement | 0.00029  x  320 kWh | 0.09 |
| Incr State Assessment | 0.00307  x  320 kWh | 0.98 |
| SBC/RPS | 0.007911  x  320 kWh | 2.54 |
| Legacy Transition Chrg | -0.006794  x  320 kWh | -2.17 |
| Transmission Rev Adj | 0.00007  x  320 kWh | 0.02 |
| Tariff Surcharge | 2.04082 % | 0.62 |
| **Total Delivery Services** | | **$ 30.93** |

### Supply Services

SUPPLIER NORTH AMERICAN POWER &
GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT  06854

PHONE    203-939-1155      ACCOUNT NO  582627

| | | |
|---|---|---|
| Electricity Supply | 0.0549  x  320 kWh | 17.57 |
| **Total Supply Services** | | **$ 17.57** |

CLARIDGE000007

# nationalgrid

SERVICE FOR
JULIE CLARIDGE
Redacted
BREWERTON NY 13029

BILLING PERIOD
Feb 5, 2014  to Mar 8, 2014

ACCOUNT NUMBER
Redacted

**PLEASE PAY BY**
Apr 5, 2014

**AMOUNT DUE**
$ 44.22

PAGE 2 of 3

## Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone  Central

Acct No:  86063-75122     Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| Mar 13 | 281 | Oct 13 | 195 |
| Apr 13 | 282 | Nov 13 | 225 |
| May 13 | 233 | Dec 13 | 277 |
| Jun 13 | 221 | Jan 14 | 344 |
| Jul 13 | 245 | Feb 14 | 320 |
| Aug 13 | 247 | Mar 14 | 296 |
| Sep 13 | 221 | | |

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading - | Previous Reading = | Total Usage |
|---|---|---|---|---|
| Feb 5 - Mar 8 | 31 | 30966 Actual | 30670 Actual | 296 kWh |

METER NUMBER Redacted  NEXT SCHEDULED READ DATE  Apr 8

RATE   Electric SC1 T&D Non Heat

| | | |
|---|---|---|
| Basic Service (not including usage) | | 17.00 |
| Delivery | 0.04278064 x 296 kWh | 12.65 |
| Consolidated Billing Credit | | -1.24 |
| RDM | -0.00220064 x 296 kWh | -0.65 |
| Incr State Assessment | 0.00307 x 296 kWh | 0.91 |
| SBC/RPS | 0.007911 x 296 kWh | 2.34 |
| Legacy Transition Chrg | -0.009594 x 296 kWh | -2.84 |
| Transmission Rev Adj | -0.00258 x 296 kWh | -0.76 |
| Tariff Surcharge | 2.04082 % | 0.56 |
| **Total Delivery Services** | | **$ 27.97** |

### Supply Services

SUPPLIER  NORTH AMERICAN POWER & GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT  06854

PHONE   203-939-1155      ACCOUNT NO  582627

| | | |
|---|---|---|
| Electricity Supply | 0.0549 x 296 kWh | 16.25 |
| **Total Supply Services** | | **$ 16.25** |

CLARIDGE000008

# national**grid**

JULIE CLARIDGE
9962 FANCHER RD
BREWERTON NY 13029

BILLING PERIOD
Mar 8, 2014 to Apr 5, 2014

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| 86063-75122 | May 3, 2014 | $ 43.04 |

## Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone  Central

Acct No:  86063-75122     Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| Apr 13 | 282 | Nov 13 | 225 |
| May 13 | 233 | Dec 13 | 277 |
| Jun 13 | 221 | Jan 14 | 344 |
| Jul 13 | 245 | Feb 14 | 320 |
| Aug 13 | 247 | Mar 14 | 296 |
| Sep 13 | 221 | Apr 14 | 257 |
| Oct 13 | 195 | | |

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading - | Previous Reading = | Total Usage |
|---|---|---|---|---|
| Mar 8 - Apr 5 | 28 | 31223 *Actual* | 30966 *Actual* | 257 kWh |

