# Exhibit M



## New York At-A-Glance

Billing Protocol | Budget Billing | Assist. Prgms | Credit Hold | Transfer Rules | Rt of Rescission | 3-Way Calling | Reject Codes
Switch Notification | Intro Packet | Switch Fee Policies | Renewal Notice | Units | ETF CAP | Enrollment Timeframe | Cancellation Timeframe

### Utility Billing Protocol - NY

| Central Hudson Gas & Electric | | |
|---|---|---|
| **Numbers/ID(s) Required for Enrollment** | Required ID(s)/Numbers | • Account Number |
| | # Digits | • 10-11<br>    o   First 10 digits **only** are needed for enrollment |
| | Location on Bill | • Page 1 in upper right corner |
| | Starts With | • Random sequence |
| **Before Switch** | Electric Supply Charges Referred to as | • Energy Supply Charge |
| | Natural Gas Supply Charges Referred to as | • Gas Supply Charge |
| | Location on Bill | • Page 1 |
| | How Often Does Default Supply Rate Change? | • Monthly |
| | Sample Bill | • Central Hudson- Electric Sample Bill Before Switch<br>• Central Hudson- Gas Sample Bill Before Switch |
| **After Switch** | Electric Supply Charges Referred to as | • TBD |
| | Natural Gas Supply Charges Referred to as | • TBD |
| | What Items on Bill are Included in NAP Supply Rate? | • TBD |
| | What Other Changes Can Be Seen? | • As an incentive to choose an alternative supplier, **electric** and **gas** customers will no longer be assessed a **Merchant Function Charge** for supply after they switch<br>• As an incentive for choosing an alternative supplier, **electric and gas** customers who are normally charged **state sales tax** on **delivery** by the utility will **no longer be charged** for it after they switch |
| | Does Utility Pro-Rate? | • Yes |
| | Sample Bill | • Central Hudson- Electric & Gas Sample Bill After Switch |
| **Other Information** | • TBD | |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG

Last Updated 03/09/16 SN

NAPG-Clar-000099



## Utility Billing Protocol- NY

**ConEd (Consolidated Edison)**

| | | |
|---|---|---|
| **Numbers/ID(s) Required for Enrollment** | Required ID(s)/Numbers | • Account Number |
| | # Digits | • 15 |
| | Location on Bill | • Page 1 in upper right corner |
| | Starts With | • Queens: 2<br>• Bronx: 3<br>• Manhattan: 4<br>• Brooklyn: 6<br>• Staten Island: 7 |
| **Before Switch** | Electric Supply Charges Referred to as | • Supply |
| | Natural Gas Supply Charges Referred to as | • Supply |
| | Location on Bill | • Electric page 2<br>• Gas page 3 |
| | How Often Does Default Supply Rate Change? | • Monthly |
| | Sample Bill | • Con Edison-  Electric Sample Bill Before Switch<br>• Con Edison- Gas Sample Bill Before Switch |
| **After Switch** | Electric Supply Charges Referred to as | • TBD |
| | Natural Gas Supply Charges Referred to as | • TBD |
| | What Items on Bill are Included in NAP Supply Rate? | • TBD |
| | What Other Changes Can Be Seen? | • As an incentive to choose an alternative supplier, **electric** and **gas** customers will no longer be assessed a **Merchant Function Charge** for supply after they switch<br>• As an incentive for choosing an alternative supplier, **electric and gas** customers who are normally charged **state sales tax** on **delivery** by the utility will **no longer be charged** for it after they switch |
| | Does Utility Pro-Rate? | • Yes |
| | Sample Bill | • Con Edison- Electric & Gas Sample Bill After Switch |
| **Other Information** | • TBD | |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



## Utility Billing Protocol- NY (con't)

**National Fuel Gas**

| | | |
|---|---|---|
| **Numbers/ID(s) Required for Enrollment** | Required ID(s)/Numbers | • Account Number |
| | # Digits | • 9 |
| | Location on Bill | • Page 1 in upper right corner |
| | Starts With | • Random sequence |
| **Before Switch** | Electric Supply Charges Referred to as | • N/A |
| | Natural Gas Supply Charges Referred to as | • Supply |
| | Location on Bill | • Page 2 |
| | How Often Does Default Supply Rate Change? | • Monthly |
| | Sample Bill | • National Fuel- Sample Bill Before Switch |
| **After Switch** | Electric Supply Charges Referred to as | • N/A |
| | Natural Gas Supply Charges Referred to as | • Supply |
| | What Items on Bill are Included in NAP Supply Rate? | • TBD |
| | What Other Changes Can Be Seen? | • As an incentive to choose an alternative supplier, customers will no longer be assessed a ***Merchant Function Charge*** of ***approximately*** 2¢ per CCF for supply after they switch.<br>• As an incentive for choosing an alternative supplier, customers who are normally charged ***state sales tax*** on ***delivery*** by the utility will ***no longer be charged*** for it after they switch. |
| | Does Utility Pro-Rate? | • No |
| | Sample Bill | • National Fuel- Sample Bill After Switch |
| **Other Information** | • TBD | |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



| Utility Billing Protocol - NY (con't) | | |
|---|---|---|
| **National Grid (Keyspan East/Long Island Gas)** | | |
| **Numbers/ID(s) Required for Enrollment** | Required ID(s)/Numbers | • Account Number |
| | # Digits | • 10 |
| | Location on Bill | • Page 1 in upper right corner |
| | Starts With | • Random sequence |
| **Before Switch** | Electric Supply Charges Referred to as | • N/A |
| | Natural Gas Supply Charges Referred to as | • Gas Supply Charge |
| | Location on Bill | • Page 1 |
| | How Often Does Default Supply Rate Change? | • Monthly |
| | Sample Bill | • National Grid LI- Sample Bill Before Switch |
| **After Switch** | Electric Supply Charges Referred to as | • N/A |
| | Natural Gas Supply Charges Referred to as | • TBD |
| | What Items on Bill are Included in NAP Supply Rate? | • TBD |
| | What Other Changes Can Be Seen? | • As an incentive to choose an alternative supplier, customers will no longer be assessed a ***Merchant Function Charge*** of ***approximately*** 1.9¢ per therm for supply after they switch.<br>• As an incentive for choosing an alternative supplier, customers who are normally charged **state sales tax** on **delivery** by the utility will ***no longer be charged*** for it after they switch. |
| | Does Utility Pro-Rate? | • No |
| | Sample Bill | • TBD |
| **Other Information** | • TBD | |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



