# Exhibit N



**Central Hudson**
A FORTIS COMPANY
284 SOUTH AVENUE
POUGHKEEPSIE NY 12601-4839
www.CentralHudson.com

Redacted

**Redacted**
Page 1 of 3

**Questions About Your Bill?** See the reverse side for explanations. For further help call a Customer Service Representative at 845-452-2700 or 1-800-527-2714. Our phone lines are busiest Monday and Tuesday mornings. We can better respond to your call if you avoid these times.

### Your Bill Summary at a Glance

|  | CENTRAL HUDSON | NORTH AMERICAN P |
|---|---|---|
| Previous Charges | $949.10 | $1,101.75 |
| Payments | $-308.42 | $-357.70 |
| Current Charges | $181.61 | $425.36 |
| Billing Adjustments | $12.82 | $16.53 |
| Account Totals | $835.11 | $1,185.94 |
| **Total Amount Due Now** |  | $2,021.05 |
| Current Billing Period |  | Nov 14,2014 - Jan 15,2015 |
| Late Charges Added After |  | Feb 17,2015 |
| Next Scheduled Reading Date |  | Mar 20,2015 |

|  | This Year | Last Year |
|---|---|---|
| Electric Usage | 2446 kWh | 2692 kWh |
| Heating Degree Days | 1968 | 2034 |

Please pay $616.97 upon receipt of this bill. This is the amount due now to maintain your current payment agreement.

### Payments and Adjustments - CENTRAL HUDSON Service

| LATE PAYMENT CHARGE | DEC 18 | $14.23 |
|---|---|---|
| PAYMENT RECEIVED BY PHONE | JAN 9 | $-152.79 |
| PAYMENT RECEIVED BY PHONE | JAN 14 | $-155.63 |
| CUSTOMER CREDIT-CONSOLIDATED BILL | JAN 21 | $-1.41 |

### Payments and Adjustments - Electric Supplier: NORTH AMERICAN POWER & GAS L

| LATE PAYMENT CHARGE | DEC 18 | $16.53 |
|---|---|---|
| PAYMENT RECEIVED BY PHONE | JAN 9 | $-177.21 |
| PAYMENT RECEIVED BY PHONE | JAN 14 | $-180.49 |

---

Please Return This Stub And Make Checks Payable to Central Hudson

**DIRECT PAY AUTHORIZATION AGREEMENT:**
To Enroll (_) or Cancel (_) Participation in Direct Pay

Sign Here: _____

**SELECT PAYMENT DATE:**
(_) 10 days (_) 15 days after bill date or (_) bill due date.
I authorize Central Hudson to set up auto pay for future bills from my bank account used for this payment. I'll continue to pay my bill until it reads "This Amount Will be Deducted From Your Bank Account". Please Add $____ to each bill payment for the Good Neighbor Fund

**Account Number** — Redacted
**Please Pay In Accordance With The Terms Of Your Payment Agreement** — $2,021.05

**Payment Amount** — $ _____

To contribute to the Good Neighbor Fund add a whole dollar amount, $1 to $10.

Central Hudson Gas & Electric Corporation
284 South Avenue
Poughkeepsie NY 12601-4839

EDWIN W MARSH
HELEN MARSH
Redacted
POUGHKEEPSIE NY 12601-6005

Check Below if New Address and/or email address

Redacted



Redacted

Page 2 of 3

## Message Center

Did You Know?  WE OFFER MANY CONVENIENT & FREE OPTIONS SO YOU CAN PAY YOUR UTILITY BILL AUTOMATICALLY FROM YOUR BANK ACCOUNT, INCLUDING ON-LINE BILLING.  NO CHECK FEES! NO LATE FEES! NO POSTAGE! NO WORRY!! VISIT OUR WEBSITE AT WWW.CHENERGYGROUP TO LEARN MORE, OR CALL US AT 1-800-527-2714.

## Electric CH Delivery Redacted  Rate E115 NON HEATING

Electric Delivery Charges 2446 kWh at a cost of $181.61
Average Daily Cost for Delivery $2.9292
**Amount of Electricity Delivered**

