# Exhibit 1

| Month | | NAP Variable | Utility Rate | COGS | COGS-BP | COGS Swap | Mod. COGS | 1% Margin | 2% Margin | 3% Margin | 1% Margin | 5% Margin | Utility rate less COGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **National Grid** (aka Niagara Mohawk Zone F) | | | | | | | | | | | | | |
| December | 2012 | $0.0699 | $0.0714 | $0.0648 | $0.0648 | $0.0632 | $0.0632 | $0.0638 | $0.0644 | $0.0651 | $0.0657 | $0.0663 | $0.0066 |
| January | 2013 | $0.0699 | $0.0733 | $0.0630 | $0.0617 | $0.0615 | $0.0602 | $0.0608 | $0.0614 | $0.0620 | $0.0626 | $0.0632 | $0.0103 |
| February | 2013 | $0.0699 | $0.0879 | $0.0626 | $0.0613 | $0.0611 | $0.0596 | $0.0602 | $0.0608 | $0.0614 | $0.0620 | $0.0626 | $0.0253 |
| March | 2013 | $0.0699 | $0.0658 | $0.0558 | $0.0545 | $0.0547 | $0.0533 | $0.0538 | $0.0543 | $0.0548 | $0.0554 | $0.0559 | $0.0100 |
| April | 2013 | $0.0799 | $0.0543 | $0.0578 | $0.0565 | $0.0567 | $0.0553 | $0.0558 | $0.0564 | $0.0569 | $0.0575 | $0.0581 | ($0.0035) |
| May | 2013 | $0.0799 | $0.0599 | $0.0741 | $0.0728 | $0.0731 | $0.0716 | $0.0723 | $0.0730 | $0.0738 | $0.0745 | $0.0752 | ($0.0142) |
| June | 2013 | $0.0899 | $0.0774 | $0.0783 | $0.0770 | $0.0769 | $0.0755 | $0.0763 | $0.0770 | $0.0778 | $0.0785 | $0.0793 | ($0.0009) |
| July | 2013 | $0.0990 | $0.0711 | $0.0746 | $0.0733 | $0.0727 | $0.0713 | $0.0720 | $0.0727 | $0.0734 | $0.0742 | $0.0749 | ($0.0035) |
| August | 2013 | $0.0999 | $0.0678 | $0.0769 | $0.0756 | $0.0750 | $0.0736 | $0.0743 | $0.0751 | $0.0758 | $0.0765 | $0.0773 | ($0.0091) |
| September | 2013 | $0.0899 | $0.0588 | $0.0690 | $0.0679 | $0.0678 | $0.0666 | $0.0672 | $0.0679 | $0.0686 | $0.0692 | $0.0699 | ($0.0102) |
| October | 2013 | $0.0899 | $0.0619 | $0.0688 | $0.0677 | $0.0677 | $0.0666 | $0.0672 | $0.0679 | $0.0686 | $0.0692 | $0.0699 | ($0.0069) |
| November | 2013 | $0.0899 | $0.0553 | $0.0609 | $0.0598 | $0.0597 | $0.0585 | $0.0591 | $0.0597 | $0.0603 | $0.0609 | $0.0615 | ($0.0056) |
| December | 2013 | $0.0899 | $0.0807 | $0.0660 | $0.0649 | $0.0646 | $0.0634 | $0.0641 | $0.0647 | $0.0653 | $0.0660 | $0.0666 | $0.0147 |
| January | 2014 | $0.1599 | $0.1252 | $0.0782 | $0.0771 | $0.0765 | $0.0754 | $0.0761 | $0.0769 | $0.0776 | $0.0784 | $0.0791 | $0.0470 |
| February | 2014 | $0.1599 | $0.1914 | $0.0961 | $0.0948 | $0.0940 | $0.0926 | $0.0935 | $0.0944 | $0.0954 | $0.0963 | $0.0972 | $0.0953 |
| March | 2014 | $0.1499 | $0.1141 | $0.0865 | $0.0852 | $0.0846 | $0.0832 | $0.0841 | $0.0849 | $0.0857 | $0.0866 | $0.0874 | $0.0276 |
