# FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

Andrew G. Finkelstein, P.C. (NY & NJ) *
D. Greg Blankinship (NY & MA)
Jeremiah Frei-Pearson (NY)
Todd S. Garber (NY & CT)

Bradley Silverman (NY)
Antonino B. Roman (NY)
John Sardesai-Grant (NY)
Andrew White (NY)
Chantal Khalil (NY)
*Of Counsel*
Duncan W. Clark (NY)
George M. Levy (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY)
Ronald Rosenkranz (NY) *

George A. Kohl, II (NY & MA)
Andrew L. Spitz (NY)
Elyssa M. Fried-DeRosa (NY)
James W. Shuttleworth, III (NY)
David E. Gross (NY & NJ) *
Mary Ellen Wright, R.N. (NY) *
Kenneth B. Fromson (NY, NJ & PA) *
Nancy Y. Morgan (NY, NJ & PA)
Lawrence D. Lissauer (NY)
Victoria Lieb Lightcap (NY & MA) *
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Edward M. Steves (NY)
Kara L. Campbell (NY, NJ, CT)
Marie M. DuSault (NY)
Melody A. Gregory (NY & CT)

Elizabeth A. Wolff (NY & MA)
Christine Khalili-Borna Clemens (NY & CA)
Brian D. Acard (NY)
Vincent J. Pastore ( NY & NJ )
Amber L. Camio (NY)
Christopher R. Camastro (NY & NJ)
Jeffrey Brody (NY)
Cynthia M. Maurer (NY & NJ)
Michael Feldman (NY & NJ) *
Raye D. Futerfas (NJ)
Linda Armatti-Epstein (NY)
David Akerib (NY)
Frances M. Bova, R.N. (NY & NJ)
Gustavo W. Alzugaray (NY)
Sharon A. Scanlan (NY & CT)
Marc S. Becker (NY)

Antonio S. Grillo (NY & NJ)
Narine Galoyan (NY)
Jonathan Minkove (NJ & MD)
Levi Glick (NY & NJ)
Vincent J. Rossillo (NY)
Pamela Thomas (NY & CT)
Donald A. Crouch (NY & CT)
Karen O'Brien (NY)
David Stauber (NY)
Jennifer Safier (NY & NJ)
Thomas P. Welch (NY)
Annie Ma (NY & NJ)
Howard S. Lipman (NY)
Noreen Tuller, R.N. (NY)
Cristina L. Dulay (NY & NJ)
Justin M. Cinnamon (NY & CT)

Robin N. D'Amore (NY)
Nicole Murphy (NY)
Rodrigo Arcuri (NY)
Kevin D. Burgess (NY)
Yola Ghaleb (NY)
Robert Seidner (NY)
Charlemagne Yawn (NY)
Marvin Anderman, P.C. (NY)
Frank R. Massaro (NY)
Kenneth G. Bartlett (CT & NJ)

* The Neurolaw Trial Group

June 5, 2018

**BY ECF**

Hon. P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   ***Claridge et al. v. North American Power & Gas, LLC,***
> **Case No. 15-cv-1261**

Dear Judge Castel:

We represent Plaintiffs in the above-referenced matter. In preparing our motion for final approval and request for attorneys' fees and expenses in the related settlement in *Edwards v. NAPG*, No. 14-01714 (D. Conn.), we realized that $99,148.00 in attorneys' time that was billed to the actions before the Court in *Edwards* was mistakenly included in our submission in this action. By deducting this amount from our submission in this case the total attorney lodestar is reduced from $1,169,586.20 to $1,070,438.20. The negative multiplier requested is changed from 0.17 to 0.185. All statements relating to the appropriateness of approval remain unchanged.

We apologize for any inconvenience.

Respectfully submitted,

*/s/ Todd S. Garber*
Todd S. Garber
Finkelstein, Blankinship
Frei-Pearson & Garber, LLP
445 Hamilton Avenue, Suite 605
White Plains, NY 10601
tgarber@fbfglaw.com

{00292936 }   Newburgh • Albany • Binghamton • Kingston • Middletown • Newark • Port Jervis • Poughkeepsie • Spring Valley •
Syracuse • White Plains

1279 ROUTE 300, PO BOX 1111
NEWBURGH, NY  12551

Phone: (914) 298-3281   Fax: (845) 562-3492
www.fbfglaw.com

445 HAMILTON AVE, SUITE 605
WHITE PLAINS, NY  10601