METER NUMBER 31402000     NEXT SCHEDULED READ DATE  May 9

RATE   Electric SC1 T&D Non Heat

| | | | |
|---|---|---|---|
| Basic Service (not including usage) | | | 17.00 |
| Delivery | 0.04421178 | x  257 kWh | 11.37 |
| Consolidated Billing Credit | | | -1.24 |
| RDM | -0.00541428 | x  257 kWh | -1.39 |
| Incr State Assessment | 0.00307 | x  257 kWh | 0.79 |
| SBC/RPS | 0.007911 | x  257 kWh | 2.04 |
| Legacy Transition Chrg | -0.002119 | x  257 kWh | -0.55 |
| Transmission Rev Adj | 0.00127 | x  257 kWh | 0.33 |
| Tariff Surcharge | 2.04082 % | | 0.58 |
| **Total Delivery Services** | | | **$ 28.93** |

### Supply Services

SUPPLIER  NORTH AMERICAN POWER &
GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT  06854

PHONE   203-939-1155     ACCOUNT NO  582627

| | | | |
|---|---|---|---|
| Electricity Supply | 0.0549 | x  257 kWh | 14.11 |
| **Total Supply Services** | | | **$ 14.11** |

*per Saline phone rate of .0549 will still apply for next 3 mo.*

CONFIDENTIAL

CLARIDGE000009

# nationalgrid

JULIE CLARIDGE
Redacted
BREWERTON NY 13029

Apr 5, 2014 to May 8, 2014

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| Redacted | Jun 5, 2014 | $ 70.56 |

## Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone  Central

Acct No:  86063-75122    Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| May 13 | 233 | Dec 13 | 277 |
| Jun 13 | 221 | Jan 14 | 344 |
| Jul 13 | 245 | Feb 14 | 320 |
| Aug 13 | 247 | Mar 14 | 296 |
| Sep 13 | 221 | Apr 14 | 257 |
| Oct 13 | 195 | May 14 | 257 |
| Nov 13 | 225 | | |

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading - | Previous Reading = | Total Usage |
|---|---|---|---|---|
| Apr 5 - May 8 | 33 | 31480 Actual | 31223 Actual | 257 kWh |

METER NUMBER Redacted   NEXT SCHEDULED READ DATE Jun 10

RATE    Electric SC1 T&D Non Heat

| | | |
|---|---|---|
| Basic Service (not including usage) | | 17.00 |
| Delivery | 0.04629 x 257 kWh | 11.90 |
| Consolidated Billing Credit | | -1.24 |
| RDM | -0.00033818 x 257 kWh | -0.09 |
| Incr State Assessment | 0.00307 x 257 kWh | 0.79 |
| SBC/RPS | 0.007911 x 257 kWh | 2.04 |
| Legacy Transition Chrg | -0.005647 x 257 kWh | -1.44 |
| Transmission Rev Adj | -0.0003 x 257 kWh | -0.08 |
| Tariff Surcharge | 2.04082 % | 0.59 |
| **Total Delivery Services** | | **$ 29.47** |

### Supply Services

SUPPLIER NORTH AMERICAN POWER & GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT 06854

PHONE   203-939-1155   ACCOUNT NO 582627



| | | |
|---|---|---|
| Electricity Supply | 0.1599 x 257 kWh | 41.09 |
| **Total Supply Services** | | **$ 41.09** |

*10½¢ over per KWH*

*rate still will be .0549 per Saline - ph*

CONFIDENTIAL

CLARIDGE000010

# national**grid**

Redacted

SERVICE FOR
JULIE CLARIDGE
BREWERTON NY 13029

BILLING PERIOD
May 8, 2014 to Jun 6, 2014

PAGE 2 of 3

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| Redacted | Jul 5, 2014 | $ 56.34 |

## Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone Central
Acct No: 86063-75122   Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| Jun 13 | 221 | Jan 14 | 344 |
| Jul 13 | 245 | Feb 14 | 320 |
| Aug 13 | 247 | Mar 14 | 296 |
| Sep 13 | 221 | Apr 14 | 257 |
| Oct 13 | 195 | May 14 | 257 |
| Nov 13 | 225 | Jun 14 | 192 |
| Dec 13 | 277 | | |

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading | - | Previous Reading | = | Total Usage |
|---|---|---|---|---|---|---|
| May 8 - Jun 6 | 29 | 31672 *Actual* | | 31480 *Actual* | | 192 kWh |