## Utility Billing Protocol - NY (con't)

**National Grid (/Keyspan West/Brooklyn Union Gas)**

| Numbers/ID(s) Required for Enrollment | Required ID(s)/Numbers | • Account Number |
|---|---|---|
| | # Digits | • 10 |
| | Location on Bill | • Page 1 in upper right corner |
| | Starts With | • Random sequence |
| **Before Switch** | Electric Supply Charges Referred to as | • N/A |
| | Natural Gas Supply Charges Referred to as | • Gas Supply Charge |
| | Location on Bill | • Page 1 |
| | How Often Does Default Supply Rate Change? | • Monthly |
| | Sample Bill | • National Grid NYC- Sample Bill Before Switch |
| **After Switch** | Electric Supply Charges Referred to as | • N/A |
| | Natural Gas Supply Charges Referred to as | • TBD |
| | What Items on Bill are Included in NAP Supply Rate? | • TBD |
| | What Other Changes Can Be Seen? | • As an incentive to choose an alternative supplier, customers will no longer be assessed a **Merchant Function Charge** of **approximately** 2¢ per therm for supply after they switch<br>• As an incentive to choose an alternative supplier, customers who are normally charged **state sales tax** on **delivery** by the utility will **no longer be charged** for it after they switch. |
| | Does Utility Pro-Rate? | • No |
| | Sample Bill | • National Grid NYC- Sample Bill After Switch |
| **Other Information** | • TBD | |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG

Last Updated 03/09/16 SN

NAPG-Clar-000103



## Utility Billing Protocol - NY (con't)

**National Grid (Niagara Mohawk NIMO)**

| | | |
|---|---|---|
| **Numbers/ID(s) Required for Enrollment** | Required ID(s)/Numbers | • Account Number |
| | # Digits | • 10 |
| | Location on Bill | • Page 1 in upper right corner |
| | Starts With | • Random sequence |
| **Before Switch** | Electric Supply Charges Referred to as | • Supply Charge |
| | Natural Gas Supply Charges Referred to as | • Supply Charge |
| | Location on Bill | • Page 3 |
| | How Often Does Default Supply Rate Change? | • Monthly |
| | Sample Bill | • National Grid NIMO- Sample Bill Before Switch |
| **After Switch** | Electric Supply Charges Referred to as | • TBD |
| | Natural Gas Supply Charges Referred to as | • N/A |
| | What Items on Bill are Included in NAP Supply Rate? | • TBD |
| | What Other Changes Can Be Seen? | • As an incentive to choose an alternative supplier, **gas** customers will no longer be assessed a **Merchant Function Charge** of **approximately** 2¢ per therm for supply after they switch.<br>• **Electric** customers are **not** assessed a Merchant Function Charge for supply.<br>• As an incentive to choose an alternative supplier, **gas and electric** customers who are normally charged **state sales tax** on **delivery** by the utility will **no longer be charged** for it after they switch. |
| | Does Utility Pro-Rate? | • National Grid NIMO- Sample Bill After Switch |
| | Sample Bill | • TBD |
| **Other Information** | • TBD | |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



## Utility Billing Protocol - NY (con't)

### NYSEG (New York State Electric & Gas)

| | | |
|---|---|---|
| **Numbers/ID(s) Required for Enrollment** | Required ID(s)/Numbers | • POD ID |
| | # Digits | • 15 |
| | Location on Bill | • Page 2 - 4 in upper right corner |
| | Starts With | • Electric Account: N01<br>• Gas Account: N02 |
| **Before Switch** | Electric Supply Charges Referred to as | • Electricity Supply Charges |
| | Natural Gas Supply Charges Referred to as | • Natural Gas Supply Charges |
| | Location on Bill | • Page 3 |
| | How Often Does Default Supply Rate Change? | • Monthly |
| | Sample Bill | • NYSEG- Sample Bill Before Switch |
| **After Switch** | Electric Supply Charges Referred to as | • TBD |
| | Natural Gas Supply Charges Referred to as | • TBD |
| | What Items on Bill are Included in NAP Supply Rate? | • TBD |
| | What Other Changes Can Be Seen? | • As an incentive to choose an alternative supplier, *electric* customers will no longer be assessed a *Merchant Function Charge* of *approximately* 0.3¢ per kWh for supply after they switch<br>• As an incentive to choose an alternative supplier, *gas* customers will no longer be assessed a *Merchant Function Charge* of *approximately* 3¢ per therm for supply after they switch.<br>• As an incentive to choose an alternative supplier, *electric and gas* customers who are normally charged *state sales tax* on *delivery* by the utility will *no longer be charged* for it after they switch. |
| | Does Utility Pro-Rate? | • NYSEG- Sample Bill After Switch |
| | Sample Bill | • TBD |
| **Other Information** | • TBD | |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



| **Utility Billing Protocol - NY (con't)** | | |
|---|---|---|
| **Orange & Rockland** | | |
| **Numbers/ID(s) Required for Enrollment** | Required ID(s)/Numbers | • Account Number |
| | # Digits | • 10 |
| | Location on Bill | • Page 1 in upper right corner |
| | Starts With | • Random sequence |
| **Before Switch** | Electric Supply Charges Referred to as | • Total Supply Charges |
| | Natural Gas Supply Charges Referred to as | • Get this from the bill |
| | Location on Bill | • Page 1 |
| | How Often Does Default Supply Rate Change? | • Monthly |
| | Sample Bill | • Orange & Rockland- Sample Bill Before Switch<br>• |
| **After Switch** | Electric Supply Charges Referred to as | • TBD |
| | Natural Gas Supply Charges Referred to as | • TBD |
| | What Items on Bill are Included in NAP Supply Rate? | • TBD |
| | What Other Changes Can Be Seen? | • As an incentive to choose an alternative supplier, **gas** and **electric** customers who are normally charged **state sales tax** on **delivery** by the utility will **no longer be charged** for it after they switch. |
| | Does Utility Pro-Rate? | • No |
| | Sample Bill | • Orange & Rockland- Sample Bill After Switch |
| **Other Information** | • TBD | |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