| | | | |
|---|---|---|---|
| Jan 15,2015 | Present Reading (act.) | | 66762 |
| Nov 14,2014 | Previous Reading(act.) | | 64316 |
| | **Electricity Delivered(kWh)** | | **2446** |
| | Cost for Electricity Delivered | (for  2.0 months) | |
| | Basic Service Charge | 2.0 Mos @  24.00 | 48.00 |
| | Delivery Svc Chg | 2446 kWh @  0.04963 | 121.39 |
| | MFC Admin Chg | 2446 kWh @  0.00183 | 4.48 |
| | Transition Adj | 2446 kWh @  0.00017 | 0.42 |
| | SBC/RPS Chgs | 2446 kWh @  0.00850 | 20.79 |
| | Purch. Power Adj | 2446 kWh @ -0.00004 | -0.10 |
| | Misc. Charges | 2446 kWh @ -0.00650 | -15.90 |
| | NYS Assessment | 2446 kWh @  0.00210 | 5.14 |
| | RDM Chg | 2446 kWh @ -0.00283 | -6.92 |
| | NYS & Local Taxes and Surcharges | | 4.31 |
| | **Total Electricity Delivery Charges** | | **$181.61** |

## Electric Supplier Info - RATE C001

ELECTRIC SUPPLY ACCOUNT NO:
**YOUR ELECTRIC SUPPLIER IS  NORTH AMERICAN POWER & GAS LLC**
20 GLOVER AVENUE , NORWALK , CT 68510000
For electric supply pricing information, call  203-939-1155
**Cost for Electricity Supply**

| | | | |
|---|---|---|---|
| Jan 15,2015 | Electric Supply Chg | 2446 KWH @  0.17390 | $425.36 |
| Nov 14,2014 | | | |
| | **Total Electricity Supply Charges** | | **$425.36** |

## Consolidated Bill Message

THIS CONSOLIDATED BILL COMBINES OUR CHARGES FOR ENERGY DELIVERY AND MARKETER CHARGES FOR ENERGY SUPPLY.  YOU MAKE ONLY ONE PAYMENT TO CENTRAL HUDSON FOR THE FULL AMOUNT DUE & WE'LL DISTRIBUTE THE FUNDS. CALL US AT 1-800-527-2714 FOR ELECTRIC/GAS SERVICE, OR FOR QUESTIONS REGARDING THIS BILL.



Redacted
Page 3 of 3

### Graph (black bars = actual)





**Central Hudson**
A FORTIS COMPANY
284 SOUTH AVENUE
POUGHKEEPSIE NY 12601-4839
www.CentralHudson.com

Redacted

Page 1 of 3

**Questions About Your Bill?** See the reverse side for explanations. For further help call a Customer Service Representative at 845-452-2700 or 1-800-527-2714. Our phone lines are busiest Monday and Tuesday mornings. We can better respond to your call if you avoid these times.

Your Bill Summary at a Glance

|  | CENTRAL HUDSON | NORTH AMERICAN P |
|---|---|---|
| Previous Charges | $992.30 | $986.97 |
| Payments | $-213.20 | $-186.80 |
| Current Charges | $159.72 | $289.58 |
| Billing Adjustments | $10.28 | $12.00 |
| Account Totals | $949.10 | $1,101.75 |
| **Total Amount Due Now** | | $2,050.85 |
| Current Billing Period | | Sep 17,2014 - Nov 14,2014 |
| Late Charges Added After | | Dec 15,2014 |
| Next Scheduled Reading Date | | Jan 21,2015 |
| | This Year | Last Year |
| Electric Usage | 1811 kWh | 1930 kWh |
| Heating Degree Days | 633 | 741 |

**Payments and Adjustments - CENTRAL HUDSON Service**

| PAYMENT RECEIVED BY PHONE | OCT 16 | $-139.25 |
| PAYMENT RECEIVED BY PHONE | NOV 5 | $-73.95 |
| LATE PAYMENT CHARGE | NOV 17 | $11.69 |
| CUSTOMER CREDIT-CONSOLIDATED BILL | NOV 19 | $-1.41 |

**Payments and Adjustments - Electric Supplier: NORTH AMERICAN POWER & GAS L**

| PAYMENT RECEIVED BY PHONE | OCT 16 | $-110.75 |
| PAYMENT RECEIVED BY PHONE | NOV 5 | $-76.05 |
| LATE PAYMENT CHARGE | NOV 17 | $12.00 |

---

Please Return This Stub And Make Checks Payable to Central Hudson

**DIRECT PAY AUTHORIZATION AGREEMENT:**
To Enroll (_) or Cancel (_) Participation in Direct Pay

Sign Here: _____
**SELECT PAYMENT DATE:**
(_) 10 days (_) 15 days after bill date or (_) bill due date.
I authorize Central Hudson to set up auto pay for future bills from my bank account used for this payment. I'll continue to pay my bill until it reads "This Amount Will be Deducted From Your Bank Account". Please Add $____ to each bill payment for the Good Neighbor Fund

**Account Number** — Redacted
**Amount Due Now** — $2,050.85
**Late Charges Added After** — DECEMBER 15,2014

**Payment Amount** — $ _____

To contribute to the Good Neighbor Fund add a whole dollar amount, $1 to $10.