| April | 2014 | $0.1599 | $0.0640 | $0.0785 | $0.0772 | $0.0769 | $0.0755 | $0.0763 | $0.0770 | $0.0778 | $0.0785 | $0.0793 | ($0.0145) |
| May | 2014 | $0.1599 | $0.0696 | $0.0792 | $0.0779 | $0.0781 | $0.0767 | $0.0774 | $0.0782 | $0.0790 | $0.0797 | $0.0805 | ($0.0096) |
| June | 2014 | $0.1599 | $0.0771 | $0.0838 | $0.0825 | $0.0830 | $0.0817 | $0.0825 | $0.0833 | $0.0841 | $0.0849 | $0.0857 | ($0.0067) |
| July | 2014 | $0.1599 | $0.0814 | $0.0827 | $0.0814 | $0.0818 | $0.0804 | $0.0812 | $0.0820 | $0.0828 | $0.0836 | $0.0844 | ($0.0013) |
| August | 2014 | $0.1399 | $0.0600 | $0.0835 | $0.0824 | $0.0827 | $0.0815 | $0.0823 | $0.0831 | $0.0839 | $0.0847 | $0.0856 | ($0.0235) |
| September | 2014 | $0.1399 | $0.0600 | $0.0752 | $0.0741 | $0.0745 | $0.0733 | $0.0741 | $0.0748 | $0.0755 | $0.0763 | $0.0770 | ($0.0152) |
| October | 2014 | $0.1499 | $0.0589 | $0.0801 | $0.0790 | $0.0794 | $0.0782 | $0.0790 | $0.0798 | $0.0806 | $0.0814 | $0.0821 | ($0.0212) |
| November | 2014 | $0.1499 | $0.0570 | $0.0707 | $0.0696 | $0.0700 | $0.0688 | $0.0695 | $0.0702 | $0.0709 | $0.0716 | $0.0723 | ($0.0137) |
| December | 2014 | $0.1699 | $0.0859 | $0.0891 | $0.0880 | $0.0881 | $0.0869 | $0.0877 | $0.0886 | $0.0895 | $0.0904 | $0.0912 | ($0.0032) |
| January | 2015 | $0.1699 | $0.1006 | $0.1013 | $0.1000 | $0.1003 | $0.0989 | $0.0999 | $0.1009 | $0.1019 | $0.1029 | $0.1039 | ($0.0007) |
| February | 2015 | $0.1599 | $0.0974 | $0.1012 | $0.0999 | $0.1002 | $0.0988 | $0.0998 | $0.1007 | $0.1017 | $0.1027 | $0.1037 | ($0.0038) |
| March | 2015 | $0.1499 | $0.0765 | $0.0940 | $0.0927 | $0.0931 | $0.0917 | $0.0926 | $0.0936 | $0.0945 | $0.0954 | $0.0963 | ($0.0176) |
| April | 2015 | $0.1399 | $0.0384 | $0.0907 | $0.0894 | $0.0899 | $0.0885 | $0.0893 | $0.0902 | $0.0911 | $0.0920 | $0.0929 | ($0.0523) |

| | | |
|---|---|---|
| With the exception of the farthest right column, these values are reproduced from Exhibit A of Dr. Felder's Report. | Max  Feb-14 | $0.0953 |
| "COGS" is an acronym used by Dr. Felder to describe NAPG's "cost of goods sold", or its cost for purchasing commodity. | Min  Apr-15 | ($0.0523) |
| "COGS-BP" is intended by Dr. Felder to show NAPG's COGS less the fee paid to BP for purchasing commodity. | | |
| "COGS Swap" is intended by Dr. Felder to show NAPG's COGS without the purchase of its Swap and Scheduling Hedge. | | |
| "MOD COGS" is intended by Dr. Felder to show NAPG's COGS without both the BP fee and Swap and Scheduling Hedge. | | |
| (See  Dkt. 52-1, pp. 15-16) | | |