METER NUMBER Redacted   NEXT SCHEDULED READ DATE Jul 9

RATE   Electric SC1 T&D Non Heat

| | | | |
|---|---|---|---|
| Basic Service (not including usage) | | | 17.00 |
| Delivery | 0.04629 x 192 kWh | | 8.88 |
| Consolidated Billing Credit | | | -1.24 |
| RDM | -0.00124 x 192 kWh | | -0.24 |
| Incr State Assessment | 0.00307 x 192 kWh | | 0.59 |
| SBC/RPS | 0.007911 x 192 kWh | | 1.52 |
| Legacy Transition Chrg | -0.003996 x 192 kWh | | -0.76 |
| Transmission Rev Adj | -0.00324 x 192 kWh | | -0.62 |
| Tariff Surcharge | 2.04082 % | | 0.51 |
| **Total Delivery Services** | | | **$ 25.64** |

### Supply Services

SUPPLIER  NORTH AMERICAN POWER &
GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT 06854

PHONE  203-939-1155   ACCOUNT NO 582627

| | | | |
|---|---|---|---|
| Electricity Supply | 0.1599 x 192 kWh | | 30.70 |
| **Total Supply Services** | | | **$ 30.70** |

*rate Not changed .0549*
*called. spoke w/ guy who said sometimes takes 2 mo on rate change to go back to .0549*

*11.32*



CLARIDGE000011

# national grid

SERVICE FOR
JULIE CLARIDGE
Redacted
BREWERTON NY 13029

BILLING PERIOD
Jun 6, 2014  to Jul 7, 2014

ACCOUNT NUMBER   **PLEASE PAY BY**   **AMOUNT DUE**

Redacted   Aug 3, 2014   $ 56.38

## Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone  Central

Acct No:  86063-75122   Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| Jul 13 | 245 | Feb 14 | 320 |
| Aug 13 | 247 | Mar 14 | 296 |
| Sep 13 | 221 | Apr 14 | 257 |
| Oct 13 | 195 | May 14 | 257 |
| Nov 13 | 225 | Jun 14 | 192 |
| Dec 13 | 277 | Jul 14 | 214 |
| Jan 14 | 344 | | |

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading | - | Previous Reading | = | Total Usage |
|---|---|---|---|---|---|---|
| Jun 6 - Jul 7 | 31 | 31886 *Actual* | | 31672 *Actual* | | 214 kWh |

METER NUMBER  Redacted   NEXT SCHEDULED READ DATE  Aug 8

RATE   Electric SC1 T&D Non Heat

| | | | |
|---|---|---|---|
| Basic Service (not including usage) | | | 17.00 |
| Delivery | 0.04629 x 214 kWh | | 9.90 |
| Consolidated Billing Credit | | | -1.24 |
| RDM | -0.00124 x 214 kWh | | -0.27 |
| Incr State Assessment | 0.00243547 x 214 kWh | | 0.52 |
| SBC/RPS | 0.007911 x 214 kWh | | 1.69 |
| Legacy Transition Chrg | -0.005295 x 214 kWh | | -1.13 |
| Transmission Rev Adj | -0.00261 x 214 kWh | | -0.56 |
| Tariff Surcharge | 2.04082 % | | 0.53 |
| **Total Delivery Services** | | | **$ 26.44** |

### Supply Services

SUPPLIER  NORTH AMERICAN POWER &
GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT  06854

PHONE   203-939-1155   ACCOUNT NO  582627

| | | |
|---|---|---|
| Electricity Supply | 0.1399 x 214 kWh | 29.94 |
| **Total Supply Services** | | **$ 29.94** |



123

CLARIDGE000012

# nationalgrid

SERVICE FOR
JULIE CLARIDGE Redacted
BREWERTON NY 13029

BILLING PERIOD
Jul 7, 2014 to Aug 6, 2014

ACCOUNT NUMBER Redacted

| PLEASE PAY BY | AMOUNT DUE |
|---|---|
| Sep 4, 2014 | $ 52.73 |

## Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Acct No: 86063-75122   Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| Aug 13 | 247 | Mar 14 | 296 |
| Sep 13 | 221 | Apr 14 | 257 |
| Oct 13 | 195 | May 14 | 257 |
| Nov 13 | 225 | Jun 14 | 192 |
| Dec 13 | 277 | Jul 14 | 214 |
| Jan 14 | 344 | Aug 14 | 195 |
| Feb 14 | 320 | | |