## Utility Billing Protocol- NY (con't)

| Rochester Gas & Electric | | |
|---|---|---|
| **Numbers/ID(s) Required for Enrollment** | Required ID(s)/Numbers | • POD ID |
| | # Digits | • 15 |
| | Location on Bill | • Page 2 - 4 in upper right corner |
| | Starts With | • Electric Account: R01<br>• Gas Account: R02 |
| **Before Switch** | Electric Supply Charges Referred to as | • Electricity Supply Charges |
| | Natural Gas Supply Charges Referred to as | • Natural Gas Supply Charges |
| | Location on Bill | • Page 3 |
| | How Often Does Default Supply Rate Change? | • Monthly |
| | Sample Bill | • Rochester Gas & Electric- Sample Bill Before Switch |
| **After Switch** | Electric Supply Charges Referred to as | • TBD |
| | Natural Gas Supply Charges Referred to as | • TBD |
| | What Items on Bill are Included in NAP Supply Rate? | • TBD |
| | What Other Changes Can Be Seen? | • As an incentive to choose an alternative supplier, *electric* customers will no longer be assessed a ***Merchant Function Charge*** of ***approximately*** 0.4¢ per kWh for supply after they switch.<br>• As an incentive to choose an alternative supplier, *gas* customers will no longer be assessed a ***Merchant Function Charge*** of ***approximately*** 4¢ per therm for supply after they switch.<br>• As an incentive to choose an alternative supplier, *electric and gas* customers who are normally charged **state sales tax** on **delivery** by the utility will **no longer be charged** for it after they switch. |
| | Does Utility Pro-Rate? | • No |
| | Sample Bill | • Rochester Gas & Electric- Sample Bill After Switch |
| **Other Information** | • TBD | |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



## Budget Billing Details - NY

| Utility Company | Utility Budget Bill Program: | What Happens to Existing Budget Bill After Switch? | Does the Utility True-Up Upon Switch? |
|---|---|---|---|
| Central Hudson | • Budget Billing | • Customers will be billed **actual** charges for **supply** | • When customer switches to NAP and is currently being **supplied by the utility:**<br>  ○ No<br>• When customer switches **away** from NAP<br>  ○ No |
| ConEd | • Level Payment Plan | • The customer's budget bill will remain **intact**<br>• In addition to the customer's annual **true-up,** an adjustment to the **supply** portion of the budget **may** be made during the utility company's next scheduled **adjustment** period<br>  ○ Adjustments to the budgeted total may occur **3-4 times** throughout the year | • When customer switches to NAP and is currently being **supplied by the utility:**<br>  ○ No<br>• When customer switches **away** from NAP<br>  ○ Yes |
| National Fuel | • Budget Plan | • The customer's budget bill will remain **intact**<br>• In addition to the customer's annual true-up, an adjustment to the **supply** portion of the budget **may** be made during the utility company's next scheduled **adjustment** period<br>  ○ Adjustments to the budgeted total may occur **3-4 times** throughout the year | • When customer switches to NAP and is currently being **supplied by the utility:**<br>  ○ No<br>• When customer switches **away** from NAP<br>  ○ Yes |
| National Grid (NYC) | • Balanced Billing | • Customers will be billed **actual** charges for **supply** | • When customer switches to NAP and is currently being **supplied by the utility:**<br>  ○ No<br>• When customer switches **away** from NAP<br>  ○ No |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



## Budget Billing Details – NY (con't)

| Utility Company | Utility Budget Bill Program: | What Happens to Existing Budget Bill After Switch? | Does the Utility True-Up Upon Switch? |
|---|---|---|---|
| National Grid (Long Island) | • Balanced Billing | • Customers will be billed *actual* charges for *supply* | • When customer switches to NAP and is currently being *supplied by the utility:*<br>  ○ No<br>• When customer switches *away* from NAP<br>  ○ No |
| National Grid (Upstate) | • Balanced Billing | • Customers will be billed *actual* charges for *supply* | • When customer switches to NAP and is currently being *supplied by the utility:*<br>  ○ No<br>• When customer switches *away* from NAP<br>  ○ No |
| NYSEG | • Budget Billing | • Customers will be billed *actual* charges for *supply* | • When customer switches to NAP and is currently being *supplied by the utility:*<br>  ○ No<br>• When customer switches *away* from NAP<br>  ○ No |
| Orange & Rockland | • Budget Billing | • The customer's budget bill will remain *intact*<br>• In addition to the customer's annual *true-up,* an adjustment to the *supply* portion of the budget *may* be made during the utility company's next scheduled *adjustment* period<br>  ○ Adjustments to the budgeted total may occur *3-4 times* throughout the year | • When customer switches to NAP and is currently being *supplied by the utility:*<br>  ○ No<br>• When customer switches *away* from NAP<br>  ○ Yes |
| Rochester Gas & Electric | • Budget Billing | • Customers will be billed *actual* charges for *supply* | • When customer switches to NAP and is currently being *supplied by the utility:*<br>  ○ No<br>• When customer switches *away* from NAP<br>  ○ No |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG

Last Updated 03/09/16 SN

NAPG-Clar-000109



## Government & Utility Assistance Programs - NY

| Program | Stands For | Description | Applicable Utilities | Eligible for Enrollment? |
|---|---|---|---|---|
| Affordability Low Income Payment Agreement Program | • N/A | • Customer receives an initial bill deferral that is either 5% for electricity or 7.5% for both gas and electric.<br>• Deferral is later increased to 35%.<br>• Collection activity is suspended.<br>• Arrears forgiveness of 50%; up to $250 after 12 payments on the plan | • National Grid (NIMO) | • Yes |
| Care & Share Fund | • N/A | • Provides grant of $200 to customers facing energy-related emergencies. | • National Grid/NIMO | • Yes |
| Catholic Community/ Charity Services | • N/A | • Assists customers with bill payments after other means have been exhausted. | • O&R | • Yes |
| Conservation Incentive Program | • N/A | • Provides customers with money-saving rebates when they buy an Energy Star-rated programmable thermostat or replace certain appliances with energy-efficient models. | • National Fuel | • Yes |
| DSS Aggregation Program | • N/A | • Funded by the Department of Social Services, the Aggregation Program assists eligible families in need by paying for a portion of their utility bill. | • Con Edison<br>• Corning Gas<br>• National Fuel<br>• National Grid (all)<br>• NYSEG<br>• O&R<br>• RG&E | • Yes<br>  ○ *Exception*: National Fuel customers are *not* eligible. |
| EBD PTRA | • Elderly, Blind & Disabled Payment Troubled Residential Assistance Program | • Provides debt forgiveness for timely bill payments up to 12 months.<br>• Also includes a 15% rate reduction on regular residential rates.<br>• May include emergency heating and repair/weatherization measures. | • National Fuel | • Yes |
| Electric Low Income Program | • N/A | • Includes reduction on service charges for electrical issues. | • Con Edison | • Yes |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