Central Hudson Gas & Electric Corporation
284 South Avenue
Poughkeepsie NY 12601-4839

EDWIN W MARSH
HELEN MARSH
Redacted
POUGHKEEPSIE NY 12601-6005

Check Below if New Address and/or email address



Redacted

## Message Center

Did You Know ?   WE OFFER MANY CONVENIENT & FREE OPTIONS SO YOU CAN PAY YOUR
                UTILITY BILL AUTOMATICALLY FROM YOUR BANK ACCOUNT, INCLUDING
                ON-LINE BILLING.  NO CHECK FEES! NO LATE FEES! NO POSTAGE!
                NO WORRY!! VISIT OUR WEBSITE AT WWW.CHENERGYGROUP TO LEARN
                MORE, OR CALL US AT 1-800-527-2714.

## Electric CH Delivery Met Redacted Rate E115 NON HEATING

```
            Electric Delivery Charges 1811 kWh at a cost of $159.72
                Average Daily Cost for Delivery $2.7538
            Amount of Electricity Delivered
Nov 14,2014     Present Reading (act.)                              64316
Sep 17,2014     Previous Reading(act.)                              62505
                Electricity Delivered(kWh)                           1811
            Cost for Electricity Delivered    (for  2.0 months)
                Basic Service Charge      2.0 Mos @    24.00        48.00
                Delivery Svc Chg         1811 kWh @   0.04963       89.88
                MFC Admin Chg            1811 kWh @   0.00183        3.31
                Transition Adj           1811 kWh @   0.00017        0.31
                SBC/RPS Chgs             1811 kWh @   0.00846       15.32
                Purch. Power Adj         1811 kWh @  -0.00004       -0.07
                Misc. Charges            1811 kWh @   0.00045        0.81
                NYS Assessment           1811 kWh @   0.00210        3.80
                RDM Chg                  1811 kWh @  -0.00283       -5.13
                NYS & Local Taxes and Surcharges                     3.49
                Total Electricity Delivery Charges                $159.72
```

## Electric Supplier Info - RATE C001

```
                ELECTRIC SUPPLY ACCOUNT NO:
                YOUR ELECTRIC SUPPLIER IS  NORTH AMERICAN POWER & GAS LLC
                20 GLOVER AVENUE , NORWALK , CT 68510000
                For electric supply pricing information, call  203-939-1155
                Cost for Electricity Supply
Nov 14,2014     Electric Supply Chg       1811 KWH @   0.15990     $289.58
Sep 17,2014
                Total Electricity Supply Charges                   $289.58
```

## Consolidated Bill Message

                THIS CONSOLIDATED BILL COMBINES OUR CHARGES FOR ENERGY
                DELIVERY AND MARKETER CHARGES FOR ENERGY SUPPLY.  YOU MAKE
                ONLY ONE PAYMENT TO CENTRAL HUDSON FOR THE FULL AMOUNT DUE &
                WE'LL DISTRIBUTE THE FUNDS. CALL US AT 1-800-527-2714 FOR
                ELECTRIC/GAS SERVICE, OR FOR QUESTIONS REGARDING THIS BILL.



Redacted

Graph (black bars = actual)





**Central Hudson**
A FORTIS COMPANY
284 SOUTH AVENUE
POUGHKEEPSIE NY 12601-4839
www.CentralHudson.com

Redacted

**Questions About Your Bill?** See the reverse side for explanations. For further help call a Customer Service Representative at 845-452-2700 or 1-800-527-2714. Our phone lines are busiest Monday and Tuesday mornings. We can better respond to your call if you avoid these times.

Redacted

### Your Bill Summary at a Glance

|  | CENTRAL HUDSON | NORTH AMERICAN P |
|---|---|---|
| Previous Charges | $825.13 | $651.77 |
| Payments | $-12.83 | $-7.17 |
| Current Charges | $181.41 | $342.37 |
| Billing Adjustments | $-1.41 | $0.00 |
| Account Totals | $992.30 | $986.97 |
| **Total Amount Due Now** |  | **$1,979.27** |
| Current Billing Period |  | Jul 17,2014 - Sep 17,2014 |
| Late Charges Added After |  | Oct 14,2014 |
| Next Scheduled Reading Date |  | Nov 17,2014 |
|  | This Year | Last Year |
| Electric Usage | 2284 kWh | 2791 kWh |
| Heating Degree Days | 54 | 73 |

Please pay $533.78 upon receipt of this bill. This is the amount due now to maintain your current payment agreement.