| Month | | NAP Variable | Utility Rate | COGS | COGS-BP | COGS Swap | Mod. COGS | 1% Margin | 2% Margin | 3% Margin | 1% Margin | 5% Margin | Utility rate less COGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **New York State Elecric & Gas** (aka New York Electric) | | | | | | | | | | | | | |
| December | 2012 | $0.0699 | $0.0696 | $0.0589 | $0.0589 | $0.0575 | $0.0575 | $0.0580 | $0.0586 | $0.0592 | $0.0597 | $0.0603 | $0.0107 |
| January | 2013 | $0.0699 | $0.0737 | $0.0598 | $0.0585 | $0.0584 | $0.0571 | $0.0576 | $0.0582 | $0.0588 | $0.0593 | $0.0599 | $0.0139 |
| February | 2013 | $0.0699 | $0.0805 | $0.0597 | $0.0584 | $0.0583 | $0.0568 | $0.0574 | $0.0580 | $0.0585 | $0.0591 | $0.0597 | $0.0208 |
| March | 2013 | $0.0699 | $0.0473 | $0.0567 | $0.0554 | $0.0556 | $0.0542 | $0.0547 | $0.0553 | $0.0558 | $0.0563 | $0.0569 | ($0.0094) |
| April | 2013 | $0.0599 | $0.0870 | $0.0598 | $0.0585 | $0.0587 | $0.0573 | $0.0579 | $0.0584 | $0.0590 | $0.0596 | $0.0602 | $0.0272 |
| May | 2013 | $0.0799 | $0.0979 | $0.0771 | $0.0758 | $0.0760 | $0.0746 | $0.0753 | $0.0761 | $0.0768 | $0.0776 | $0.0783 | $0.0208 |
| June | 2013 | $0.0899 | $0.0677 | $0.0796 | $0.0783 | $0.0782 | $0.0768 | $0.0776 | $0.0784 | $0.0791 | $0.0799 | $0.0807 | ($0.0119) |
| July | 2013 | $0.0999 | $0.0656 | $0.0760 | $0.0747 | $0.0741 | $0.0727 | $0.0735 | $0.0742 | $0.0749 | $0.0756 | $0.0764 | ($0.0104) |
| August | 2013 | $0.0999 | $0.0727 | $0.0773 | $0.0760 | $0.0754 | $0.0741 | $0.0748 | $0.0755 | $0.0763 | $0.0770 | $0.0778 | ($0.0046) |
| September | 2013 | $0.0899 | $0.0553 | $0.0703 | $0.0692 | $0.0690 | $0.0678 | $0.0685 | $0.0692 | $0.0699 | $0.0705 | $0.0712 | ($0.0150) |
| October | 2013 | $0.0899 | $0.0430 | $0.0699 | $0.0688 | $0.0688 | $0.0676 | $0.0683 | $0.0690 | $0.0696 | $0.0703 | $0.0710 | ($0.0269) |
| November | 2013 | $0.0899 | $0.0718 | $0.0599 | $0.0588 | $0.0588 | $0.0576 | $0.0581 | $0.0587 | $0.0593 | $0.0599 | $0.0604 | $0.0119 |
| December | 2013 | $0.0919 | $0.0718 | $0.0648 | $0.0637 | $0.0634 | $0.0622 | $0.0629 | $0.0635 | $0.0641 | $0.0647 | $0.0653 | $0.0071 |
| January | 2014 | $0.1599 | $0.0993 | $0.0757 | $0.0746 | $0.0741 | $0.0729 | $0.0736 | $0.0743 | $0.0751 | $0.0758 | $0.0765 | $0.0236 |
| February | 2014 | $0.1599 | $0.0836 | $0.0912 | $0.0899 | $0.0893 | $0.0879 | $0.0888 | $0.0896 | $0.0905 | $0.0914 | $0.0923 | ($0.0076) |
| March | 2014 | $0.1499 | $0.0971 | $0.0814 | $0.0801 | $0.0797 | $0.0783 | $0.0791 | $0.0799 | $0.0807 | $0.0815 | $0.0822 | $0.0157 |