Choosing an Energy Supplier You can choose who supplies your energy. No matter which energy supplier you choose, National Grid will continue to deliver energy to you safely, efficiently and reliably. We will also continue to provide your customer service, including emergency response and storm restoration. National Grid is dedicated to creating an open energy market that lets you choose from a variety of competitive energy suppliers, who may offer different pricing options. For information on authorized energy suppliers and how to choose, please visit us online at www.nationalgridus.com/energychoice

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading | - | Previous Reading | = | Total Usage |
|---|---|---|---|---|---|---|
| Jul 7 - Aug 6 | 30 | 32081 Actual | | 31886 Actual | | 195 kWh |

METER NUMBER Redacted   NEXT SCHEDULED READ DATE Sep 8

RATE   Electric SC1 T&D Non Heat

| | | |
|---|---|---|
| Basic Service (not including usage) | | 17.00 |
| Delivery | 0.04629 x 195 kWh | 9.03 |
| Consolidated Billing Credit | | -1.24 |
| RDM | -0.00124 x 195 kWh | -0.24 |
| Incr State Assessment | 0.00026 x 195 kWh | 0.05 |
| SBC/RPS | 0.007911 x 195 kWh | 1.54 |
| Legacy Transition Chrg | -0.003645 x 195 kWh | -0.71 |
| Transmission Rev Adj | -0.00249 x 195 kWh | -0.49 |
| Tariff Surcharge | 2.04082 % | 0.51 |
| **Total Delivery Services** | | **$ 25.45** |

### Supply Services

SUPPLIER NORTH AMERICAN POWER & GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT 06854

PHONE   203-939-1155        ACCOUNT NO 582627

| | | |
|---|---|---|
| Electricity Supply | 0.1399 x 195 kWh | 27.28 |
| **Total Supply Services** | | **$ 27.28** |

*rate still not changed back to .0549 (Not Grid) Called N.Am Power cancelled N. Am Power*

CLARIDGE000013

**national**grid

SERVICE FOR
JULIE CLARIDGE
Redacted
BREWERTON NY 13029

BILLING PERIOD
Dec 6, 2013 to Jan 7, 2014

PAGE 2 of 3

ACCOUNT NUMBER

Redacted

| PLEASE PAY BY | AMOUNT DUE |
|---|---|
| Feb 5, 2014 | $ 84.48 |

---

### Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone  Central
Acct No:  86263-75100    Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| Jan 13 | 431 | Aug 13 | 254 |
| Feb 13 | 349 | Sep 13 | 212 |
| Mar 13 | 319 | Oct 13 | 167 |
| Apr 13 | 420 | Nov 13 | 197 |
| May 13 | 256 | Dec 13 | 308 |
| Jun 13 | 196 | Jan 14 | 545 |
| Jul 13 | 268 | | |

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading - | Previous Reading = | Total Usage |
|---|---|---|---|---|
| Dec 6 - Jan 7 | 32 | 39216 *Actual* | 38671 *Actual* | 545 kWh |

METER NUMBER  Redacted    NEXT SCHEDULED READ DATE  Feb 7

RATE   Electric SC1 T&D Heat

| | | |
|---|---|---|
| Basic Service (not including usage) | | 17.00 |
| Delivery | 0.04244  x  545 kWh | 23.12 |
| Consolidated Billing Credit | | -1.24 |
| RDM | -0.00201  x  545 kWh | -1.10 |
| Incr State Assessment | 0.00307  x  545 kWh | 1.67 |
| SBC/RPS | 0.00735395  x  545 kWh | 4.00 |
| Legacy Transition Chrg | -0.003688  x  545 kWh | -2.02 |
| Transmission Rev Adj | -0.00147  x  545 kWh | -0.80 |
| Tariff Surcharge | 2.04082 % | 0.83 |
| **Total Delivery Services** | | **$ 41.46** |

### Supply Services

SUPPLIER  Ambit New York, LLC
          1801 N Lamar Street
          Suite 200
          Dallas, TX  75202