## Government & Utility Assistance Programs - NY (con't)

| | | | | |
|---|---|---|---|---|
| Energy Share | • N/A | • One-time grant of up to $200 toward outstanding utility bills. | • Con Edison | • Yes |
| Gas Affordable Energy Program | • N/A | • Includes bill discounts and referrals to other programs as appropriate. | • NYSEG | • Yes |
| Gas Low Income Program | • N/A | • Includes discounts on gas bill. | • Con Edison | • Yes |
| Income Eligibility Basic Service Charge Discount | • N/A | • Provides monthly discount of 5% on customer's basic service charge for electricity. | • National Grid/NIMO | • Yes |
| GNF | • Good Neighbor Fund | • Last resort benefit for customers who have exhausted all other sources of assistance for which they may be eligible.<br>• Grant amounts are equal to 1 average monthly bill on the account and are limited to 2 per customer per lifetime. | • Central Hudson | • Yes |
| HEAP / E-HEAP | • Home Energy Assistance Program<br>• Emergency Home Energy Assistance Program | • Assists eligible low-income consumers in meeting the high seasonal costs of home heating and cooling by providing a one-time payment for the winter heating season, and a one-time payment for the summer cooling season. | • Central Hudson<br>• Con Edison<br>• Corning Gas<br>• National Fuel<br>• National Grid (all)<br>• NYSEG<br>• O&R<br>• RG&E | • Yes |
| Income Eligibility Basic Service Charge Discount | • N/A | • Provides monthly discount of 5% on customer's basic service charge for electricity. | • National Grid/NIMO | • Yes |
| LICAAP | • Low Income Customer Affordability Assistance Program | • Provides a discount of up to 70% on a customer's utility bill.<br>• Discount varies based on household size and income.<br>• Program includes pre-LICAAP arrears forgiveness, energy conservation education and referrals to other income-support programs. | • National Fuel | • No |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



## Credit Hold Policies- NY

| Utility Territory | Credit-Hold Policy |
|---|---|
| Central Hudson | • No credit-hold policy in place. |
| Con Edison | • No credit-hold policy in place. |
| National Fuel | • No credit-hold policy in place. |
| National Grid (Long Island) | • No credit-hold policy in place. |
| National Grid (NYC) | • No credit-hold policy in place. |
| National Grid (Upstate) | • No credit-hold policy in place. |
| NYSEG | • No credit-hold policy in place. |
| Orange & Rockland | • No credit-hold policy in place. |
| Rochester Gas & Electric | • No credit-hold policy in place. |

Return to top

## Service Transfer Rules - NY

| Utility Territory | Can Service be Transferred Within Territory? |
|---|---|
| Central Hudson Gas & Electric | • No |
| Con Edison | • No |
| National Fuel | • No |
| National Grid (Long Island) | • No |
| National Grid (NYC) | • No |
| National Grid (Upstate) | • No |
| NYSEG | • No |
| Orange & Rockland | • No |
| Rochester Gas & Electric | • No |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



## Right of Rescission Period - NY

| Channel | Right-of-Rescission Period | To Rescind, Customer Must: |
|---|---|---|
| New Enrollments | • 3 business days from the date the customer receives the full terms and conditions | • Contact utility |
| Renewals/Rate Changes | • 3 business days from the date the customer receives the new terms and conditions | • Contact supplier |

Return to top

## Utility 3-Way Calling Policy and Contact Numbers - NY

| Utility | 3-Way Calling Policy | Referral Number |
|---|---|---|
| Central Hudson | • ***Not Permitted*** | • 1-800-527-2714 |
| Con Ed | • Permitted | • 1-212-780-8787 (for Account Number Access)<br>• 1-800-752-6633 (for all other service-related inquiries) |
| National Fuel | • Permitted | • 1-800-365-3234 |
| National Grid (Long Island) | • ***Not Permitted*** | • 1-800-930-5003 |
| National Grid (NYC/ Brooklyn Union Gas) | • ***Not Permitted*** | • 1-718-643-4050 |
| National Grid (Niagara Mohawk – NIMO) | • ***Not Permitted*** | • 1-800-642-4272 |
| NYSEG | • Permitted | • 1-800-572-1111 |
| Orange & Rockland | • Permitted | • 1-877-434-4100 |
| Rochester Gas & Electric | • Permitted | • 1-800-743-2110 |

Return to top

## Utility Confirmation of Supplier Switch - NY

| Are Utilities Required to Send Supplier Switch Confirmation Notices to Customers? |
|---|
| • Yes |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



## Introductory Packet Details by State - NY

| Introductory Packet Contents | Packet is Mailed: |
|---|---|
| • Introductory letter confirming customer's rate plan selection<br>• Customer Disclosure Statement<br>• Service terms and conditions  (TOS)<br>• NY Consumer Bill of Rights (NYCBR) | • One business day after enrollment |

Return to top

## Utility Switch Fee Policies by Territory- NY

| Utility | Switch Fee for Electric? | Switch Fee for Natural Gas? |
|---|---|---|
| Central Hudson Gas & Electric | • No | • No |
| Con Edison | • No | • No |
| National Fuel | • N/A | • No |
| National Grid (Long Island) | • N/A | • No |
| National Grid (NYC) | • N/A | • No |
| National Grid NIMO (Upstate) | • No | • No |
| NYSEG (NY State Electric & Gas) | • No | • No |
| Orange & Rockland | • No | • No |
| RG&E (Rochester Gas & Electric) | • No | • No |

Return to top

## Natural Gas Unit of Measure - NY

| Utility Territory | Unit of Measure – Natural Gas |
|---|---|
| Central Hudson | • CCF |
| Con Edison | • Therm |
| National Fuel | • CCF |
| National Grid (Long Island) | • Therm |
| National Grid (NYC) | • Therm |
| National Grid (Upstate) | • Therm |
| NYSEG | • Therm |
| Orange & Rockland | • CCF |
| Rochester Gas & Electric | • Therm |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



## Fixed Rate Renewal Notice Requirements - NY

| Renewal Notice required | # Renewal Notice Sent | Notification Timeframe(s) | Rate Required in Letter |
|---|---|---|---|
| • Yes | • One | • 30 – 60 days before end of fixed term. | • Yes, current variable rate if customer does **not** renew |

Return to top

## Early Termination Fee Caps by State - NY

| State | ETF Cap Policy |
|---|---|
| New York | • ETF may **not** exceed a total of **$100** on terms with **12 months or less** remaining on contract<br>• ETF may **not** exceed a total of **$200** on terms with **more than 24 months** remaining on contract |