### Payments and Adjustments - CENTRAL HUDSON Service

| | | |
|---|---|---|
| PAYMENT RECEIVED BY PHONE | JUL 31 | $-7.25 |
| PAYMENT RECEIVED BY PHONE | AUG 25 | $-5.58 |
| CUSTOMER CREDIT-CONSOLIDATED BILL | SEP 19 | $-1.41 |

### Payments and Adjustments - Electric Supplier: NORTH AMERICAN POWER & GAS L

| | | |
|---|---|---|
| PAYMENT RECEIVED BY PHONE | JUL 31 | $-2.75 |
| PAYMENT RECEIVED BY PHONE | AUG 25 | $-4.42 |

---

Please Return This Stub And Make Checks Payable to Central Hudson

**DIRECT PAY AUTHORIZATION AGREEMENT:**
To Enroll (_) or Cancel (_) Participation in Direct Pay

Sign Here: _____
**SELECT PAYMENT DATE:**
(_) 10 days (_) 15 days after bill date or (_) bill due date.
I authorize Central Hudson to set up auto pay for future bills from my bank account used for this payment. I'll continue to pay my bill until it reads "This Amount Will be Deducted From Your Bank Account". Please Add $____ to each bill payment for the Good Neighbor Fund

**Account Number**  Redacted
**Please Pay In Accordance With The**  $1,979.27
**Terms Of Your Payment Agreement**

**Payment Amount**  $ _____

To contribute to the Good Neighbor Fund
add a whole dollar amount, $1 to $10.

Central Hudson Gas & Electric Corporation
284 South Avenue
Poughkeepsie NY  12601-4839

EDWIN W MARSH
Redacted
POUGHKEEPSIE NY 12601-6005

Redacted

Check Below if New Address and/or email address

CONFIDENTIAL                                                                                                           MARSH000007



Redacted

### Message Center

Did You Know ?   WE OFFER MANY CONVENIENT & FREE OPTIONS SO YOU CAN PAY YOUR
                 UTILITY BILL AUTOMATICALLY FROM YOUR BANK ACCOUNT, INCLUDING
                 ON-LINE BILLING.  NO CHECK FEES! NO LATE FEES! NO POSTAGE!
                 NO WORRY!! VISIT OUR WEBSITE AT WWW.CHENERGYGROUP TO LEARN
                 MORE, OR CALL US AT 1-800-527-2714.

### Electric CH Delivery Mete Redacted Rate E115 NON HEATING

```
             Electric Delivery Charges 2284 kWh at a cost of $181.41
             Average Daily Cost for Delivery $2.9260
             Amount of Electricity Delivered
Sep 17,2014  Present Reading (act.)                                    62505
Jul 17,2014  Previous Reading(act.)                                    60221
             Electricity Delivered(kWh)                                 2284
          Cost for Electricity Delivered     (for   2.0 months)
             Basic Service Charge       2.0 Mos @       24.00          48.00
             Delivery Svc Chg          2284 kWh @      0.04963         113.35
             MFC Admin Chg             2284 kWh @      0.00183           4.18
             Transition Adj            2284 kWh @      0.00017           0.39
             SBC/RPS Chgs              2284 kWh @      0.00801          18.29
             Purch. Power Adj          2284 kWh @     -0.00194          -4.43
             Misc. Charges             2284 kWh @     -0.00035          -0.80
             NYS Assessment            2284 kWh @      0.00210           4.80
             RDM Chg                   2284 kWh @     -0.00283          -6.46
             NYS & Local Taxes and Surcharges                            4.09
             Total Electricity Delivery Charges                       $181.41
```

### Electric Supplier Info - RATE C001

```
             ELECTRIC SUPPLY ACCOUNT NO:
             YOUR ELECTRIC SUPPLIER IS  NORTH AMERICAN POWER & GAS LLC
             20 GLOVER AVENUE , NORWALK , CT 68510000
             For electric supply pricing information, call  203-939-1155
             Cost for Electricity Supply
Sep 17,2014  Electric Supply Chg       2284 KWH @     0.14990         $342.37
Jul 17,2014
             Total Electricity Supply Charges                         $342.37
```

### Consolidated Bill Message

             THIS CONSOLIDATED BILL COMBINES OUR CHARGES FOR ENERGY
             DELIVERY AND MARKETER CHARGES FOR ENERGY SUPPLY.  YOU MAKE
             ONLY ONE PAYMENT TO CENTRAL HUDSON FOR THE FULL AMOUNT DUE &
             WE'LL DISTRIBUTE THE FUNDS. CALL US AT 1-800-527-2714 FOR
             ELECTRIC/GAS SERVICE, OR FOR QUESTIONS REGARDING THIS BILL.