| April | 2014 | $0.1599 | $0.1544 | $0.0768 | $0.0755 | $0.0753 | $0.0739 | $0.0746 | $0.0754 | $0.0761 | $0.0768 | $0.0776 | $0.0776 |
| May | 2014 | $0.1599 | $0.1659 | $0.0848 | $0.0835 | $0.0837 | $0.0824 | $0.0832 | $0.0840 | $0.0848 | $0.0856 | $0.0865 | $0.0811 |
| June | 2014 | $0.1599 | $0.1038 | $0.0882 | $0.0869 | $0.0875 | $0.0861 | $0.0870 | $0.0878 | $0.0887 | $0.0895 | $0.0904 | $0.0156 |
| July | 2014 | $0.1499 | $0.0747 | $0.0869 | $0.0856 | $0.0861 | $0.0847 | $0.0855 | $0.0864 | $0.0872 | $0.0881 | $0.0889 | ($0.0122) |
| August | 2014 | $0.1499 | $0.0766 | $0.0881 | $0.0870 | $0.0873 | $0.0861 | $0.0870 | $0.0878 | $0.0887 | $0.0895 | $0.0904 | ($0.0115) |
| September | 2014 | $0.1499 | $0.0696 | $0.0812 | $0.0801 | $0.0806 | $0.0794 | $0.0802 | $0.0810 | $0.0818 | $0.0826 | $0.0833 | ($0.0116) |
| October | 2014 | $0.1499 | $0.0679 | $0.0837 | $0.0826 | $0.0830 | $0.0818 | $0.0826 | $0.0834 | $0.0843 | $0.0851 | $0.0859 | ($0.0158) |
| November | 2014 | $0.1499 | $0.0769 | $0.0729 | $0.0718 | $0.0722 | $0.0711 | $0.0718 | $0.0725 | $0.0732 | $0.0739 | $0.0746 | $0.0040 |
| December | 2014 | $0.1799 | $0.0849 | $0.0867 | $0.0856 | $0.0858 | $0.0846 | $0.0854 | $0.0863 | $0.0871 | $0.0880 | $0.0888 | ($0.0018) |
| January | 2015 | $0.1799 | $0.1254 | $0.0953 | $0.0940 | $0.0944 | $0.0930 | $0.0939 | $0.0948 | $0.0958 | $0.0967 | $0.0976 | $0.0301 |
| February | 2015 | $0.1799 | $0.1092 | $0.0951 | $0.0938 | $0.0941 | $0.0928 | $0.0937 | $0.0946 | $0.0955 | $0.0965 | $0.0974 | $0.0141 |
| March | 2015 | $0.1599 | $0.0744 | $0.0889 | $0.0876 | $0.0880 | $0.0866 | $0.0875 | $0.0884 | $0.0892 | $0.0901 | $0.0910 | ($0.0145) |
| April | 2015 | $0.1499 | $0.0396 | $0.0880 | $0.0867 | $0.0872 | $0.0859 | $0.0867 | $0.0876 | $0.0884 | $0.0893 | $0.0901 | ($0.0484) |
| | | | | | | | | | | | Max | May-14 | $0.0811 |
| | | | | | | | | | | | Min | Apr-15 | ($0.0484) |

| Month | | NAP Variable | Utility Rate | COGS | COGS-BP | COGS Swap | Mod. COGS | 1% Margin | 2% Margin | 3% Margin | 1% Margin | 5% Margin | Utility rate less COGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Orange & Rockland** | | | | | | | | | | | | | |
| November | 2011 | $0.0699 | $0.0937 | $0.0597 | $0.0597 | $0.0577 | $0.0577 | $0.0583 | $0.0589 | $0.0595 | $0.0600 | $0.0606 | $0.0340 |
| December | 2011 | $0.0799 | $0.0696 | $0.0714 | $0.0714 | $0.0699 | $0.0699 | $0.0706 | $0.0713 | $0.0720 | $0.0727 | $0.0734 | ($0.0018) |