PHONE   877-282-6248    ACCOUNT NO  A2422501

*all carrier ( had No problem)*
*Ambit*

| | | |
|---|---|---|
| Electricity Supply | 0.07893  x  545 kWh | 43.02 |
| **Total Supply Services** | | **$ 43.02** |

12345

CONFIDENTIAL

**nationalgrid**

SERVICE FOR
JULIE CLARIDGE
Redacted
BREWERTON NY 13029

BILLING PERIOD
Jan 7, 2014 to Feb 5, 2014

ACCOUNT NUMBER
Redacted

PLEASE PAY BY
Mar 6, 2014

AMOUNT DUE
$ 54.70

---

## Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone  Central

Acct No:  86263-75100  Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| Feb 13 | 349 | Sep 13 | 212 |
| Mar 13 | 319 | Oct 13 | 167 |
| Apr 13 | 420 | Nov 13 | 197 |
| May 13 | 256 | Dec 13 | 308 |
| Jun 13 | 196 | Jan 14 | 545 |
| Jul 13 | 268 | Feb 14 | 381 |
| Aug 13 | 254 | | |

*switched to N.Am.Power*

*3.49.*

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading - | Previous Reading = | Total Usage |
|---|---|---|---|---|
| Jan 7 - Feb 5 | 29 | 39597 *Actual* | 39216 *Actual* | 381 kWh |

METER NUMBER  Redacted    NEXT SCHEDULED READ DATE  Mar 11

RATE     Electric SC1 T&D Heat

| | | |
|---|---|---|
| Basic Service (not including usage) | | 17.00 |
| Delivery | 0.04244  x  381 kWh | 16.17 |
| Consolidated Billing Credit | | -1.24 |
| RDM | -0.00152482  x  381 kWh | -0.58 |
| Market Settlement | 0.00029  x  381 kWh | 0.11 |
| Incr State Assessment | 0.00307  x  381 kWh | 1.17 |
| SBC/RPS | 0.007911  x  381 kWh | 3.02 |
| Legacy Transition Chrg | -0.006794  x  381 kWh | -2.58 |
| Transmission Rev Adj | 0.00007  x  381 kWh | 0.03 |
| Tariff Surcharge | 2.04082 % | 0.68 |
| **Total Delivery Services** | | **$ 33.78** |

### Supply Services

SUPPLIER  NORTH AMERICAN POWER &
GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT 06854

PHONE     203-939-1155        ACCOUNT NO  582624

| | | |
|---|---|---|
| Electricity Supply | 0.0549  x  381 kWh | 20.92 |
| **Total Supply Services** | | **$ 20.92** |

CONFIDENTIAL

**nationalgrid**

SERVICE FOR
JULIE CLARIDGE
Redacted
BREWERTON NY 13029

Feb 5, 2014 to Mar 8, 2014

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| Redacted | Apr 5, 2014 | $ 54.97 |

---

### Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone  Central
Acct No:  86263-75100    Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| Mar 13 | 319 | Oct 13 | 167 |
| Apr 13 | 420 | Nov 13 | 197 |
| May 13 | 256 | Dec 13 | 308 |
| Jun 13 | 196 | Jan 14 | 545 |
| Jul 13 | 268 | Feb 14 | 381 |
| Aug 13 | 254 | Mar 14 | 409 |
| Sep 13 | 212 | | |

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading - | Previous Reading = | Total Usage |
|---|---|---|---|---|
| Feb 5 - Mar 8 | 31 | 40006 *Actual* | 39597 *Actual* | 409 kWh |

METER NUMBER  Redacted     NEXT SCHEDULED READ DATE  Apr 8

RATE   Electric SC1 T&D Heat

| | | |
|---|---|---:|
| Basic Service (not including usage) | | 17.00 |
| Delivery | 0.04278064  x  409 kWh | 17.50 |
| Consolidated Billing Credit | | -1.24 |
| RDM | -0.00220064  x  409 kWh | -0.90 |
| Incr State Assessment | 0.00307  x  409 kWh | 1.26 |
| SBC/RPS | 0.007911  x  409 kWh | 3.24 |
| Legacy Transition Chrg | -0.009594  x  409 kWh | -3.93 |
| Transmission Rev Adj | -0.00258  x  409 kWh | -1.06 |
| Tariff Surcharge | 2.04082 % | 0.65 |
| **Total Delivery Services** | | **$ 32.52** |