Return to top

## New Enrollment and Re-enrollment Timeframes – NY

| Utility Territory | New Enrollment Takes Effect: |
|---|---|
| Con Edison | **Electric:**<br>• If meter read date is **5 or more business** days from **today**, NAP will **not** appear on the **next bill**, but **will** appear on the **_following bill_**. If meter read date is **4 or less business** days from **today**, NAP will appear **_two bills from the next bill_**<br>**Gas:**<br>• If enrollment request is made **10 or more** business days **before** the **1ˢᵗ** of the month, NAP will **not** appear on the **next bill**, but **will** appear on the **_following bill_**.<br>• If enrollment request is made **9 or less** business **before** the **1ˢᵗ** of the month, NAP will appear **_two bills from the next bill_** |
| Central Hudson | **Electric:**<br>• If meter read date is **5 or more business** days from **today**, NAP will **not** appear on the **next bill**, but **will** appear on the **_following bill_**.<br>• If meter read date is **4 or less business** days from **today**, NAP will appear **_two bills from the next bill_**<br>**Gas:**<br>• If enrollment request is made **10 or more** business days **before** the **1ˢᵗ** of the month, NAP will **not** appear on the **next bill**, but **will** appear on the **_following bill_**.<br>• If enrollment request is made **9 or less** business **before** the **1ˢᵗ** of the month, NAP will appear **_two bills from the next bill_** |
| National Fuel | • If meter read date is **10 or more** business days from **today**, NAP will **not** appear on the **next bill**, but **will** appear on the **_following bill_**.<br>• If meter read date is **9 or less** business days from **today**, NAP will appear **_two bills from the next bill_** |
| National Grid (Long Island) | • If enrollment request is made **10 or more** business days **before** the **1ˢᵗ** of the month, NAP will **not** appear on the **next bill**, but **will** appear on the **_following bill_**.<br>• If enrollment request is made **9 or less** business **before** the **1ˢᵗ** of the month, NAP will appear **_two bills from the next bill_**. |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



| New Enrollment and Re-enrollment Timeframes – NY - (con't) | |
|---|---|
| **Utility Territory** | |
| National Grid (NYC) Metro | • If enrollment request is made ***10 or more*** business days ***before*** the ***1ˢᵗ*** of the month, NAP will ***not*** appear on the ***next bill***, but ***will*** appear on the ***following bill***.<br>• If enrollment request is made ***9 or less*** business ***before*** the ***1ˢᵗ*** of the month, NAP will appear ***two bills from the next bill***. |
| National Grid NIMO (Upstate) | ***Electric***<br>• If meter read date is ***5 or more business*** days from ***today***, NAP will ***not*** appear on the ***next bill***, but ***will*** appear on the ***following bill***.<br>• If meter read date is ***4 or less business*** calendar days from ***today***, NAP will appear ***two bills from the next bill***<br>***Gas***<br>• If enrollment request is made ***10 or more*** business days ***before*** the ***1ˢᵗ*** of the month, NAP will ***not*** appear on the ***next bill***, but ***will*** appear on the ***following bill***.<br>• If enrollment request is made ***9 or less*** business ***before*** the ***1ˢᵗ*** of the month, NAP will appear ***two bills from the next bill***. |
| NYSEG | ***Electric:***<br>• If meter read date is ***5 or more business*** days from ***today***, NAP will ***not*** appear on the ***next bill***, but ***will*** appear on the ***following bill***.<br>If meter read date is ***4 or less business*** calendar days from ***today***, NAP will appear ***two bills from the next bill***<br>***Gas:***<br>• If meter read date is ***10 or more*** business days from ***today***, NAP will ***not*** appear on the ***next bill***, but ***will*** appear on the ***following bill***.<br>• If meter read date is ***9 or less*** business days from ***today***, NAP will appear ***two bills from the next bill*** |
| Orange & Rockland | ***Electric:***<br>• If meter read date is ***5 or more business*** days from ***today***, NAP will ***not*** appear on the ***next bill***, but ***will*** appear on the ***following bill***.<br>• If meter read date is ***4 or less business*** calendar days from ***today***, NAP will appear ***two bills from the next bill***<br>***Gas:***<br>• If enrollment request is made ***10 or more*** business days ***before*** the ***1ˢᵗ*** of the month, NAP will ***not*** appear on the ***next bill***, but ***will*** appear on the ***following bill***.<br>• If enrollment request is made ***9 or less*** business ***before*** the ***1ˢᵗ*** of the month, NAP will appear ***two bills from the next bill***. |
| Rochester Gas & Electric (RG&E) | ***Electric:***<br>• If meter read date is ***5 or more business*** days from ***today***, NAP will ***not*** appear on the ***next bill***, but ***will*** appear on the ***following bill***.<br>• If meter read date is ***4 or less business*** calendar days from ***today***, NAP will appear ***two bills from the next bill***<br>***Gas:***<br>• If meter read date is ***10 or more*** business days from ***today***, NAP will ***not*** appear on the ***next bill***, but ***will*** appear on the ***following bill***.<br>• If meter read date is ***9 or less*** business days from ***today***, NAP will appear ***two bills from the next bill*** |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



| Rejection Code | Rejection Reason | What Does it Mean? | Applicable Utilities | Workable/Non-Workable? | Steps To Resolve |
|---|---|---|---|---|---|
| **Utility Rejection Codes and Resolution Steps - NY** | | | | | |
| A13 | • Inactive customer service | • TBD | • ConEd | • Non-workable | • Customer must contact the utility.<br>  ○ Refer to Directory for utility contact information |
| A13 | • Firm Account | • Customer has a block on the account which prevents him/her from switching suppliers. | • ConEd | • Workable - Customer Service | • Advise customer to contact utility to un-block account<br>• As applicable, offer to conference the customer with the utility<br>  ○ Refer to Utility Transfer Numbers and 3-Way Calling Policies for more details<br>• Once account is un-blocked, enrollment can be re-submitted using Processing a Re-enrollment in IP |
| A13 | • Account not active | • Account number is inactive | • O&R | • Non-workable | • N/A |
| A13 | • Commodity type incorrect | • Customer class on enrollment request does not match customer class on associated account | • NIMO | • Non-workable | • N/A |
| A13 | • Does not match dunns | • The enrollment request was sent to the wrong utility | • NIMO | • Workable - Customer Service | • Warm transfer the customer to the Enrollments Department to process an enrollment with the correct utility information<br>  ○ Refer to **North American Power – Enrollments** in Directory for number |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