**Central Hudson**
A FORTIS COMPANY
284 SOUTH AVENUE
POUGHKEEPSIE NY 12601-4839

www.CentralHudson.com

Redacted

**Questions About Your Bill?** See the reverse side for explanations. For further help call a Customer Service Representative at 845-452-2700 or 1-800-527-2714. Our phone lines are busiest Monday and Tuesday mornings. We can better respond to your call if you avoid these times.

Redacted

### Your Bill Summary at a Glance

|  | CENTRAL HUDSON | NORTH AMERICAN P |
|---|---|---|
| Previous Charges | $607.65 | $229.91 |
| Payments | $0.00 | $0.00 |
| Current Charges | $200.53 | $414.91 |
| Billing Adjustments | $16.95 | $6.95 |
| Account Totals | $825.13 | $651.77 |
| **Total Amount Due Now** |  | $1,476.90 |
| Current Billing Period |  | May 19,2014 - Jul 17,2014 |
| Late Charges Added After |  | Aug 14,2014 |
| Next Scheduled Reading Date |  | Sep 18,2014 |
|  | This Year | Last Year |
| Electric Usage | 2636 kWh | 2641 kWh |
| Heating Degree Days | 49 | 93 |

### Payments and Adjustments - CENTRAL HUDSON Service

| LATE PAYMENT CHARGE | JUN 19 | $9.11 |
| LATE PAYMENT CHARGE | JUL 21 | $9.25 |
| CUSTOMER CREDIT-CONSOLIDATED BILL | JUL 21 | $-1.41 |

### Payments and Adjustments - Electric Supplier: NORTH AMERICAN POWER & GAS L

| LATE PAYMENT CHARGE | JUN 19 | $3.45 |
| LATE PAYMENT CHARGE | JUL 21 | $3.50 |

---

Please Return This Stub And Make Checks Payable to Central Hudson

**DIRECT PAY AUTHORIZATION AGREEMENT:**
To Enroll (_) or Cancel (_) Participation in Direct Pay

Sign Here: _____
**SELECT PAYMENT DATE:**
(_) 10 days (_) 15 days after bill date or (_) bill due date.
I authorize Central Hudson to set up auto pay for future bills from my bank account used for this payment. I'll continue to pay my bill until it reads "This Amount Will be Deducted From Your Bank Account". Please Add $____ to each bill payment for the Good Neighbor Fund

**Account Number**          Redacted
**Amount Due Now**          $1,476.90
**Late Charges Added After**   AUGUST 14,2014

**Payment Amount**          $ _____

To contribute to the Good Neighbor Fund add a whole dollar amount, $1 to $10.

*Central Hudson Gas & Electric Corporation*
284 South Avenue
Poughkeepsie NY 12601-4839

EDWIN W MARSH
HELEN MARSH
Redacted
POUGHKEEPSIE NY 12601-6005

Check Below if New Address and/or email address

Redacted

CONFIDENTIAL                                          MARSH000009



Redacted

## Message Center

Did You Know ?   WE OFFER MANY CONVENIENT & FREE OPTIONS SO YOU CAN PAY YOUR
                 UTILITY BILL AUTOMATICALLY FROM YOUR BANK ACCOUNT, INCLUDING
                 ON-LINE BILLING.  NO CHECK FEES! NO LATE FEES! NO POSTAGE!
                 NO WORRY!! VISIT OUR WEBSITE AT WWW.CHENERGYGROUP TO LEARN
                 MORE, OR CALL US AT 1-800-527-2714.

## Electric CH Delivery Meter Redacted Rate E115 NON HEATING

```
            Electric Delivery Charges 2636 kWh at a cost of $200.53
                Average Daily Cost for Delivery $3.3988
            Amount of Electricity Delivered
Jul 17,2014     Present Reading (act.)                              60221
May 19,2014     Previous Reading(act.)                              57585
                Electricity Delivered(kWh)                           2636
            Cost for Electricity Delivered    (for  2.0 months)
                Basic Service Charge     2.0 Mos @     24.00        48.00
                Delivery Svc Chg         2636 kWh @    0.04963     130.82
                MFC Admin Chg            2636 kWh @    0.00183       4.82
                Transition Adj           2636 kWh @    0.00015       0.40
                SBC/RPS Chgs             2636 kWh @    0.00801      21.11
                Purch. Power Adj         2636 kWh @   -0.00169      -4.45
                Misc. Charges            2636 kWh @   -0.00198      -5.22
                NYS Assessment           2636 kWh @    0.00210       5.54
                RDM Chg                  2636 kWh @   -0.00193      -5.09
                NYS & Local Taxes and Surcharges                     4.60
                Total Electricity Delivery Charges               $200.53
```