| January | 2012 | $0.0799 | $0.0633 | $0.0708 | $0.0708 | $0.0693 | $0.0693 | $0.0700 | $0.0707 | $0.0714 | $0.0721 | $0.0727 | ($0.0075) |
| February | 2012 | $0.0539 | $0.0541 | $0.0509 | $0.0509 | $0.0489 | $0.0489 | $0.0494 | $0.0499 | $0.0504 | $0.0509 | $0.0513 | $0.0031 |
| March | 2012 | $0.0449 | $0.0519 | $0.0434 | $0.0434 | $0.0414 | $0.0413 | $0.0418 | $0.0422 | $0.0426 | $0.0430 | $0.0434 | $0.0085 |
| April | 2012 | $0.0449 | $0.0458 | $0.0385 | $0.0385 | $0.0358 | $0.0358 | $0.0361 | $0.0365 | $0.0368 | $0.0372 | $0.0375 | $0.0073 |
| May | 2012 | $0.0499 | $0.0497 | $0.0363 | $0.0363 | $0.0350 | $0.0349 | $0.0352 | $0.0356 | $0.0359 | $0.0363 | $0.0366 | $0.0134 |
| June | 2012 | $0.0651 | | | | | | | | | | | |
| July | 2012 | $0.0819 | $0.0881 | $0.0721 | $0.0721 | $0.0695 | $0.0694 | $0.0701 | $0.0708 | $0.0715 | $0.0722 | $0.0729 | $0.0161 |
| August | 2012 | $0.0819 | $0.0969 | $0.0681 | $0.0681 | $0.0657 | $0.0656 | $0.0663 | $0.0669 | $0.0676 | $0.0682 | $0.0689 | $0.0287 |
| September | 2012 | $0.0749 | $0.0798 | $0.0535 | $0.0535 | $0.0521 | $0.0521 | $0.0526 | $0.0531 | $0.0536 | $0.0542 | $0.0547 | $0.0263 |
| October | 2012 | $0.0699 | $0.0736 | $0.0541 | $0.0541 | $0.0526 | $0.0525 | $0.0531 | $0.0536 | $0.0541 | $0.0546 | $0.0552 | $0.0195 |
| November | 2012 | $0.0699 | $0.1035 | $0.0547 | $0.0547 | $0.0535 | $0.0534 | $0.0539 | $0.0545 | $0.0550 | $0.0555 | $0.0561 | $0.0488 |
| December | 2012 | $0.0999 | $0.0885 | $0.0701 | $0.0701 | $0.0685 | $0.0684 | $0.0691 | $0.0698 | $0.0705 | $0.0712 | $0.0719 | $0.0183 |
| January | 2013 | $0.0849 | $0.0953 | $0.0699 | $0.0686 | $0.0683 | $0.0669 | $0.0676 | $0.0682 | $0.0689 | $0.0696 | $0.0703 | $0.0253 |
| February | 2013 | $0.0849 | $0.0641 | $0.0708 | $0.0695 | $0.0691 | $0.0677 | $0.0683 | $0.0690 | $0.0697 | $0.0704 | $0.0711 | ($0.0067) |
| March | 2013 | $0.0849 | $0.1098 | $0.0673 | $0.0660 | $0.0659 | $0.0645 | $0.0651 | $0.0657 | $0.0664 | $0.0670 | $0.0677 | $0.0425 |
| April | 2013 | $0.0999 | $0.1009 | $0.0640 | $0.0627 | $0.0629 | $0.0614 | $0.0620 | $0.0627 | $0.0633 | $0.0639 | $0.0645 | $0.0369 |
| May | 2013 | $0.0999 | $0.0849 | $0.0793 | $0.0780 | $0.0781 | $0.0767 | $0.0775 | $0.0782 | $0.0790 | $0.0798 | $0.0805 | $0.0057 |
| June | 2013 | $0.0999 | $0.0856 | $0.0897 | $0.0884 | $0.0879 | $0.0866 | $0.0874 | $0.0883 | $0.0892 | $0.0900 | $0.0909 | ($0.0041) |
| July | 2013 | $0.1099 | $0.0994 | $0.0818 | $0.0805 | $0.0796 | $0.0782 | $0.0790 | $0.0798 | $0.0806 | $0.0814 | $0.0822 | $0.0176 |