### Supply Services

SUPPLIER  NORTH AMERICAN POWER &
GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT  06854

PHONE   203-939-1155     ACCOUNT NO  582624

| | | |
|---|---|---:|
| Electricity Supply | 0.0549  x  409 kWh | 22.45 |
| **Total Supply Services** | | **$ 22.45** |

CONFIDENTIAL

CLARIDGE000016

# national**grid**

SERVICE FOR
JULIE CLARIDGE
Redacted
BREWERTON NY 13029

BILLING PERIOD
Mar 8, 2014  to Apr 5, 2014

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| Redacted | May 3, 2014 | $ 48.27 |

---

## Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone  Central

Acct No:  86263-75100       Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| Apr 13 | 420 | Nov 13 | 197 |
| May 13 | 256 | Dec 13 | 308 |
| Jun 13 | 196 | Jan 14 | 545 |
| Jul 13 | 268 | Feb 14 | 381 |
| Aug 13 | 254 | Mar 14 | 409 |
| Sep 13 | 212 | Apr 14 | 307 |
| Oct 13 | 167 | | |

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading | - | Previous Reading | = | Total Usage |
|---|---|---|---|---|---|---|
| Mar 8 - Apr 5 | 28 | 40313 *Actual* | | 40006 *Actual* | | 307 kWh |

METER NUMBER  Redacted    NEXT SCHEDULED READ DATE  May 9

RATE    Electric SC1 T&D Heat

| | | |
|---|---|---:|
| Basic Service (not including usage) | | 17.00 |
| Delivery | 0.04421178  x  307 kWh | 13.58 |
| Consolidated Billing Credit | | -1.24 |
| RDM | -0.00541428  x  307 kWh | -1.66 |
| Incr State Assessment | 0.00307  x  307 kWh | 0.94 |
| SBC/RPS | 0.007911  x  307 kWh | 2.43 |
| Legacy Transition Chrg | -0.002119  x  307 kWh | -0.65 |
| Transmission Rev Adj | 0.00127  x  307 kWh | 0.39 |
| Tariff Surcharge | 2.04082 % | 0.63 |
| **Total Delivery Services** | | **$ 31.42** |

### Supply Services

SUPPLIER  NORTH AMERICAN POWER &
GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT  06854

PHONE    203-939-1155        ACCOUNT NO  582624

| | | |
|---|---|---:|
| Electricity Supply | 0.0549  x  307 kWh | 16.85 |
| **Total Supply Services** | | **$ 16.85** |

CLARIDGE000017

# national**grid**

SERVICE FOR
JULIE CLARIDGE
Redacted
BREWERTON NY 13029

BILLING PERIOD
Apr 5, 2014 to May 8, 2014

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| Redacted | Jun 5, 2014 | $ 84.95 |

---

## Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone  Central
Acct No:  86263-75100      Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| May 13 | 256 | Dec 13 | 308 |
| Jun 13 | 196 | Jan 14 | 545 |
| Jul 13 | 268 | Feb 14 | 381 |
| Aug 13 | 254 | Mar 14 | 409 |
| Sep 13 | 212 | Apr 14 | 307 |
| Oct 13 | 167 | May 14 | 325 |
| Nov 13 | 197 | | |

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading | - | Previous Reading | = | Total Usage |
|---|---|---|---|---|---|---|
| Apr 5 - May 8 | 33 | 40638 *Actual* | | 40313 *Actual* | | 325 kWh |

METER NUMBER  Redacted  NEXT SCHEDULED READ DATE  Jun 10

RATE   Electric SC1 T&D Heat

| | | | |
|---|---|---|---|
| Basic Service (not including usage) | | | 17.00 |
| Delivery | 0.04629 x 325 kWh | | 15.04 |
| Consolidated Billing Credit | | | -1.24 |
| RDM | -0.00033818 x 325 kWh | | -0.11 |
| Incr State Assessment | 0.00307 x 325 kWh | | 1.00 |
| SBC/RPS | 0.007911 x 325 kWh | | 2.57 |
| Legacy Transition Chrg | -0.005647 x 325 kWh | | -1.84 |
| Transmission Rev Adj | -0.0003 x 325 kWh | | -0.10 |
| Tariff Surcharge | 2.04082 % | | 0.66 |
| **Total Delivery Services** | | | **$ 32.98** |