## Utility Rejection Codes and Resolution Steps (con't)

| Rejection Code | Rejection Reason | What Does it Mean? | Applicable Utilities | Workable/Non-Workable? | Steps To Resolve |
|---|---|---|---|---|---|
| A76 | • Account number | • Account number is invalid | • ConEd<br>• O&R<br>• National Grid | • Workable - Customer Service | • Obtain correct Account Number and update **IP** using Updating LDC/Name Key Information in IP<br>  ○ Also see Utility Billing Protocol by Territory as needed<br>• Re-submit enrollment using Processing a Re-enrollment in IP |
| A76 | • PoD ID | • POD ID is invalid | • NYSEG<br>• RG&E | • Workable - Customer Service | • Obtain correct POD ID and update **IP** using Updating LDC/Name Key Information in IP<br>  ○ Also see Utility Billing Protocol by Territory as needed<br>• Re-submit enrollment using Processing a Re-enrollment in IP |
| ABN | • Duplicate | • Account already enrolled with NAP | • CHE<br>• ConEd<br>• NFG<br>• Nat Grid<br>• NIMO<br>• NYSEG<br>• O&R<br>• RG&E | • Non-workable | • N/A |
| A91 | • Service not offered at this location | • There is no gas and/or electricity at the associated service location | • CHE<br>• ConEd<br>• NFG<br>• Nat Grid<br>• NIMO<br>• NYSEG<br>• O&R<br>• RG&E | • Non-workable | • N/A |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



| | NEW YORK (con't) | | | | |
|---|---|---|---|---|---|
| **Rejection Code** | **Rejection Reason** | **What Does it Mean?** | **Applicable Utilities** | **Workable/Non-Workable?** | **Steps To Resolve** |
| CAB | • Blocked enrollment | • Customer has a block on the account which prevents him/her from switching suppliers. | • CHE<br>• ConEd<br>• NFG<br>• Nat Grid<br>• NIMO<br>• NYSEG<br>• O&R<br>• RG&E | • Workable - Customer Service | • Advise customer to contact utility to un-block account<br>• As applicable, offer to conference the customer with the utility<br>   o Refer to Utility Transfer Numbers and 3-Way Calling Policies for more details<br>• Once account is un-blocked, enrollment can be re-submitted using Processing a Re-enrollment in IP |
| NFI | • Not first in | • Customer has a pending enrollment with another supplier. | • CHE<br>• ConEd<br>• NFG<br>• Nat Grid<br>• NIMO<br>• NYSEG<br>• O&R<br>• RG&E | • Workable - Operations | • Enrollment will automatically be resubmitted within 30 days<br>   o If rejected *again*, new enrollment will be required via Processing a Re-enrollment in IP |

Return to top

| Cancellation Timeframes - NY | |
|---|---|
| **Utility Territory** | **Cancellation Takes Effect:** |
| Con Edison | *Electric:*<br>• If meter read date is **6 or more** calendar days from **today**, NAP will **no longer** appear on the **next bill**<br>• If meter read date is **5 or less** calendar days, NAP will continue to appear on the next bill, but **no longer** appear on the **following bill**<br>*Gas:*<br>• If drop request made **by** the **15th** of the current month, NAP will continue to appear on the next bill, but will **no longer** appear on the **following bill**<br>• If drop request made **after** the **15th** of the current month, NAP will continue to appear on the next bill and following bill, but will **not** appear on **subsequent bills** |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



| Cancellation Timeframes – NY – (con't) | |
|---|---|
| **Utility Territory** | **Cancellation Takes Effect:** |
| Central Hudson | ***Electric:***<br>• If meter read date is ***6 or more*** calendar days from ***today***, NAP will ***no longer*** appear on the _next bill_<br>• If meter read date is ***5 or less*** calendar days, NAP will continue to appear on the next bill, but ***no longer*** appear on the _following bill_<br>***Gas:***<br>• If drop request made ***by*** the ***15th*** of the current month, NAP will continue to appear on the next bill, but will ***no longer*** appear on the _following bill_<br>• If drop request made ***after*** the ***15th*** of the current month, NAP will  continue to appear on the next bill and following bill, but will ***not*** appear on _subsequent bills_ |
| National Fuel | • If meter read date is ***16 or more*** calendar days from ***today***, NAP will continue to appear on the next bill, but will ***no longer*** appear on the _following bill_<br>• If meter read date is ***15 or less*** calendar days from ***today***, NAP will continue to appear on the next and following bill, but will ***not*** appear on _subsequent bills_ |
| National Grid (Long Island) | • If meter read date is ***16 or more*** calendar days from ***today***, NAP will continue to appear on the next bill, but will ***no longer*** appear on the _following bill_<br>• If meter read date is ***15 or less*** calendar days from ***today***, NAP will continue to appear on the next and following bill, but will ***not*** appear on _subsequent bills_ |
| National Grid (NYC) | • If meter read date is ***16 or more*** calendar days from ***today***, NAP will continue to appear on the next bill, but will ***no longer*** appear on the _following bill_<br>• If meter read date is ***15 or less*** calendar days from ***today***, NAP will continue to appear on the next and following bill, but will ***not*** appear on _subsequent bills_. |
| National Grid NIMO (Upstate) | ***Electric***<br>• If meter read date is ***6 or more*** calendar days from ***today***, NAP will continue to appear on the next bill, but will ***no longer*** appear on the _following bill_<br>• If meter read date is ***5 or less*** calendar days, NAP will continue to appear on the next and following bill, but will ***not*** appear on _subsequent bills_<br>***Gas***<br>• If meter read date is ***16 or more*** calendar days from ***today***, NAP will continue to appear on the next bill, but will ***no longer*** appear on the _following bill_<br>• If meter read date is ***15 or less*** calendar days from ***today***, NAP will continue to appear on the next and following bill, but will ***not*** appear on _subsequent bills_. |