## Electric Supplier Info - RATE C001

```
                ELECTRIC SUPPLY ACCOUNT NO:
                YOUR ELECTRIC SUPPLIER IS  NORTH AMERICAN POWER & GAS LLC
                20 GLOVER AVENUE , NORWALK , CT 68510000
                For electric supply pricing information, call  203-939-1155
                Cost for Electricity Supply
Jul 17,2014     Electric Supply Chg        2636 KWH @   0.15740     $414.91
May 19,2014
                Total Electricity Supply Charges                    $414.91
```

## Consolidated Bill Message

                 THIS CONSOLIDATED BILL COMBINES OUR CHARGES FOR ENERGY
                 DELIVERY AND MARKETER CHARGES FOR ENERGY SUPPLY.  YOU MAKE
                 ONLY ONE PAYMENT TO CENTRAL HUDSON FOR THE FULL AMOUNT DUE &
                 WE'LL DISTRIBUTE THE FUNDS. CALL US AT 1-800-527-2714 FOR
                 ELECTRIC/GAS SERVICE, OR FOR QUESTIONS REGARDING THIS BILL.



**Central Hudson**
A FORTIS COMPANY
284 SOUTH AVENUE
POUGHKEEPSIE NY 12601-4839
www.CentralHudson.com

Redacted

Redacted

**Questions About Your Bill?** See the reverse side for explanations. For further help call a Customer Service Representative at 845-452-2700 or 1-800-527-2714. Our phone lines are busiest Monday and Tuesday mornings. We can better respond to your call if you avoid these times.

Redacted

### Your Bill Summary at a Glance

|  | CENTRAL HUDSON | NORTH AMERICAN P |
|---|---|---|
| Previous Charges | $1,058.20 | $168.46 |
| Payments | $-634.05 | $-65.95 |
| Current Charges | $150.21 | $123.29 |
| Billing Adjustments | $33.29 | $4.11 |
| Account Totals | $607.65 | $229.91 |
| **Total Amount Due Now** |  | **$837.56** |
| Current Billing Period |  | Mar 18,2014 - May 19,2014 |
| Late Charges Added After |  | Jun 16,2014 |
| Next Scheduled Reading Date |  | Jul 21,2014 |

|  | This Year | Last Year |
|---|---|---|
| Electric Usage | 1700 kWh | 1520 kWh |
| Heating Degree Days | 933 | 960 |

### Payments and Adjustments - CENTRAL HUDSON Service

| | | |
|---|---|---|
| PAYMENT RECEIVED BY PHONE | MAR 31 | $-200.00 |
| PAYMENT RECEIVED BY PHONE | APR 8 | $-500.00 |
| PAYMENT RECEIVED BY PHONE | APR 11 | $-150.00 |
| RETURNED CHECK FEE | APR 15 | $20.00 |
| RETURNED CHECK OR RETURNED PAYMENT | APR 15 | $500.00 |
| LATE PAYMENT CHARGE | APR 21 | $10.92 |
| PAYMENT RECEIVED BY PAYMENT AGENT | APR 21 | $-162.40 |
| REVERSAL OF LATE PAYMENT CHARGE | APR 22 | $-3.00 |
| PAYMENT RECEIVED BY PAYMENT AGENT | APR 25 | $-121.65 |
| LATE PAYMENT CHARGE | MAY 20 | $6.78 |
| CUSTOMER CREDIT-CONSOLIDATED BILL | MAY 21 | $-1.41 |

### Payments and Adjustments - Electric Supplier: NORTH AMERICAN POWER & GAS L

| | | |
|---|---|---|
| LATE PAYMENT CHARGE | APR 21 | $2.53 |
| PAYMENT RECEIVED BY PAYMENT AGENT | APR 21 | $-37.60 |
| PAYMENT RECEIVED BY PAYMENT AGENT | APR 25 | $-28.35 |
| LATE PAYMENT CHARGE | MAY 20 | $1.58 |

---

Please Return This Stub And Make Checks Payable to Central Hudson

**DIRECT PAY AUTHORIZATION AGREEMENT:**
To Enroll (_) or Cancel (_) Participation in Direct Pay

Sign Here: _____
**SELECT PAYMENT DATE:**
(_) 10 days (_) 15 days after bill date or (_) bill due date.
I authorize Central Hudson to set up auto pay for future bills from my bank account used for this payment. I'll continue to pay my bill until it reads "This Amount Will be Deducted From Your Bank Account". Please Add $____ to each bill payment for the Good Neighbor Fund

| | |
|---|---|
| **Account Number** | Redacted |
| **Amount Due Now** | $837.56 |
| **Late Charges Added After** | JUNE 16, 2014 |
| **Payment Amount** | $ _____ |

To contribute to the Good Neighbor Fund add a whole dollar amount, $1 to $10.