| August | 2013 | $0.1099 | $0.0912 | $0.0841 | $0.0828 | $0.0819 | $0.0805 | $0.0813 | $0.0821 | $0.0829 | $0.0838 | $0.0846 | $0.0071 |
| September | 2013 | $0.1162 | $0.1154 | $0.0726 | $0.0715 | $0.0712 | $0.0700 | $0.0707 | $0.0714 | $0.0721 | $0.0728 | $0.0735 | $0.0429 |
| October | 2013 | $0.0678 | $0.0673 | $0.0736 | $0.0725 | $0.0724 | $0.0712 | $0.0719 | $0.0726 | $0.0734 | $0.0741 | $0.0748 | ($0.0064) |
| November | 2013 | $0.0999 | $0.1192 | $0.0657 | $0.0646 | $0.0644 | $0.0632 | $0.0638 | $0.0645 | $0.0651 | $0.0657 | $0.0664 | $0.0534 |
| December | 2013 | $0.1019 | $0.0947 | $0.0742 | $0.0731 | $0.0725 | $0.0714 | $0.0721 | $0.0728 | $0.0735 | $0.0742 | $0.0749 | $0.0206 |
| January | 2014 | $0.1699 | $0.1079 | $0.0912 | $0.0901 | $0.0892 | $0.0880 | $0.0889 | $0.0897 | $0.0906 | $0.0915 | $0.0924 | $0.0167 |
| February | 2014 | $0.1699 | $0.1190 | $0.1175 | $0.1162 | $0.1148 | $0.1134 | $0.1145 | $0.1157 | $0.1168 | $0.1179 | $0.1191 | $0.0015 |
| March | 2014 | $0.1604 | $0.1594 | $0.1005 | $0.0992 | $0.0982 | $0.0969 | $0.0978 | $0.0988 | $0.0998 | $0.1007 | $0.1017 | $0.0589 |
| April | 2014 | $0.1599 | $0.1012 | $0.0827 | $0.0814 | $0.0810 | $0.0796 | $0.0804 | $0.0812 | $0.0820 | $0.0828 | $0.0836 | $0.0184 |
| May | 2014 | $0.1599 | $0.1215 | $0.1017 | $0.1004 | $0.1005 | $0.0991 | $0.1001 | $0.1011 | $0.1021 | $0.1031 | $0.1041 | $0.0198 |
| June | 2014 | $0.1599 | $0.1123 | $0.1052 | $0.1039 | $0.1043 | $0.1029 | $0.1040 | $0.1050 | $0.1060 | $0.1070 | $0.1081 | $0.0071 |
| July | 2014 | $0.1499 | $0.1253 | $0.1052 | $0.1039 | $0.1042 | $0.1028 | $0.1039 | $0.1049 | $0.1059 | $0.1069 | $0.1080 | $0.0202 |
| August | 2014 | $0.1499 | $0.1185 | $0.1070 | $0.1059 | $0.1062 | $0.1050 | $0.1060 | $0.1071 | $0.1081 | $0.1092 | $0.1102 | $0.0115 |
| September | 2014 | $0.1499 | $0.0854 | $0.1037 | $0.1026 | $0.1030 | $0.1018 | $0.1028 | $0.1038 | $0.1049 | $0.1059 | $0.1069 | ($0.0183) |

| Month | | NAP Variable | Utility Rate | COGS | COGS-BP | COGS Swap | Mod. COGS | 1% Margin | 2% Margin | 3% Margin | 1% Margin | 5% Margin | Utility rate less COGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October | 2014 | $0.1699 | $0.1153 | $0.1100 | $0.1089 | $0.1092 | $0.1080 | $0.1091 | $0.1102 | $0.1112 | $0.1123 | $0.1134 | $0.0054 |
| November | 2014 | $0.1699 | $0.1147 | $0.0881 | $0.0870 | $0.0873 | $0.0861 | $0.0870 | $0.0878 | $0.0887 | $0.0896 | $0.0904 | $0.0266 |
| December | 2014 | $0.1899 | $0.1286 | $0.1086 | $0.1075 | $0.1075 | $0.1063 | $0.1073 | $0.1084 | $0.1094 | $0.1105 | $0.1116 | $0.0200 |