### Supply Services

SUPPLIER  NORTH AMERICAN POWER &
GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT  06854

PHONE     203-939-1155        ACCOUNT NO  582624

*(handwritten: 10½¢ over per kwh)*

| | | | |
|---|---|---|---|
| Electricity Supply | 0.1599 x 325 kWh | | 51.97 |
| **Total Supply Services** | | | **$ 51.97** |



*(handwritten notes:)*
restaurant coupon 5/17   .0549   17.84

per Saline

per phone rate still will be .0549

for 3 mo

# national grid

**JULIE CLARIDGE**
Redacted
BREWERTON NY 13029

SERVICE FOR

BILLING PERIOD May 8, 2014 to Jun 6, 2014

ACCOUNT NUMBER   Redacted

PLEASE PAY BY   Jul 5, 2014

AMOUNT DUE   $ 60.34

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading - | Previous Reading = | Total Usage |
|---|---|---|---|---|
| May 8 - Jun 6 | 29 | 40849 *Actual* | 40638 *Actual* | 211 kWh |

METER NUMBER  Redacted    NEXT SCHEDULED READ DATE  Jul 9

RATE   Electric SC1 T&D Heat

| | | |
|---|---|---|
| Basic Service (not including usage) | | 17.00 |
| Delivery | 0.04629 x 211 kWh | 9.77 |
| Consolidated Billing Credit | | -1.24 |
| RDM | -0.00124 x 211 kWh | -0.26 |
| Incr State Assessment | 0.00307 x 211 kWh | 0.65 |
| SBC/RPS | 0.007911 x 211 kWh | 1.67 |
| Legacy Transition Chrg | -0.003996 x 211 kWh | -0.84 |
| Transmission Rev Adj | -0.00324 x 211 kWh | -0.68 |
| Tariff Surcharge | 2.04082 % | 0.53 |
| **Total Delivery Services** | | **$ 26.60** |

### Supply Services

SUPPLIER  NORTH AMERICAN POWER &
GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT  06854

PHONE   203-939-1155        ACCOUNT NO  582624

| | | |
|---|---|---|
| Electricity Supply | 0.1599 x 211 kWh | 33.74 |
| **Total Supply Services** | | **$ 33.74** |

Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone  Central

Acct No: 86263-75100      Cycle: 7, CLAR

Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| Jun 13 | 196 | Jan 14 | 545 |
| Jul 13 | 268 | Feb 14 | 381 |
| Aug 13 | 254 | Mar 14 | 409 |
| Sep 13 | 212 | Apr 14 | 307 |
| Oct 13 | 167 | May 14 | 325 |
| Nov 13 | 197 | Jun 14 | 211 |
| Dec 13 | 308 | | |

CONFIDENTIAL

CLARIDGE000019

# national**grid**

SERVICE FOR
JULIE CLARIDGE
Redacted
BREWERTON NY 13029

BILLING PERIOD
Jun 6, 2014 to Jul 7, 2014

ACCOUNT NUMBER

Redacted

PLEASE PAY BY
Aug 3, 2014

AMOUNT DUE
$ 63.17

## Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Loadzone  Central

Acct No:  86263-75100      Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| Jul 13 | 268 | Feb 14 | 381 |
| Aug 13 | 254 | Mar 14 | 409 |
| Sep 13 | 212 | Apr 14 | 307 |
| Oct 13 | 167 | May 14 | 325 |
| Nov 13 | 197 | Jun 14 | 211 |
| Dec 13 | 308 | Jul 14 | 250 |
| Jan 14 | 545 | | |

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading | - | Previous Reading | = | Total Usage |
|---|---|---|---|---|---|---|
| Jun 6 - Jul 7 | 31 | 41099 *Actual* | | 40849 *Actual* | | 250 kWh |