_Return to top_

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG

Last Updated 03/09/16 SN

NAPG-Clar-000120



| Cancellation Timeframes – NY – (con't) | |
|---|---|
| **Utility Territory** | **Cancellation Takes Effect:** |
| NYSEG | ***Electric***<br>• If meter read date is ***6 or more*** calendar days from ***today***, NAP will continue to appear on the next bill, but will ***no longer*** appear on the ***following bill***<br>• If meter read date is ***5 or less*** calendar days, NAP will continue to appear on the next and following bill, but will ***not*** appear on ***subsequent bills***.<br>***Gas***<br>• If meter read date is ***16 or more*** calendar days from ***today***, NAP will continue to appear on the next bill, but will ***no longer*** appear on the ***following bill***<br>• If meter read date is ***15 or less*** calendar days from ***today***, NAP will continue to appear on the next and following bill, but will ***not*** appear on ***subsequent bills***. |
| Orange & Rockland | ***Electric:***<br>• If meter read date is ***6 or more*** calendar days from ***today***, NAP will continue to appear on the next bill, but will ***no longer*** appear on the ***following bill***<br>• If meter read date is ***5 or less*** calendar days, NAP will continue to appear on the next and following bill, but will ***not*** appear on ***subsequent bills***.<br>***Gas:***<br>• If meter read date is ***16 or more*** calendar days from ***today***, NAP will continue to appear on the next bill, but will ***no longer*** appear on the ***following bill***<br>• If meter read date is ***15 or less*** calendar days from ***today***, NAP will continue to appear on the next and following bill, but will ***not*** appear on ***subsequent bills*** |
| Rochester Gas & Electric (RG&E) | ***Electric***<br>• If meter read date is ***6 or more*** calendar days from ***today***, NAP will continue to appear on the next bill, but will ***no longer*** appear on the ***following bill***<br>• If meter read date is ***5 or less*** calendar days, NAP will continue to appear on the next and following bill, but will ***not*** appear on ***subsequent bills***<br>***Gas***<br>• If meter read date is ***16 or more*** calendar days from ***today***, NAP will continue to appear on the next bill, but will ***no longer*** appear on the ***following bill***<br>• If meter read date is ***15 or less*** calendar days from ***today***, NAP will continue to appear on the next and following bill, but will ***not*** appear on ***subsequent bills*** |

Return to top

CONFIDENTIAL AND PROPRIETARY:<br>For internal use only. No part of this document may be distributed in any form<br>to anyone outside of NAPG without the express written permission of NAPG

Last Updated 03/09/16 SN

NAPG-Clar-000121



# New York Inbound Sales Call Flow

**Purpose:** To provide a list of required steps for reps taking inbound sales calls from NY customers

- Also see Contact Handling Requirements

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Greeting | Obtain Number | Prequalify Customer | Assume/Ask for Sale | Explain Roles | Explain Cancel Process | Perform TPV | Close Call |
| Offer to Assist | Obtain Zip | Explain Business | Overcome Objections | Advise_Disclsrs Sent | Provide Disclosures | Probe Questions | |
| Obtain Name | Identify Utility | Explain Plans/Pricing | Close Sale | Explain Promo | Prepare for TPV | Provide Svc # | |

| Step | Action | Required Actions | Suggested Verbiage |
|---|---|---|---|
| 1 | Greeting | • Identify NAP using the ***full name*** of the company, i.e., ***North American Power.***<br>• Identify yourself using, at a minimum, your ***first name.*** | • ***"North American Power, this is*** [your name]. |
| 2 | Offer to Assist | • Determine nature of call.<br>  o If customer is a ***sales prospect***, proceed to step 3<br>  o If customer is ***not*** a sales prospect, transfer to the appropriate department unless otherwise directed.<br>    ▪ Refer to **North American Power** listings in Directory as needed. | • ***"How can I help you today?"***<br>• ***"What questions can I answer for you about North American Power?"*** |
| 3 | Obtain Customer's Name | • Ask customer for his/her name | • ***"May I have your name, please?"*** |
| 4 | Obtain Customer's Call-back Number | • Ask customer for his/her number you can call him/her back in the event the call is disconnected | • ***"May I have your phone number so I can call you back in the event we're disconnected?"*** |
| 5 | Obtain Service Zip Code | • Ask customer for his/her zip code so you can check the offerings available in his/her area | • ***"May I have your zip code so I can check to see what offers we currently have available in your area?"*** |
| 6 | Identify/Confirm Customer's Utility | • Confirm/determine customer's utility company. | • ***"Are you a*** [utility name] ***customer?"***<br>• ***"Can you tell me what utility company provides your*** [gas/electricity]***?"*** |
| 7 | Prequalify Customer | • Determine whether customer is authorized to make decisions regarding his/her energy account, i.e., utility account holder or that person's spouse | • ***"Is your name on the*** [gas/electric] ***account?"***<br>  o If not:<br>    ▪ ***"May I have the account holder's name, please?"***<br>    ▪ ***"And your relationship to*** [him/her]***?"*** |

Return to top
***Continued***

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG

Last Updated 06/01/15 KG

NAPG-Clar-000122



| Step | Action | Required Actions | Suggested Verbiage |
|------|--------|------------------|--------------------|
| 8 | Explain Nature of NAP's Business | • **As applicable**, explain energy choice and the nature of NAP's business<br>• As applicable, offer to take the customer through his/her utility bill and point out where choosing a supplier could make a difference | • For example:<br>  ○ *"**North American Power is a licensed** [gas/electric] **supplier for** [customer's utility company]**. As their customer, you're entitled to choose the company that supplies the** [gas/electric] **that** [customer's utility company] **delivers to you. By choosing an energy supplier like North American Power, you give yourself the ability to better manage your energy costs.** "*<br><br>• Add as applicable:<br>  ○ ***Do you have your*** [utility company] ***bill handy? I'll be happy walk you through it and show you where North American Power could make a difference."*** |
| 9 | Explain Rate Plans and Pricing | • Explain rate plans, pricing, and applicable promotion based on current sales strategy.<br>• Advise customer that **offer availability** is **subject to change**<br>  ○ Applies to **all** variable and fixed-rate plans.<br>• Advise customer that NAP prices do **not** include tax, distribution service charges or any utility fees or charges. | • *"**I just need to advise you that the availability of the prices I just quoted you are subject to change, and they do not include additional tax, utility distribution service charges, or any other utility fees or charges."*** |
| 10 | Assume/Ask for the Sale | • Do **not** wait for the customer to make a decision; assume/ask for the sale. | • For example:<br>  ○ ***"All I need is a little information and I can get you started!"*** |
| 11 | Overcome Objections | • If the customer objects or appears reluctant to commit:<br>  ○ **Probe** for a reason, if appropriate.<br>  ○ **Listen** to what the customer says and acknowledge his/her concerns. | • For example:<br>  ○ ***"I can tell you're feeling hesitant. What concerns do you have?"*** |
| 12 | Close the Sale | • Enthusiastically reinforce customer's purchase decision.<br>• Gather customer and account information as required on the enrollment form<br>• Refer to Utility Billing Protocol by Territory as needed | • *"**You made an excellent choice! I don't think you'll be disappointed."*** |

Return to top
**Continued**

CONFIDENTIAL AND PROPRIETARY:
For internal use only. No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG

Last Updated 06/01/15 KG

NAPG-Clar-000123



| Step | Action | Required Actions | For Example |
|------|--------|------------------|-------------|
| 13 | Explain Roles | • Advise customer that North American Power does **not** represent the utility company<br>• Advise customer that his/her utility company will continue to:<br>  o Read the meter<br>  o Deliver energy<br>  o Handle emergencies<br>  o Send the bill<br>• Explain the **only** difference will be that on the bill:<br>  o NAP will appear under the supply section.<br>  o NAP's price for supply will be reflected. | • *"Now, keep in mind that with this program,* [utility company] *will still read your meter, deliver your energy, handle emergencies and bill you as always. The only difference you will notice is that North American Power's name will appear under the supply section of the bill, along with your new* [fixed/variable] *supply rate."* |
| 14 | Advise When Disclosures will be Sent | • Advise customer Introductory Packet will be sent once the enrollment request is processed.<br>  o Refer to Introductory Packet Contents by State as needed<br>• Advise customer the following will be included in the Welcome Packet:<br>  o TOS<br>  o Customer Disclosure Statement (CDS)<br>  o NY ESCO Consumer's Bill of Rights (ECBR)<br>• Advise customer the ECBR can also be accessed on the PSC website and NAP Website<br>  o For PSC website, refer to **NY State Public Service Commission (PSC)** listing in Directory | • *"Once your enrollment request is processed, we will mail you an introductory letter that will include your terms of service, NY Customer Disclosure Statement and The NY Energy Services Company Consumers Bill of Rights. The NY Energy Services Company Consumers Bill of Rights can also be accessed on the NY Public Service Commission's website, as well as North American Power's website."* |
| 15 | Explain Promotion Process | • As applicable, explain the promotion customer is eligible for including:<br>  o Details regarding any steps the customer is required to take in order to receive the promotion<br>  o When customer can expect to receive the promotion | • *For example:*<br>  o *"In order to receive the Welcome Bonus, you'll need to go online to napower.com, scroll to the bottom and click on the link to access the Welcome Bonus Request Form. After you receive your first* [utility company] *bill showing North American Power as your new supplier, send in the completed request form along with a copy of your* [utility company] *bill showing North American Power as your new supplier, and you'll receive your Visa prepaid card within 20 days."* |

Return to top
**Continued**

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG

Last Updated 06/01/15 KG

NAPG-Clar-000124



| Step | Action | Required Actions | For Example |
|------|--------|------------------|-------------|
| 16 | Explain Right of Rescission/Cancellation Process | • Using <u>Right of Rescission Details by State</u> advise customer:<br>  o Rescission timeframe<br>  o How to cancel<br><br>• Explain to customer how to cancel **after** the rescission timeframe | • *"You will have 3 business days from the time you receive the terms of service to cancel your switch to North American Power without penalty by calling North American Power to rescind the switch.  That way you have a chance to look over the information before the service starts. After the rescission period, if you decide to cancel your contract with North American Power, please contact us by phone at 888-313-9086 or email at <u>customercare@napower.com</u>"* |
| 17 | Provide Applicable Rate-Plan Disclosures | • If customer selected a **fixed-rate** plan, explain/disclose:<br>  o Fixed price and applicable unit of measure<br>    ▪ Refer to <u>Units of Measure by Territory</u> as needed<br>  o Term length in bill cycles<br>  o Service start time<br>    ▪ Refer to <u>New Enrollment and Re-enrollment Timeframes by Utility Territory</u> as needed<br>  o Renewal notice timeframe<br>  o Terms of early termination fee, including:<br>    ▪ Amount of fee<br>    ▪ Period of time for which the fee will be charged<br><br>• If customer selected a GSP plan, explain/ disclose:<br>  o Length of time promo rate is applicable<br>  o Variable component and savings period<br>  o Savings end date with emphasis on the fact that customer **must** remain on the plan for the duration in order to save<br>  o Can cancel at any time | • If customer is signing up for a fixed-rate plan:<br>  o *"Your price for* [gas/electricity] **will be a fixed price of** *[*rate] **per** [unit of measure] **which is valid for** [term length] **bill cycles. You will see North American Power on your bill** [applicable timeframe]**. Within 30 – 60 days of the end of your term you will receive a notice from us advising you of your renewal options. There are no fees to enroll in this program, but there is an early termination fee of $10.00 per month for each month remaining in your initial term…."*<br>    ▪ Add as applicable *"not to exceed $100."*<br>• If customer is signing up for a GSP plan:<br>  o *"Your rate of* [rate] *is guaranteed for the 1st month and then will continue on a variable rate that may be above or below the utility rate for the {Month} Guaranteed Savings term. If you remain with us for the Guaranteed Savings period, you are guaranteed to pay less than what you would have paid if you remained with the* [Utility]'s *standard service rate for the* [term length] *term."* |

<u>Return to top</u>
**Continued**

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG



| Step | Action | Required Actions | For Example |
|------|--------|------------------|-------------|
| 18 | Prepare Customer for TPV | • Thoroughly explain the TPV process, including:<br>   o  Purpose of TPV<br>   o  Must provide clear "yes" or "no" answers<br>   o  No questions may be asked during the TPV process.<br>• For additional information, refer to:<br>   o  Guidelines for Preparing a Customer for Third Party Verification (TPV) | • *"For your protection as well as ours, we'll need to complete a brief verification. I will conference you in with an automated system to confirm this agreement.  The entire process will take a couple of minutes. You will be asked to confirm several pieces of information.   Please respond with a clear "yes" or "no" answer. You will not be able to ask any questions during the verification, so if you have any, please ask them now or hold them for me until the end of the verification as I will not be able to assist you during the verification.  After the verification is finished, please stay on the line."* |
| 19 | Perform TPV |    o  Refer to **Trusted TPV** listing in Directory | • N/A |
| 20 | Probe for Questions | • Ask customer if he/she has any final questions and answer as appropriate. | • *"Any final questions for me before we hang up?"* |
| 21 | Provide Customer Service Number | • Provide customer with NAP Customer Care number.<br>   o  Refer to **North American Power - Customer Care** listing in Directory | • *"If you have questions or concerns, you can call Customer Care any time at 1-888-313-9086."* |
| 22 | Close Call | • Thank customer for choosing NAP.<br>• Close call. | • *"Thank you so much for choosing North American Power! Goodbye!"* |

Return to top

CONFIDENTIAL AND PROPRIETARY:
For internal use only.  No part of this document may be distributed in any form
to anyone outside of NAPG without the express written permission of NAPG

Last Updated 06/01/15 KG

NAPG-Clar-000126