Central Hudson Gas & Electric Corporation
284 South Avenue
Poughkeepsie NY 12601-4839

EDWIN W MARSH
HELEN MARSH
Redacted
POUGHKEEPSIE NY 12601-6005

Check Below if New Address and/or email address

Redacted



Redacted

## Message Center

Did You Know ?   WE OFFER MANY CONVENIENT & FREE OPTIONS SO YOU CAN PAY YOUR
                 UTILITY BILL AUTOMATICALLY FROM YOUR BANK ACCOUNT, INCLUDING
                 ON-LINE BILLING.  NO CHECK FEES! NO LATE FEES! NO POSTAGE!
                 NO WORRY!! VISIT OUR WEBSITE AT WWW.CHENERGYGROUP TO LEARN
                 MORE, OR CALL US AT 1-800-527-2714.

## Electric CH Delivery Meter Redacted    Rate E115 NON HEATING

            Electric Delivery Charges 1700 kWh at a cost of $150.21
                  Average Daily Cost for Delivery $2.4227
            Amount of Electricity Delivered
May 19,2014       Present Reading (act.)                                57585
Mar 18,2014       Previous Reading(act.)                                55885
                  Electricity Delivered(kWh)                             1700
            Cost for Electricity Delivered   (for  2.0 months)
                  Basic Service Charge      2.0 Mos @    24.00          48.00
                  Delivery Svc Chg         1700 kWh @   0.04963          84.37
                  MFC Admin Chg            1700 kWh @   0.00183           3.11
                  Transition Adj           1700 kWh @   0.00014           0.24
                  SBC/RPS Chgs             1700 kWh @   0.00771          13.11
                  Purch. Power Adj         1700 kWh @  -0.00186          -3.16
                  Misc. Charges            1700 kWh @  -0.00122          -2.07
                  NYS Assessment           1700 kWh @   0.00382           6.49
                  RDM Chg                  1700 kWh @  -0.00193          -3.28
                  NYS & Local Taxes and Surcharges                        3.40
                  Total Electricity Delivery Charges                  $150.21

## Electric Supplier Info - RATE C038

                  ELECTRIC SUPPLY ACCOUNT NO:
                  YOUR ELECTRIC SUPPLIER IS  NORTH AMERICAN POWER & GAS LLC
                  20 GLOVER AVENUE , NORWALK , CT 68510000
                  For electric supply pricing information, call  203-939-1155
                  Cost for Electricity Supply
May 19,2014       Electric Supply Chg      1700 KWH @   0.06990         $118.83
Mar 18,2014       Sales Tax                          @   3.750%            4.46
                  Total Electricity Supply Charges                     $123.29

## Consolidated Bill Message

                  THIS CONSOLIDATED BILL COMBINES OUR CHARGES FOR ENERGY
                  DELIVERY AND MARKETER CHARGES FOR ENERGY SUPPLY.  YOU MAKE
                  ONLY ONE PAYMENT TO CENTRAL HUDSON FOR THE FULL AMOUNT DUE &
                  WE'LL DISTRIBUTE THE FUNDS. CALL US AT 1-800-527-2714 FOR
                  ELECTRIC/GAS SERVICE, OR FOR QUESTIONS REGARDING THIS BILL.



**284 SOUTH AVENUE**
**POUGHKEEPSIE NY 12601-4839**

Redacted

**Questions About Your Bill?** See the reverse side for explanations. For further help call a Customer Service Representative at 845-452-2700 or 1-800-527-2714. Our phone lines are busiest Monday and Tuesday mornings. We can better respond to your call if you avoid these times.