| January | 2015 | $0.1899 | $0.1355 | $0.1177 | $0.1164 | $0.1164 | $0.1150 | $0.1162 | $0.1173 | $0.1185 | $0.1196 | $0.1208 | $0.0179 |
| February | 2015 | $0.1899 | $0.0917 | $0.1166 | $0.1153 | $0.1154 | $0.1140 | $0.1151 | $0.1163 | $0.1174 | $0.1185 | $0.1197 | ($0.0249) |
| March | 2015 | $0.1899 | $0.0631 | $0.1058 | $0.1045 | $0.1047 | $0.1033 | $0.1044 | $0.1054 | $0.1064 | $0.1075 | $0.1085 | ($0.0427) |
| April | 2015 | $0.1699 | $0.1496 | $0.0992 | $0.0979 | $0.0983 | $0.0970 | $0.0979 | $0.0989 | $0.0999 | $0.1008 | $0.1018 | $0.0504 |
| | | | | | | | | | | | Max | Mar-14 | $0.0589 |
| | | | | | | | | | | | Min | Mar-15 | ($0.0427) |

| Month | | NAP Variable | Utility Rate | COGS | COGS-BP | COGS Swap | Mod. COGS | 1% Margin | 2% Margin | 3% Margin | 1% Margin | 5% Margin | Utility rate less COGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rochester Gas & Electric** | | | | | | | | | | | | | |
| December | 2012 | $0.0599 | $0.0443 | $0.0483 | $0.0470 | $0.0472 | $0.0458 | $0.0463 | $0.0467 | $0.0472 | $0.0477 | $0.0481 | ($0.0040) |
| January | 2013 | $0.0599 | $0.0539 | $0.0503 | $0.0490 | $0.0491 | $0.0477 | $0.0482 | $0.0487 | $0.0492 | $0.0496 | $0.0501 | $0.0036 |
| February | 2013 | $0.0619 | $0.0538 | $0.0492 | $0.0479 | $0.0480 | $0.0466 | $0.0470 | $0.0475 | $0.0480 | $0.0484 | $0.0489 | $0.0047 |
| March | 2013 | $0.0619 | $0.0354 | $0.0482 | $0.0469 | $0.0473 | $0.0458 | $0.0463 | $0.0467 | $0.0472 | $0.0477 | $0.0481 | ($0.0128) |
| April | 2013 | $0.0599 | $0.0608 | $0.0545 | $0.0532 | $0.0535 | $0.0521 | $0.0526 | $0.0531 | $0.0536 | $0.0542 | $0.0547 | $0.0063 |
| May | 2013 | $0.0799 | $0.0621 | $0.0740 | $0.0727 | $0.0730 | $0.0715 | $0.0722 | $0.0729 | $0.0736 | $0.0744 | $0.0751 | ($0.0119) |
| June | 2013 | $0.0799 | $0.0659 | $0.0753 | $0.0740 | $0.0740 | $0.0726 | $0.0733 | $0.0740 | $0.0748 | $0.0755 | $0.0762 | ($0.0094) |
| July | 2013 | $0.0999 | $0.0666 | $0.0710 | $0.0697 | $0.0693 | $0.0680 | $0.0686 | $0.0693 | $0.0700 | $0.0707 | $0.0713 | ($0.0044) |
| August | 2013 | $0.0999 | $0.0617 | $0.0735 | $0.0724 | $0.0718 | $0.0706 | $0.0713 | $0.0720 | $0.0727 | $0.0734 | $0.0741 | ($0.0118) |
| September | 2013 | $0.0899 | $0.0527 | $0.0673 | $0.0662 | $0.0661 | $0.0649 | $0.0656 | $0.0662 | $0.0669 | $0.0675 | $0.0682 | ($0.0146) |
| October | 2013 | $0.0899 | $0.0652 | $0.0689 | $0.0678 | $0.0678 | $0.0666 | $0.0673 | $0.0679 | $0.0686 | $0.0693 | $0.0699 | ($0.0037) |
| November | 2013 | $0.0899 | $0.0367 | $0.0585 | $0.0574 | $0.0574 | $0.0562 | $0.0568 | $0.0573 | $0.0579 | $0.0584 | $0.0590 | ($0.0218) |