METER NUMBER  Redacted        NEXT SCHEDULED READ DATE  Aug 8

RATE      Electric SC1 T&D Heat

| | | | |
|---|---|---|---|
| Basic Service (not including usage) | | | 17.00 |
| Delivery | 0.04629 x | 250 kWh | 11.57 |
| Consolidated Billing Credit | | | -1.24 |
| RDM | -0.00124 x | 250 kWh | -0.31 |
| Incr State Assessment | 0.00243547 x | 250 kWh | 0.61 |
| SBC/RPS | 0.007911 x | 250 kWh | 1.98 |
| Legacy Transition Chrg | -0.005295 x | 250 kWh | -1.33 |
| Transmission Rev Adj | -0.00261 x | 250 kWh | -0.65 |
| Tariff Surcharge | 2.04082 % | | 0.56 |
| **Total Delivery Services** | | | **$ 28.19** |

### Supply Services

SUPPLIER  NORTH AMERICAN POWER &
GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT  06854

PHONE     203-939-1155        ACCOUNT NO  582624

| | | | |
|---|---|---|---|
| Electricity Supply | 0.1399 x | 250 kWh | 34.98 |
| **Total Supply Services** | | | **$ 34.98** |

123



rate Still not back to .05¢9 Spoke w/ young man. Said "No you have to pay higher rate, but call me next mo BS

CONFIDENTIAL

CLARIDGE000020

# nationalgrid

SERVICE FOR
JULIE CLARIDGE
Redacted
BREWERTON NY 13029

BILLING PERIOD
Jul 7, 2014  to Aug 6, 2014

PAGE **2** of **3**

ACCOUNT NUMBER
Redacted

PLEASE PAY BY
Sep 4, 2014

AMOUNT DUE
$ 59.13

## Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Acct No:  86263-75100      Cycle: 7, CLAR

### Electric Usage History

| Month | kWh | Month | kWh |
|---|---|---|---|
| Aug 13 | 254 | Mar 14 | 409 |
| Sep 13 | 212 | Apr 14 | 307 |
| Oct 13 | 167 | May 14 | 325 |
| Nov 13 | 197 | Jun 14 | 211 |
| Dec 13 | 308 | Jul 14 | 250 |
| Jan 14 | 545 | Aug 14 | 229 |
| Feb 14 | 381 | | |

**Choosing an Energy Supplier** You can choose who supplies your energy. No matter which energy supplier you choose, National Grid will continue to deliver energy to you safely, efficiently and reliably. We will also continue to provide your customer service, including emergency response and storm restoration. National Grid is dedicated to creating an open energy market that lets you choose from a variety of competitive energy suppliers, who may offer different pricing options. For information on authorized energy suppliers and how to choose, please visit us online at www.nationalgridus.com/energychoice

## DETAIL OF CURRENT CHARGES

### Delivery Services

| Service Period | No. of days | Current Reading - | Previous Reading = | Total Usage |
|---|---|---|---|---|
| Jul 7 - Aug 6 | 30 | 41328 *Actual* | 41099 *Actual* | 229 kWh |

METER NUMBER : Redacted    NEXT SCHEDULED READ DATE  Sep 8

RATE        Electric SC1 T&D Heat

| | | | |
|---|---|---|---|
| Basic Service (not including usage) | | | 17.00 |
| Delivery | 0.04629 | x  229 kWh | 10.60 |
| Consolidated Billing Credit | | | -1.24 |
| RDM | -0.00124 | x  229 kWh | -0.28 |
| Incr State Assessment | 0.00026 | x  229 kWh | 0.06 |
| SBC/RPS | 0.007911 | x  229 kWh | 1.81 |
| Legacy Transition Chrg | -0.003645 | x  229 kWh | -0.83 |
| Transmission Rev Adj | -0.00249 | x  229 kWh | -0.57 |
| Tariff Surcharge | 2.04082 % | | 0.54 |

**Total Delivery Services**          **$ 27.09**

### Supply Services

SUPPLIER  NORTH AMERICAN POWER &
GAS LLC
1 MARSHALL STREET
SUITE 205
NORWALK CT  06854

PHONE    203-939-1155      ACCOUNT NO  582624

| | | | |
|---|---|---|---|
| Electricity Supply | 0.1399 | x  229 kWh | 32.04 |

**Total Supply Services**          **$ 32.04**



rate still not
changed to .0549
called Nat. Grid
+ cancelled N. Am. Power

CONFIDENTIAL

CLARIDGE000021