Your Bill Summary at a Glance

|  | CENTRAL HUDSON | NORTH AMERICAN P |
|---|---|---|
| Previous Charges | $855.54 | $0.00 |
| Payments | $0.00 | $0.00 |
| Current Charges | $178.21 | $168.46 |
| Billing Adjustments | $24.45 | $0.00 |
| Account Totals | $1,058.20 | $168.46 |
| **Total Amount Due Now** | | **$1,226.66** |
| Current Billing Period | | Jan 17,2014 - Mar 18,2014 |
| Late Charges Added After | | Apr 15,2014 |
| Next Scheduled Reading Date | | May 20,2014 |
|  | This Year | Last Year |
| Electric Usage | 2410 kWh | 1696 kWh |
| Heating Degree Days | 2396 | 2017 |

Account Number:
7151-1380-06-6
Service For:
EDWIN W MARSH
HELEN MARSH
33 MONROE DR
POUGHKEEPSIE NY
12601-6005

**Payments and Adjustments - CENTRAL HUDSON Service**

| LATE PAYMENT CHARGE | FEB 20 | $12.83 |
| LATE PAYMENT CHARGE | MAR 20 | $13.03 |
| CUSTOMER CREDIT-CONSOLIDATED BILL | MAR 24 | $-1.41 |

---

Please Return This Stub And Make Checks Payable to Central Hudson

**Account Number**          Redacted
**Amount Due Now**          $1,226.66
**Late Charges Added After**  APRIL 15,2014

**Payment Amount**          $ _____

To contribute to the Good Neighbor Fund
add a whole dollar amount, $1 to $10.

*Central Hudson Gas & Electric Corporation*
284 South Avenue
Poughkeepsie NY 12601-4839

EDWIN W MARSH
HELEN MARSH
Redacted
POUGHKEEPSIE NY 12601-6005

Check Below if New Address
and/or email address

Redacted

CONFIDENTIAL                                                          MARSH000013

Redacted



## Message Center

Did You Know ?   WE OFFER MANY CONVENIENT & FREE OPTIONS SO YOU CAN PAY YOUR
                 UTILITY BILL AUTOMATICALLY FROM YOUR BANK ACCOUNT, INCLUDING
                 ON-LINE BILLING.  NO CHECK FEES! NO LATE FEES! NO POSTAGE!
                 NO WORRY!! VISIT OUR WEBSITE AT WWW.CHENERGYGROUP TO LEARN
                 MORE, OR CALL US AT 1-800-527-2714.

## Electric CH Delivery Mete Redacted    ate E115 NON HEATING

                 Electric Delivery Charges 2410 kWh at a cost of $178.21
                        Average Daily Cost for Delivery $2.9702
                 Amount of Electricity Delivered
Mar 18,2014      Present Reading (act.)                                55885
Jan 17,2014      Previous Reading(corr.)                               53475
                 Electricity Delivered(kWh)                             2410
                 Cost for Electricity Delivered     (for  2.0 months)
                        Basic Service Charge     2.0 Mos @    24.00    48.00
                        Delivery Svc Chg        2410 kWh @   0.04963  119.61
                        MFC Admin Chg           2410 kWh @   0.00183    4.41
                        Transition Adj          2410 kWh @   0.00014    0.34
                        SBC/RPS Chgs            2410 kWh @   0.00771   18.58
                        Misc. Charges           2410 kWh @  -0.00883  -21.28
                        NYS Assessment          2410 kWh @   0.00382    9.21
                        RDM Chg                 2410 kWh @  -0.00193   -4.65
                        NYS & Local Taxes and Surcharges                3.99
                        Total Electricity Delivery Charges           $178.21

## Electric Supplier Info - RATE C038

                 ELECTRIC SUPPLY ACCOUNT NO:
                 **YOUR ELECTRIC SUPPLIER IS  NORTH AMERICAN POWER & GAS LLC**
                 20 GLOVER AVENUE , NORWALK , CT 68510000
                 For electric supply pricing information, call  203-939-1155
                 Cost for Electricity Supply
Mar 18,2014      Electric Supply Chg       2410 KWH @   0.06990     $168.46
Jan 17,2014
                 Total Electricity Supply Charges                   $168.46

## Consolidated Bill Message

                 THIS CONSOLIDATED BILL COMBINES OUR CHARGES FOR ENERGY
                 DELIVERY AND MARKETER CHARGES FOR ENERGY SUPPLY.  YOU MAKE
                 ONLY ONE PAYMENT TO CENTRAL HUDSON FOR THE FULL AMOUNT DUE &
                 WE'LL DISTRIBUTE THE FUNDS. CALL US AT 1-800-527-2714 FOR
                 ELECTRIC/GAS SERVICE, OR FOR QUESTIONS REGARDING THIS BILL.

## Graph (black bars = actual)

YOUR RECENT ELECTRIC USAGE