| December | 2013 | $0.0919 | $0.0595 | $0.0618 | $0.0607 | $0.0606 | $0.0594 | $0.0600 | $0.0606 | $0.0612 | $0.0618 | $0.0624 | ($0.0023) |
| January | 2014 | $0.1599 | $0.0631 | $0.0718 | $0.0705 | $0.0704 | $0.0690 | $0.0697 | $0.0704 | $0.0711 | $0.0718 | $0.0725 | ($0.0087) |
| February | 2014 | $0.1599 | $0.0685 | $0.0841 | $0.0828 | $0.0824 | $0.0810 | $0.0818 | $0.0827 | $0.0835 | $0.0843 | $0.0851 | ($0.0156) |
| March | 2014 | $0.1299 | $0.0813 | $0.0758 | $0.0745 | $0.0743 | $0.0729 | $0.0736 | $0.0743 | $0.0751 | $0.0758 | $0.0765 | $0.0055 |
| April | 2014 | $0.1399 | $0.1519 | $0.0754 | $0.0741 | $0.0739 | $0.0725 | $0.0733 | $0.0740 | $0.0747 | $0.0754 | $0.0762 | $0.0765 |
| May | 2014 | $0.1399 | $0.1219 | $0.0801 | $0.0788 | $0.0790 | $0.0776 | $0.0784 | $0.0792 | $0.0799 | $0.0807 | $0.0815 | $0.0418 |
| June | 2014 | $0.1399 | $0.1002 | $0.0815 | $0.0802 | $0.0808 | $0.0794 | $0.0802 | $0.0810 | $0.0818 | $0.0826 | $0.0833 | $0.0187 |
| July | 2014 | $0.1399 | $0.0527 | $0.0804 | $0.0793 | $0.0797 | $0.0785 | $0.0793 | $0.0800 | $0.0808 | $0.0816 | $0.0824 | ($0.0277) |
| August | 2014 | $0.1399 | $0.0466 | $0.0823 | $0.0812 | $0.0816 | $0.0804 | $0.0812 | $0.0820 | $0.0828 | $0.0836 | $0.0844 | ($0.0357) |
| September | 2014 | $0.1399 | $0.0558 | $0.0748 | $0.0737 | $0.0742 | $0.0730 | $0.0738 | $0.0745 | $0.0752 | $0.0760 | $0.0767 | ($0.0190) |
| October | 2014 | $0.1499 | $0.0421 | $0.0785 | $0.0774 | $0.0779 | $0.0767 | $0.0775 | $0.0783 | $0.0790 | $0.0798 | $0.0806 | ($0.0364) |
| November | 2014 | $0.1499 | $0.0557 | $0.0674 | $0.0663 | $0.0667 | $0.0655 | $0.0662 | $0.0669 | $0.0675 | $0.0682 | $0.0688 | ($0.0117) |
| December | 2014 | $0.1699 | $0.0610 | $0.0784 | $0.0771 | $0.0776 | $0.0762 | $0.0769 | $0.0777 | $0.0784 | $0.0792 | $0.0800 | ($0.0174) |
| January | 2015 | $0.1699 | $0.0697 | $0.0863 | $0.0850 | $0.0855 | $0.0841 | $0.0849 | $0.0857 | $0.0866 | $0.0874 | $0.0883 | ($0.0166) |
| February | 2015 | $0.1499 | $0.0617 | $0.0874 | $0.0861 | $0.0866 | $0.0852 | $0.0860 | $0.0869 | $0.0877 | $0.0886 | $0.0894 | ($0.0257) |
| March | 2015 | $0.1399 | $0.0411 | $0.0841 | $0.0828 | $0.0833 | $0.0819 | $0.0827 | $0.0835 | $0.0843 | $0.0852 | $0.0860 | ($0.0430) |
| April | 2015 | $0.1299 | $0.0361 | $0.0865 | $0.0852 | $0.0858 | $0.0844 | $0.0852 | $0.0861 | $0.0869 | $0.0878 | $0.0886 | ($0.0504) |

|  |  |  |
|---|---|---|
| Max | Apr-14 | $0.0765 |
| Min | Apr-15 | ($0.0504) |